2018

**Final Appeal Decision**
**Secretary's Office of Inmate Grievances & Appeals**
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

This serves to acknowledge receipt of your appeal to the Secretary's Office of Inmate Grievances and Appeals for the grievance noted below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to the Facility Manager, the Facility Manager's response, the issues you raised to final review, and (when applicable) any revised institutional responses required as a result of a subsequent remand action by this office. As necessary, input from appropriate Central Office Bureaus (e.g., Health Care Services, Chief Counsel, Office of Special Investigations and Intelligence, etc) may have been solicited in making a determination in response to your issue as well.

| **Inmate Name:** | Lamont Zamichieli | **Inmate Number:** | LW2870 |
|---|---|---|---|
| **SCI Filed at:** | Huntingdon | **Current SCI:** | Benner Township |
| **Grievance #:** | 728434 | | |
| ***Publication (if applicable):*** | | | |

| **Decision:** | ☑ **Uphold Response (UR)**<br>☐ **Uphold Inmate (UI)**<br>☐ **Uphold in part/Deny in part** |
|---|---|

*It is the decision of the Secretary's Office of Inmate Grievances and Appeals to uphold the initial response, uphold the inmate, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.*

**Response:** *Frivolous* ☐

In this grievance, you raise various concerns regarding your medications being discontinued by staff. Staff in the Bureau of Health Care Services reviewed your grievance and medical records and found that appropriate clinical decisions were made. Their review concurs with the initial review response.

You are encouraged to see the Psychiatric Provider, participate in your treatment plan, and discuss any concerns with your Mental Health Treatment Team. They found no evidence of wrong doing. Therefore, this office upholds the responses provided to you and your requested relief is denied.

| **Signature:** | Dorina Varner [signature] for |
|---|---|
| **Title:** | Chief Grievance Officer |
| **Date:** | 10/3/18 |

DLV/klm

cc: DC-15/Superintendent Marsh
Superintendent Kauffman
Grievance Office





HUN @ BCN

**TO:** Dorina Varner
Chief Grievance Officer

Secretary's Office
Inmate Grievances & Appeals

OCT 03 2018

**FROM:** Palukuri Reddy, M.D.
Chief of Psychiatry
Bureau of Health Care Services

**DATE:** September 28, 2018

**RE:** Grievance # 728434 – LW2870 – Lamont Zamichieli

In the grievance noted above, Mr. Zamichieli claims various items regarding his medications being discontinued by staff.

I have reviewed Mr. Zamichieli's grievance, along with the appeals, the responses, and medical record.

Based on the review, appropriate clinical decisions were made. Concur with CHCA's response.

Mr. Zamichieli is encouraged to see the Psychiatric Provider, participate in his treatment plan and to discuss concerns with his Mental Health Treatment Team.

No evidence of wrong doing was identified.

File (Zamichieli, Lamont LW2879 728434 PR 9-28-18)

2018

# GRIEVANCE REFERRAL

*(Notice to Inmate)*

**Secretary's Office of Inmate Grievances & Appeals**

Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

This serves to acknowledge receipt of your appeal to final review for the grievance noted below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", this Office has reviewed the documents submitted; including your initial grievance, the grievance officer's response, your appeal to the facility manager, the facility manager's response, and the issues you raised to final review. Upon completion of this review, it is the determination of this Office to solicit input from an appropriate Central Office Bureau relative to the issue(s) raised in your grievance. Therefore, please be advised that the final review decision will be delayed pending review by the office to which it has been referred. Upon completion of this review, however, a determination will be made and you will be provided with a final appeal decision in writing.

| | | | |
|---|---|---|---|
| **Inmate Name:** | Lamont Zamichieli | **Inmate Number:** | LW2870 |
| **SCI Filed at:** | Huntingdon | **Current SCI:** | Huntingdon |
| **Grievance #:** | 728434 | | |
| **Action:** | **Referral** | | |
| **Bureau/Office:** | | | |
| | X | Bureau of Health Care Services | Referred to Psych |
| | X | Psychology/Psychiatry | from HC on |
| | | ***Food Services*** | 9/15/18 |
| | | Office of Chief Counsel | |
| | | Bureau of Investigations and Intelligence | |
| | | Bureau of Treatment Services | |
| | | ***Office of Policy, Grants, and Legislative Affairs*** | |
| | | Other (specify): | |

| | |
|---|---|
| **Signature:** | Dorina Varner Keri Moore for |
| **Title:** | Chief Grievance Officer |
| **Date:** | 6/15/18 |

DLV/klm

cc: DC-15/Superintendent Kauffman
Grievance Office

2018

## GRIEVANCE REFERRAL

*(Request to Bureau/Office)*

**Secretary's Office of Inmate Grievances & Appeals**

Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050
**Phone: (717) 728-2010**

Enclosed is a grievance appeal received by the Secretary's Office of Inmate Grievances & Appeals for final review. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", this grievance is being forwarded to your office for review. Your assistance in reviewing the concern outlined in the grievance relative to your knowledge of the subject matter would be appreciated. Please consider whether or not staff at the respective facility operated appropriately in accordance with established Department of Corrections' policy, procedure, and professional protocol, then forward an opinion to our Office within twenty (20) working days from the date of this request. In the meantime, please feel free to contact me with any questions or concerns you may have.

| **Bureau/Office:** | | | **To (Name of Staff Member):** |
|---|---|---|---|
| | X | Bureau of Health Care Services | ***Kim Waidelich*** |
| | | Psychology/Psychiatry | |
| | | ***Food Services*** | |
| | | Office of Chief Counsel | |
| | | Bureau of Investigations and Ingelligence | |
| | | Bureau of Treatment Services | |
| | | ***Office of Policy, Grants, and Legislative Affairs*** | |
| | | Other (specify): | |

| | | | |
|---|---|---|---|
| **Inmate Name:** | Lamont Zamichieli | **Inmate Number:** | LW2870 |
| **SCI Filed at:** | Huntingdon | **Current SCI:** | Huntingdon |
| **Grievance #:** | 728434 | | |

**Specific Request:**

In this grievance, inmate Zamichieli claims various items regarding his meds being discondinuted by staff. Please review and advise.

| | |
|---|---|
| **Signature:** | Dorina Varner Keri Moore for |
| **Title:** | Chief Grievance Officer |
| **Date:** | 6/15/18 |

DLV/klm

Enclosure(s)

Initial # 728434

7/2 HC HUN

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

Pg 1 of 2

| FOR OFFICIAL USE |
|---|
| 728434 |
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR Ms Scott | FACILITY: SCI Huntingdon | DATE: 3/28/18 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Lamont Zamichieli # LW2870 | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT: N/A LW2870 | HOUSING ASSIGNMENT: GC1016 DTU | |

Secretary's Office Inmate Grievances & Appeals JUN 1 4 2018

DTU

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

Request: All available camera footage saved for court ... Relief: to be evaluated, Recommended for ... MHU SMU for mental health. Relief: Transfer to another DOC facility ... Relief: $180,000 cash. Relief: Represcribe me Seriquel mental medication and increase dosage ...

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

On 3/19/18 CRNP Jessica Cousins, LPM Goss, PRT members, acted deliberate indifference to my serious medical mental health needs of obvious D'sability serious mentally ill inmate status of mine. Discriminated against me because qualified mental health disabilities Schizoaffective Disorder, PTSD, Anti Social Personality Disorder, anxiety, ADHD etc which I've been diagnosed since a child, and required medication. CRNP Cousins knowing intentionally maliciously discontinued my Seriquel Psychotrophic medication despite of my constant complaints on needed increase dose due to increased hearing voices and hallucinations etc. She stated her reasons for discontinuing it because my med compliance fell a little bit below 90%. First and foremost, there's no reason for her (PRT) to discontinue my meds because below 90%. Infact alot of medical staff falsify documents in med files also due to medical employee Reihart administering wrong medication to me and making false misconduct reports, I avoided accepting meds from her based on advice of CRNP Cousins P.S. Reihart. Because this nurse tried to posion me again... plus it creates more mental health symptoms Parionia and skeptical about accepting poison medication which are all symptoms of disabilities, so I'm being denied access to mental health care because symptoms of disabilities. plus CRNP Cousins said she don't administer meds for sleep, when she asked me how was my sleep. I told her not good due to increase of voices keeping me aware. She said I don't look like I need medication because I'm good at filing grievances/consults on DOC employees. Based on those remarks its believed to be done out of retaliation plus attempting to take my D' code because she and PRT refuses to make recommendations for treatment they see and know I ...

B. List actions taken and staff you have contacted, before submitting this grievance. Need ... This is mental emotional psychological physical abuse neglect and deliberate indifference serious medical needs. I suffer multiple injuries on my brain forehead due to CRNP Cousins refusal to provide adequate mental health treatment medication to prevent voices and banging head to drown out voices. I may have head concussion now for 3 previous serious series of head banging in past weeks. I told PRC, Deputy Brumbaugh/Walters, Ms Spyker, Hendricks. But it was futile, forced to file grievance which won't change what already had happened! I need mental issues etc treatment needs!!! a Psych evaluation to determine what's wrong! 802 Forms

Your grievance has been received and will be processed in accordance with DC-ADM 804.

[signature] 3.29.18

Signature of Facility Grievance Coordinator Date

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

U 728434

DC-804
Part 1

Pg 2 of 2

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

Pg 2 of 2
Initial # 728434

| FOR OFFICIAL USE |
|---|
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR: Ms Green | FACILITY: SCI Huntingdon | DATE: 3/08/18 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Lamont Zam Chieli #LW9870 | SIGNATURE OF INMATE: [signature] | |
| WORK ASSIGNMENT: N/A | HOUSING ASSIGNMENT: GC/0110 | |

INSTRUCTIONS: Pg 2 of 2

1. Refer to the DC-ADM 804 for procedures on the inmate grievance system. Relief release to G/P in 10 days or [illegible]
2. State your grievance in Block A in a brief and understandable manner. Relief - CT scan of head brain
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted. Relief: 10,000 each night per day from 3/19/18 to 3/28/18. I was w/o meal medication [illegible] in Psych [illegible] services!

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

Beneficial to me, instead of constant entrapment [illegible] isolation in DTU at Huntingdon under extreme harsh conditions denied/delayed mental health care in numerous ways due to staffing not qualified plus short of staffing members based on discussions at PRT they told me its not their fault central office dont hire them more staff as they know they need in this facility. also CRNP Cousins isnt a Physchiatrist. She's not qualified to administer medication or do Physchiatrist's [illegible]. I was denied meal trays for total of 3 days on about 3/18/18 plus denied access to medication which counted as refusals to lower medication compliance to below 90%. also after attending PRT on 3/19/18 exiting the room around 9:40AM, I committed self harm banging head to [illegible] rock and in strip cage on DTU due to suicidal feelings/hearing voices and feeling homicidal. It's all on camera. I was taken to POC medical observation and stayed until 3/21/18. while in POC on 3/19/18, In POC on camera I banged my head hard to door and caused contusions lumps on head size of Golf Ball. I told Cousins, I need medication due to depression increase hallucinations/voices due to schizoaffective disorder symptoms. She still refuses to give me medication prescribed even after seeing I need it. She is deliberate indifferent to my medical needs plus fail to properly recognize signs of serious mental illness and suicidal self injurist behavior. Banging head requires medical observation treatment as well as psychiatric attention. on 3/19/18 7:40PM she gave LT/officers orders to remove me from POC and put me in Rear D a Pelagean [illegible] Block in camera cell where I wasnt watched by observation officers in concrete cell/Bed where I could continue self

B. List actions taken and staff you have contacted, before submitting this grievance. harm bashing head against metal concrete objects. CRNP Cousins said she'll make sure my physical health/mental health deteriorate degenerate more so I wont be able to continue on my pending lawsuits and file suits on her plus she wants to damage my criminal proceedings by destroying my mental health to make me [illegible] on criminal charges LT Maxwell initiated filed on me on in July 2017. [illegible] Based on conversation with LT Maxwell on 3/27/18 in DTU he blame that CRNP Cousins thinks I'm not serious ill plus she [illegible] sure she take my D code so he could keep me in RHU longer [illegible] since 3/27/17 and was deter [illegible] mental [illegible] voices I need special treatment [illegible]

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator

Date

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

**INITIAL REVIEW RESPONSE**
SCI-Huntingdon
1100 Pike St.
Huntingdon, PA 16654-1112



This serves to acknowledge receipt of your grievance to the assigned Grievance Officer. The response is as follows.

| | | | |
|---|---|---|---|
| Inmate Name: | Lamont Zamichieli | Inmate Number: | LW2870 |
| Facility: | SCI HUNTINGDON | Unit Location: | GC1016- DTU |
| Grievance #: | 728434 | Grievance Date: | 3/28/2018 |
| Publication (if applicable): | | | |
| Decision: | ☐ Uhold Inmate<br>☒ Grievance Denied | ☐ Uphold in Part/Deny in Part | |

*It is the decision of this grievance officer to uphold or deny the inmate's initial grievance. This response will include a brief rationale, summarize the conclusion, any action taken to resolve the issue(s) raised in the grievance and, relief sought.*

**Response:** Frivolous

Your grievance dated 3/28/2018 has been received and reviewed. You allege that CRNP Cousins, LPM Goss and PRT members acted deliberate indifference to your serious medical mental health needs of obvious "D" stability serious mentally ill inmate status of yours. Discriminated against you because qualified mental health disabilities schizo effective disorder, PTSD, Anti-Social Personality disorder, anxiety, ADHD, ext. Which you've been diagnosed since a child and required medication. CRNP Cousins knowingly intentionally maliciously discontinued your "Seroquel" psychotropic medication despite your constant complaints on needing it increased due to increased hearing voices and hallucinations etc. She stated her reasons for discontinuing it because your med compliance fell a little below 90%. First and foremost there's no reason for discontinuing it because your med compliance fell a little below 90%. In fact a lot of medical staff falsify documents in med files also due to medical employee Reihart administering wrong medication to you as making false misconduct reports including accepting meds from her based on advice of CRNP-Cousins, PSS Diehl. Because this nurse tried to poison you again...plus it creates more mental health symptoms Paranoia skeptical about accepting poison medications which are all symptoms of disabilities. So You are being denied access to mental health care because symptoms of disabilities. Plus CRNP-Cousins said she don't administer meds for sleep. When she asked you how was your sleep. You told her not good due to the increase of voices keeping you awake. She said you don't look like you need medication because you're in good at filing grievances/lawsuits on DOC employees. Based on those remarks it's believed to be done out of retaliation plus attempts to take your "D" code because she and PRT refuses to make recommendations for treatment they see and Know you need and would be beneficial to you. Instead of constant entrapment isolation in DTU at Huntingdon under extreme harsh conditions denied/delayed mental health care on numerous ways due to staffing not qualified plus short of staffing members based on discussions at PRT they told you it's not their fault Central Office don't hire them more staff as they know they need in this facility. Also CRNP-Cousins isn't a pharmacist... she's not qualified to administer medication or do psychiatrist duties. You indicate you were denied meal trays for a total of 3 consecutive days on about 3/18/2018 plus denied access to medication which was counted as refusals and lower medication compliance to below 90%. Also after attending PRT on 3/19/2018. In POC on camera you banged your head hard to door and cased contusions lumps on head size of golf ball. You told Cousins, you need medication due to depression increased hallucinations /voices due to schizo effective disorder symptoms. She still refused to give you medication prescribed even after seeing you need it. She is deliberate indifferent to your medical needs plus fails to proper recognize signs of serious mental illness and suicidal self-injurious behavior. Banging head requires medication prescribed observation and treatment as well as psychiatric attention. On 3/19/2018 at 0740 she gave Lt/officers orders to remove your from POC and put you in the rear "D". A regular population block in camera cell where inmates aren't watched by adequate officers in concrete cell/bed where you could continue self-harm bashing your head against degenerate more so you won't be able to continue on your pending law suits and file suit on her plus she wants to damage your criminal proceedings

by destroying your physical health/mental health degenerate so you lose on your criminal proceedings by destroying your mental health to make you lose on criminal charges. Lt. Maxwell initiated filed on you on July 2017. Based on conversation with Lt. Maxwell on 3/27/2018 on DTU he told you that CRNP-Cousins thinks you're not serious ill plus he'll make reporting PREA Sexual Abuse Lt. Maxwell believes you're hallucinating sure she took your "D" code so he could keep you in the RHU long term knowing You have been in the DTU since 2/27/2017 and has detoriated mentally increase voices, etc. You indicate you need specialized treatment evaluation. Head banging knocking self-unconscious is abnormal. You request all camera footage saved for court review!!! You request to be evaluated recommended for ICU on MHU SMU for mental health treatment. You request transfer to another DOC facility in the next 30 days. Relief in the amount of $180,000 cash, re-prescribed Seroquel mental medication and increased dosage ASAP Please!

Upon review you were being seen by PRT and Ms. Cousins on 3/19/2018 when you became verbally abusive regarding the discontinuation of your medications and had to be removed from the room. Your compliance rate was not 90% it was 75.8%. The allegation that you were told by Ms. Cousins or Mr. Diehl not to take medications from LPN Reihart is denied. It is true that Ms. Cousins does not prescribe medications for sleep. However, she does explain that you can work through psychology of sleep hygiene to assist with this issue. Ms. Cousins denies speaking to you about any grievances or lawsuits. She did express that she explained to you why she felt medications were not appropriate for you. She also indicated that she did not discuss your "D" code status. In relation to your placement in the Rear D this is monitored housing and there is an officer posted in the area when any inmates are housed there. Ms. Cousins does not decide where inmates are housed. If she orders someone to be placed in observation status of course they are housed in an observation cell otherwise housing issues are decided by security. Statements you indicate were told to you regarding Central Office and staffing are also denied. As is any issue of falsifying medical documents if you take your medication it is marked as administered and if you refuse it is documented as a refusal. Your placement in an area where you cannot work on pending law suits is dictated by your behavior not Ms. Cousins. Upon interview of Lt. Maxwell he denies ever making any statement to you regarding Ms. Cousins or that he thought you were hallucinating. In regard to you banging your head you were assessed by nursing staff and the on call physician was notified of this. There is no evidence of you being denied trays for 3 days.

Your allegation against Ms. Cousins, LPM Goss and PRT members acting with deliberate indifference is without merit and is denied. You are not being discriminated against. Ms. Cousins has been honest with you in the regard of your actions and your medication needs. You are receiving mental health treatment which does not always come in the form of medication. You have routine contact with your psych specialist and other forms of treatment. I would request that instead of acting out when you have an opportunity to talk about your issues with PRT that you work on controlling your temper and this will make it much easier for them to listen to your needs without hostility and you being removed from the discussion. Your request to be evaluated recommended for ICU on MHU SMU for mental health treatment is strictly up to PRT and will not be awarded via a grievance. Your request for a transfer to another DOC facility in the next 30 days is also denied. Relief in the amount of $180,000 cash, re-prescribed Seroquel mental medication and increased dosage via this grievance are denied.

| | |
|---|---|
| **Signature:** | **Paula Price** Paula Price |
| **Title:** | **Correctional Health Care Administrator** |
| **Date:** | **4/20/2018** |

PP

cc: Superintendent, DC-15, CCS, Counselor, File

DC-804
Part 1

Pg 1 of 2.

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

Appeal # 728434

FOR OFFICIAL USE

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

Appeal to Sup Kauffman

| TO: FACILITY GRIEVANCE COORDINATOR<br>Sup Kauffman Facility Manager. | FACILITY:<br>SCI Huntingdon | DATE:<br>5/10/18 *2nd appeal* |
|---|---|---|
| FROM: (INMATE NAME & NUMBER)<br>Lamont Zamicheli # LW2870 | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT:<br>N/A. | HOUSING ASSIGNMENT:<br>GA1009 DTU | |

INSTRUCTIONS: Pg 1 of 2 Sleep hygine groups helps sleep... it dont help depression stress voices I hear feel. Relief: 490 day DC time credit. Ex: Bleeding, Attorney contact, etc.
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner. Relief: 180,000 Cash Relief: Transfer to another DOC facility
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted. Retaliatory Retaliation misconducts by CRNP Cousins / medical employees. CRNP sexually violated me on 4/30/18. Released on 4/30/18

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking. # D026893 # D026887 # D026894.

Appeal # 728434 to facility manager + presents the following further facts/support. (1.) CRNP Jessica Cousins maliciously intentionally discontinued my "Seroquel" psychotropic medication and didnt prescribed me any other substitute medication treatment for my qualified disabilities diagnoses of schizoaffective Disorder, depression, major depression, anxiety, PTSD, Bipolar, ADHD, anti social personality disorder etc. qualified under the ADA title II and Title V retaliation because of disabilities as CRNP Cousins discriminated against me and retaliated against me for grievancing these issues and right of adequate mental health treatment as she intentionally denying me these programs services benefits to take my "D" code classification as she took away my medication I need and been prescribed for years by psychiatrists as child (2.) Seroquel was brand and and only psychotropic medication I was prescribed at the time CRNP Cousins, PRT members discontinued my meds (3.) There are serious side effects/symptoms that will and did occur when my meds was discontinued without adequate cause by CRNP Cousins, and theses side effects will increase hallucinations, depression, mood changes etc and cause further mental emotional physical psychological deteriation etc, and did cause since she all of the sudden discontinued my medication treatment that was prescribed since a child by many psychiatrist doctors and my disorders still require medication as part of treatment to date but being denied access by CRNP Cousins after retaliation and intentions to take away D code status to put me on restricted release / RHU status with "C" code inmates because she says Im taking up a Bed space in the DTU and has been for past 13 months on Disiplinary Custody consecutive.. Bed is needed for other inmates as she PRT says (3) Been housed in DTU isolation confinement for over one year consecutive on DC status.

B. List actions taken and staff you have contacted, before submitting this grievance. (4) CRNP Cousins is deliberate indifferent to my mental health needs as classification of (SMI) seriously mentally ill inmate "D" stability Rating on Mental health roster of PA DOC. (5) CRNP Cousins PRT cut me off my meds cold turkey leaving me to get sick/sicker from being dependent on it after being on it prescribed for years as treatment / helpful coping mechanism to decrease Seroquel audio/visual hallicunations and depression associated with my Disorders. (6) Im not on CRNP Cousin caseload to be excluded ... Im on male "Dr. [illegible]" ...

Your grievance has been received and will be processed in accordance with DC-ADM 804. 1st appeal was sabotized by staff! And they destroyed my ICAR DC ITX 1/25/18 4/27/18

Signature of Facility Grievance Coordinator

Date

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

DC-804 Pg 2 of 2
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE** Appeal # 728434 to Sup [illegible]

| TO: FACILITY GRIEVANCE COORDINATOR Sup Kauffman 2nd appeal submitted because #1 submitted | FACILITY: SCI Huntingdon | DATE: 5/10/18 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Lamont Zanichieli #LW2870 | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT: NA | HOUSING ASSIGNMENT: GC1009DTU | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

according to LPM Goss, I'm not supposed to be evaluated interviewed by CRNP Cousins because she's not Licensed Psychiatrist plus I'm not on her case Load, I'm on Doctor Xue's Xyes case Load, A male psych Doctor at SCI-Huntingdon .. The only [illegible] Licensed Psych Docter in huntingdon SCI for over 3000 inmates. I usually see docter Xue monthy as check ins but Lately CRNP Cousins been Retaliating preventing me from being treated properly by Xue because he increase dosage of me when needed as requested but CRNP Cousins discontinued my meds to take my D code as plotted with by her/ LT maxwell Conspiracy. CRNP Cousins took me off Docter Xue's case Load so that she herself could deny me treatment out of Retaliation for pending Lawsuits on DOC employees of PA / medical mental providers also because of grievances I filed on her Last year in Jan 2018 because her intention to take away my D code to deny me treatment and keep me in isolation long term, put me on RRL Because she, Goss, Diehl, Kendricks, PRC stated I'm taking up Bed space in DTU because other inmates need my Bed. Also out of Retaliation for filing this said grievance CRNP Cousins and she had medical employees file fabricated misconduct on me and had LT maxwell set me up false misconduct on me see misconduct # D026893, # D026887, # D026[illegible] # D026879 and # D081101.. to add more DC sanction to me to keep me in DTU/RHU isolation even Longer Adding about 6-8 months more DC time. I never requested medication for sleep help nor was I on medication for sleep! But yes, The medical "Seroquel" helps and decreases depression and stabilize my mood and decrease audio visual hallucinations voices in middle of Night to help me sleep without voices depression keeping me suicidal all [illegible]

Pg 2 of 2 It's illegal to discriminate against me because I'm depressed step [illegible] my meds never fell below 50% There is no Reason to discontinue it due to compliance. my compliance Level was 78.5% well over half for a month period I was denied out of cell activities showers, groups since January 25 2018 to 4/27/18. Never said CRNP is not a Pharmacist, I said she's not a Licensed Psychiatrist

Relief: Represcribed me Psych meds. Relief: CRNP Cousins demoted to Pharm [illegible] Psych doctor

B. List actions taken and staff you have contacted, before submitting this grievance. Due to CRNP Cousins discontinuing my meds [illegible] increased [illegible] voices depression mood swings etc causing me to be depressed suicidal banging head to wall doors to knock myself unconscious etc so I would not have to deal with voices keeping me awake at night. I was prescribed these meds for years to decrease the sickness depression etc creates mental anguish. to be denied my meds causes severe adverse and [illegible] physical personal injury concussion Lumps Bruises on my forehead due to Banging it due to voices depression. Paula Price in initial response misrepresent facts + put false [illegible] med compliance is determined for how Long.. one month Med compliance is measured monthly com[illegible]

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator

Date

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

**Facility Manager's Appeal Response**
**SCI-Huntingdon**
1100 Pike St.
Huntingdon, PA 16654-1112

This serves to acknowledge receipt of your grievance appeal to the Facility Manager for the grievance noted below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy," the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to me, and any other documents submitted.

| **Inmate Name:** | LAMONT ZAMICHELI | **Inmate Number:** | LW2870 |
|---|---|---|---|
| **Facility:** | HUN | **Unit Location:** | GC-Unit |
| **Grievance #:** | 728434 | | |

**Decision:** ☒ **Uphold Response (UR)** ☐ **Uphold Inmate (UI)** ☐ **Uphold in part/Deny in part** ☐ **Dismiss/Dismiss Untimely**

*It is the decision of this Facility Manager to uphold the initial response, uphold the inmate, dismiss, or uphold in part/deny in part. This response will include a brief rationale summarizing the conclusion and any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.*

**Response:** *Frivolous*

In reviewing your grievance and appeal, I note that your following concerns were: Ms. Cousins discontinuing your Seroquel medication due to non-compliance, Ms, Cousins, LPM Goss and PRT members acting with deliberate indifference to your medical/mental health needs and D stability status, false report allegations, Ms. Riehart supposedly giving you wrong medications, Ms. Cousins making inappropriate remarks in reference to lawsuits/grievances, refusing to make recommendations for beneficial treatment, your POC commitment and head banging concerns, were appropriately addressed by CHCA Price. In your appeal, you claim the following: that Ms. Cousins maliciously discontinued your Seroquel, being housed on the DTU in isolation for over one year, Ms. Cousins deliberate indifference to your serious mental health issues and stability D status, PRT and Ms. Cousins cutting off your meds cold turkey, and lastly you claim Ms. Cousins is sabotaging you from seeing your regular doctor as retaliation for lawsuits and grievances filed against her.

Upon reviewing the appeal I find that in reference to your medication being discontinued cold turkey, Ms. Cousins was not acting maliciously when she discontinued your Seroquel whereas while she was reviewing/utilizing your compliance rate records to make that determination you became verbally abusive with her and PRT and had to be removed from the room. She does admit she expressed to you why she felt medications were not appropriate for you and told to work thru psychology of sleep hygiene you if you had sleep issues and that mental health treatment does not always come in the form of medication. If you have issues or concerns with your medications you need to discuss them with PRT instead of acting out and losing your temper therefore they could actually listen to you and assist you rather than having you removed from the discussion.

The grievance officer also explained that excluding observation cells your housing is dependent on your behavior and decided by security and not by Ms. Cousins.

Furthermore Ms. Cousins denies your allegations that she is acting with deliberate indifference to your mental/medical health, stability D concerns or sabotaging you from seeing other doctors as needed. She also vehemently denies discussing anything in reference to lawsuits or grievances and denies your claim of retaliation in regards to them.

In closing, I can only reiterate that I uphold the response provided by the grievance officer. Your grievance is found to be without merit.

| **Signature:** | Kevin Kauffman |
|---|---|
| **Title:** | Facility Manager |
| **Date:** | 6-5-18 |

cc: DC-15
File *AC-ADM 804, Inmate Grievance System Procedures Manual*

Relief: evaluate re, plus prescribing re meds, for depression voices

SCI FINAL REVIEW

INMATE APPEAL TO FACILITY MANAGER

GRIEVANCE

Relief: Save cameras/Records of behavior. Relief: Remove CRNP Cousins. Relief: 180,000 cash punitive compensatory damages

| Inmate Number | NAME | HOUSING UNIT | DATE | GRIEVANCE# |
| --- | --- | --- | --- | --- |
| LW2870 | Lamont Zamichieli | SCI Huntingdon GC1010 DTU | 6/8/18 | 728434 |

I received my initial response from the ~~Grievance Office/Coordinator~~ Facility Manager on 6/8/18 and have the following appeal issues.

Pg 1 of 2 turn page over back (Relief: evaluated by central office psychiatrist) Relief: Transfer to another PA DOC facility and release to GP in next 90 days

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.

Relief: CRNP Cousins, LPM Goss suspended 180 days. All Day/Night suffer Depression hear voices voices hallucinate and real suicidal no meds to treat me

Please provide a BRIEF (no longer than two pages) appeal statement.

Appeal to FINAL Review # 728434 following facts. (1) I was Never Prescribe Medication for sleep and I didnt/dont request meds for sleep... I was prescrib "Seroquel" Psych meds for depression control and voices/hallucinations. (2) I'm SMI Serious mentally ill inmate "D" roster mental health PA DOC stability. (3) Files diagnoses Major Depression, Schizoaffective Disorder, Anti Social Personality Disorder etc. (4) All Above disabilities is qualified under ADA title II and III and Section 504 of RA Act and prohibits discrimination because of and denied services treatment programs because of disability. (5.) Right to Psych medication treatment is a services I'm eligible qualified for. (6.) My medication treatment was discontinued because of my associated symptoms of disabilities, behavior (7.) I was on Psychiatric medication for above disabilities plus receiving numerous of treatment since a child and even since I was admitted in PA DOC as well as arrival screening at SCI Huntingdon. (8.) I been in DTU/RHU isolation on DC disciplinary custody sanction since 4/18/17, about 14 months now and have DC sanction time until November 2019 which exceeds my maximum prison release sentence date by more (9.) I have the Right to be free from mental emotional Psychiatrical Physical deterioration degeneration in isolation as established in Law of cases to support. Battle v. Anderson 564 F.2d 388, 403 (10th Cir 1977) and Lamm in case Law RAMOS v. LAMM 639 F.2d 559, 566 (10th Cir 1980) Right to be free from mental physical Psychiatric deterioration and avoid it and receive adequate treatment (10.) "Seroquel" is a form of med I was prescribed to control/treat major depression, control voices Hallucinations and Behavior associated with anti social

INMATE SIGNATURE:

Personality disorder. (11) I was prescribed medication treatment "Seroquel" for years consecutive and only known med to control symptoms of disabilities that was prescribed diagnosed disabilities in society as well as numerous of Psychiatris ins. de and outside of Prison walls agreed and prescribed as treatment. (12) Medication to control Depression and voices Hallucination is proper necessary treatment prescribed to avoid deterioration. (13) DTU at SCI Huntingdon inmates as myself (SMI) considered, are isolated in cells 22-23 hours a day and sometimes 24 hours when suffering depression suicidal thoughts!

Denied out of cell DTU programs services activities because symptoms of depression Left untreated plus I'm receive misconducts if I hear voices in group and talking to them

It was retaliated because of my prior grievances on CRNP Cousins & LPM Goss PRTT

Pg 2 of 2

LPM Goss/CRNP-Jessica Cousins PRT/PRC plans on to my D code out of Retaliation plus say they need the Bedspace in DTU and I'm taking up Bedspace!!!

(2) (4) My Right to avoid deterioration is well established under the 8th amendment cruel unusual punishment and shouldn't be discriminated against retaliated against as CRNP-Jessica Cousins + PRT members are doing violating 8th amendment of US Constitution title II and III under ADA discrimination and title 5 title "V" coercion - Retaliation for Raising Right to Relief filing grievances to be equally treated as with 14th amendment Right from Mental emotional physical, e Restraint. freedom Liberty.. On 3/19/18 CRNP Jessica Cousins discontinued my meds psych meds "Seroquel" no valid cause plus didn't prescribe any other medication to control my depression symptoms of Schizoaffective disabilities. She didn't prescribe any substitute adequate treatment to remedy. She also Blame it on my behavior of acting out in anger frustration worried etc which are symptom associated with my qualified disabilities.. She denied me treatment because of symptoms of disabilities and unable to explain why I feel the way I feel, Depressed!

I Now Been without Medication to control my disabilities symptoms for over 2 months. CRNP Cousins didn't do this to any other DTU (SMI) Inmate but only me, to be singled out. Not being on meds to control depression I have diminished moods and no appetite to eat..

(15.) CRNP. Jessica Cousins is NOT a psychiatrist, she only a psych nurse CRNP.. She's not qualified or should have duties to prescribe or discontinue any psychiatrist medication or diagnose inmates. She's not Licensed!!! Denied Access to Mental health staffing.. I was told by CRNP Cousins CPM Goss and PRT members etc that it isn't their fault they are short of Mental health staffing because central office won't hire them qualified number of certified Licensed staffing to help to DTU or Mental health facility.. This facility isn't qualified to be consider "D" stability Mental health prison. SCI Huntingdon accepts the money on contract signed by John Wetzel but chooses to keep the money for their staff instead of providing services using benefits funds to treat Mental ill inmates and hire sufficient amount of staffing... Staff here keeps the money to have extra pay by doing jobs that belongs to other staff.. This facility only have (One) part time psychiatrist... No full time psychiatrist. The only psychiatrist in facility SCI Huntingdon is DR. Xue part time...

See Records/cameras on RHU GB Pod of SCI Huntingdon on 3/19/18 I feel depressed suicided and attempted to jump head first from top tier closed on DTU strip cage Bang head to wall cage 1700s depressed also on 3/21/18 8:20pm Banged head..

out of Depression symptoms I missed meds 5 consecutive from 4/18/18 to 4/20/18 on one occasion and another 6 consecutive meds from 6/2/18 to 6/4/18 because depressed.. clean to see I need medication

This shows level of deliberate indifference and violates ADA delaying denying me to speak to Psychiatrist Dr. Xue... There's 3,000 plus inmates in SCI Huntingdon requiring treatment but there's only one parttime Psychiatrist