2018

**Final Appeal Decision**
**Secretary's Office of Inmate Grievances & Appeals**
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

This serves to acknowledge receipt of your appeal to the Secretary's Office of Inmate Grievances and Appeals for the grievance noted below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to the Facility Manager, the Facility Manager's response, the issues you raised to final review, and (when applicable) any revised institutional responses required as a result of a subsequent remand action by this office. As necessary, input from appropriate Central Office Bureaus (e.g., Health Care Services, Chief Counsel, Office of Special Investigations and Intelligence, etc) may have been solicited in making a determination in response to your issue as well.

| | | | |
|---|---|---|---|
| **Inmate Name:** | Lamont Zamichielli | **Inmate Number:** | LW2870 |
| **SCI Filed at:** | Huntingdon | **Current SCI:** | Benner Township |
| **Grievance #:** | 729127 | | |
| ***Publication (if applicable):*** | | | |

| | |
|---|---|
| **Decision:** | ☑ **Uphold Response (UR) HC**<br>☐ **Uphold Inmate (UI)**<br>☐ **Uphold in part/Deny in part** |

*It is the decision of the Secretary's Office of Inmate Grievances and Appeals to uphold the initial response, uphold the inmate, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.*

**Response:** *Frivolous*

A review of the record was conducted by the Bureau of Health Care Services. Upon reviewing your medical record, it was determined that the medical care provided was reasonable and appropriate regarding treatment of a self-inflicted head injury on 3/21/2018. The findings of this review concur with the Initial Review Response. Clinical decisions are made by your attending practitioner. You are encouraged to participate in your treatment plan and to discuss your concerns or changes of condition with a practitioner. No evidence of wrongdoing was identified.

This office upholds the decisions of the Bureau of Health Care Services, the Facility Manager, and the Grievance Officer in denying your grievance and requested relief.

| | |
|---|---|
| **Signature:** | Dorina Varner [signature] for |
| **Title:** | Chief Grievance Officer |
| **Date:** | 9/18/2018 |

DLV/HIS
cc: DC-15/Superintendent Marsh
Superintendent Kauffman
Grievance Office

EXHIBIT
tabbies
D



pennsylvania
DEPARTMENT OF CORRECTIONS

Secretary's Office
Inmate Grievances & Appeals

SEP 17 2018

TO: Dorina Varner
Chief Grievance Officer

FROM: Joseph J. Silva
Director
Bureau of Health Care Services

DATE: September 14, 2018

RE: Grievance #729127
Lamont Zamichielli, LW2870

This is a review of Grievance #729127 on Lamont Zamichielli LW2870 regarding the medical care provided by the medical department of SCI-Huntingdon. The staff at the Bureau of Health Care Services reviewed Mr. Zamichielli's concern of not being provided proper medical care.

The medical record has been reviewed and has determined the medical care provided was reasonable and appropriate regarding treatment of a self-inflicted head injury on March 21st, 2018. The findings of this review concur with the Initial Review Response dated May 17th, 2018.

Clinical decisions are made by Mr. Zamichielli's attending practitioner. He is encouraged to participate in his treatment plan and to discuss his concerns or changes of condition with a practitioner. No evidence of wrong doing was identified. No monetary compensation will be provided.

JJS/KAW/drb

cc: File (Zamichielli Lamont LW2870 729127 kaw 9-14-18)

COMPLETED SEP 17 2018

2018

**GRIEVANCE REFERRAL**
*(Notice to Inmate)*
**Secretary's Office of Inmate Grievances & Appeals**
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

This serves to acknowledge receipt of your appeal to final review for the grievance noted below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", this Office has reviewed the documents submitted; including your initial grievance, the grievance officer's response, your appeal to the facility manager, the facility manager's response, and the issues you raised to final review. Upon completion of this review, it is the determination of this Office to solicit input from an appropriate Central Office Bureau relative to the issue(s) raised in your grievance. Therefore, please be advised that the final review decision will be delayed pending review by the office to which it has been referred. Upon completion of this review, however, a determination will be made and you will be provided with a final appeal decision in writing.

| **Inmate Name:** | Lamont Zamichielli | **Inmate Number:** | LW2870 |
|---|---|---|---|
| **SCI Filed at:** | Huntingdon | **Current SCI:** | Huntingdon |
| **Grievance #:** | 729127 | | |

| **Action:** | **Referral** | |
|---|---|---|
| **Bureau/Office:** | | |
| | X | Bureau of Health Care Services |
| | | Psychology/Psychiatry |
| | | Food Services |
| | | Office of Chief Counsel |
| | | Office of Special Investigations and Intelligence |
| | | Bureau of Treatment Services |
| | | Office of Policy, Grants, and Legislative Affairs |
| | | Other (specify): |

| **Signature:** | Dorina Varner [signature] |
|---|---|
| **Title:** | Chief Grievance Officer |
| **Date:** | 7/24/18 |

DLV

cc: DC-15/Superintendent Kauffman
Grievance Office

2018

## GRIEVANCE REFERRAL
### *(Request to Bureau/Office)*
### Secretary's Office of Inmate Grievances & Appeals

Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

**Phone: (717) 728-2010**

Enclosed is a grievance appeal received by the Secretary's Office of Inmate Grievances & Appeals for final review. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", this grievance is being forwarded to your office for review. Your assistance in reviewing the concern outlined in the grievance relative to your knowledge of the subject matter would be appreciated. Please consider whether or not staff at the respective facility operated appropriately in accordance with established Department of Corrections' policy, procedure, and professional protocol, then forward an opinion to our Office within twenty (20) working days from the date of this request. In the meantime, please feel free to contact me with any questions or concerns you may have.

| **Bureau/Office:** | | | **To (Name of Staff Member):** |
|---|---|---|---|
| | X | Bureau of Health Care Services | Kim Waidelich |
| | | Psychology/Psychiatry | |
| | | Food Services | |
| | | Office of Chief Counsel | |
| | | Special Investigations and Intelligence | |
| | | Bureau of Treatment Services | |
| | | Office of Policy, Grants, and Legislative Affairs | |
| | | Other (specify): | |

| **Inmate Name:** | Lamont Zamichielli | **Inmate Number:** | LW2870 |
|---|---|---|---|
| **SCI Filed at:** | Huntingdon | **Current SCI:** | Huntingdon |
| **Grievance #:** | 729127 | | |

**Specific Request:**

Mr. Zamichielli alleges that he received inadequate medical care from an incident related to his self-inflicting injury to his head by banging it on a Plexiglas window. He also alleges that OC was sprayed and his medical care was delayed. Please advise.

| | |
|---|---|
| **Signature:** | Dorina Varner *Dorina Varner* |
| **Title:** | Chief Grievance Officer |
| **Date:** | 7/24/18 |

DLV Enclosure(s)

Initial # 729127

DC-804 Part 1 DTU 1016

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE
729127
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR<br>Ms Green | FACILITY:<br>SCI Huntingdon | DATE:<br>3/30/18 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER)<br>Lamont Zamichieli # LW2870 | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT:<br>N/A | HOUSING ASSIGNMENT:<br>GC1016 DTU | |

Secretary's Office
Inmate Grievances & Appeals
JUL 20 2018

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

Relief: CT scan of head. Relief: Ashley be fired. Relief: 25,000 cash. Relief: cameras to be saved for court. Relief: Nurse Ashley suspended 45 days no pay for [illegible] in abuse denying me medical care.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

Since Ms Green suggested I present issue separately infact I will separate from grievance # 728525. I wasn't taken to medical or infirmary to be monitored for head injuries on 3/21/18. After officers used planned excessive force on me pepperspraying me etc after I knocked myself unconscious/had series of seizures on 3/21/18 8:00pm in DTU stripcage after series on head banging to doors windows metal bunk/walls in DTU cell GC1016 and into stripcage where Nurse Ashley saw with her own eyes and had knowledge but infact didn't properly assess me medically, was negligent deliberate indifferent to my serious medical needs, psychiatric needs on purpose. On 3/29/18 PA King saw me and supposedly said I had slight head concussion. Nurse Ashley denied/delayed me medical care as she had knowledge with her own eyes + officers that I was knocked unconscious/foaming bleeding from mouth and eyes was bruised injured, sexual possible. She failed to intervene stop officers from tampering with preservence of evidence of sexual abuse clothing etc before they contaminated me and my clothing with pepper spray while I was unconscious/having seizure chest pain on 3/21/18 8:00pm. Nurse Ashley not trained deals with protocol of serious mental/medical needs psychiatric. After knocking myself unconscious or harming myself so bad to have seizure after told nurse Ashley I was suicidal plus wanted to [illegible] preserve evidence of sex abuse plus complaints of chest pain. She breached her duty and didn't assess me treatment properly (She didn't check my vitals etc.) failed to monitor me for concussion protocol or failed to contact doctor.

B. List actions taken and staff you have contacted, before submitting this grievance.

Appropriate medical personnel for head injuries obvious bump on my head size of golf ball bruised on 3/21/18. I was told by officers days later that its on camera of her blaming it on injuries of head banging to doors etc in DOC medical ops on 3/19/18. On 3/21/18 she came to door of DTU with C/O Sporg to administer meds, she saw with her own two eyes me suicidal banging head handling urgent [illegible]. Instead of her properly accessing me, my injuries, she didn't make any medical calls to protect me from brain injury if left untreated I had multiple seizures on this night plus all ignored. I contacted [illegible] Price

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator — Date 4.3.18

WHITE Facility Grievance Coordinator Copy  CANARY File Copy  PINK Action Return Copy
GOLDEN ROD Inmate Copy

**INITIAL REVIEW RESPONSE**
SCI-Huntingdon
1100 Pike St.
Huntingdon, PA 16654-1112

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer. The response is as follows.

| Inmate Name: | Zamichieli | Inmate Number: | LW2870 |
|---|---|---|---|
| Facility: | Huntingdon | Unit Location: | DTU |
| Grievance #: | 729127 | Grievance Date: | 4/3/18 |

**Decision:** ☐ **Uphold Inmate** ☐ **Grievance Denied** ☐ **Uphold in Part/Deny in Part**

*It is the decision of this grievance officer to uphold or deny the inmate's initial grievance. This response will include a brief rationale, summarize the conclusion, any action taken to resolve the issue(s) raised in the grievance and, relief sought.*

**Response:** *Frivolous*

I have received your grievance dated 3/30/18 and numbered 729127. Two extensions were granted to reply to this grievance and were necessary due to the time it took to assess the situation.

In your grievance, you contend that you received inadequate medical care from an incident related to you self inflicting injury to your head by banging it on a plexiglass window. In addition, it is noted that SCIH staff utilized OC spray on that date due to your failure to comply with orders. On that date, Ashley Whitesel-Madru, LPN responded to the secure search area in the DTU and she proceeded to flush out both of your eyes. It is noted that this entire event was video recorded and has been reviewed by CHCA P. Price. A review of the videotape evidence and your medical record show no records of seizure activity, as you stated. I do, however, note that based on the injury that is visible on the video, additional actions may have been indicated. As a result of this incident, a complete review of your medical file has occurred and it is noted that you have been seen by SCIH Medical Department numerous times since this incident. Specifically, you were seen by K. King, PA-C on 3/30/18 but her assessment required no additional treatment other than what was already previously prescribed and a follow up on PA Line in five days. You were seen again on 4/3/18 by PA-C Gessel who did order xrays and PA Line in one week. The xrays were within normal limits. Contrary to your inference, your medical concerns were addressed.

Mr. Zamichieli, it is noted that multiple times, including several days prior to the incident in question, you also intentionally inflicted injury upon yourself by banging your head against other objects. As a corrections professional, I strongly encourage you to utilize the resources that are available to you including, medical, correctional and psychology staff. Additionally, it is noted that Certified Peer Specialists are available on all three shifts as a positive potential resource for you. I also note that you make vague PREA allegations in this grievance and you are referred to Lt. Maxwell if you wish to file a PREA complaint as a result of this incident.

In summary, I will uphold in part and deny in part your grievance with the recommendations outlined above. Your grievance is denied.

cgreen

| Signature: | [signature] |
|---|---|
| Title: | Deputy Supt./Centralized Services |
| Date: | 5/17/2018 |

cc: Superintendent
DC-15
File

Appeal # 729127

Facility management
Appeal to superintendent

Grievance #
729127

Form DC-135A

**INMATE'S REQUEST TO STAFF MEMBER**

Appeal to the Facility manager
Superintendent

Commonwealth of Pennsylvania
Department of Corrections

INSTRUCTIONS
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

| | |
|---|---|
| 1. To: (Name and Title of Officer) Kevin Kauffman | 2. Date: 6-4-18 |
| 3. By: (Print Inmate Name and Number) Lamont Zamichieli LW-2870 | 4. Counselor's Name |
| Inmate Signature | 5. Unit Manager's Name Kendrick |
| 6. Work Assignment N/A | 7. Housing Assignment DTU-1009 |

8. Subject: State your request completely but briefly. Give details.

Sir See Ramos v. Lamm, 639 F.2d 559, 566 (10th cir. 1980) (Extending the right to avoid deterioration established in battle to medical care context) see Laaman v. Helgemoe, 437 F. Supp. 269, 316 (D.N.H 1977) (Holding prisoners have an interest in avoiding physical and mental deterioration. Sir when the Department of corrections prolong my medical care as quoted in my initial report the incident transpired on 3-21-18 and i was not given any medical attention until 3-30-18 and the officials here at (SCI) Huntingdon was aware of the medical attention needed the day it transpired but fell to give treatment the day it was needed. I had to put in sickcalls in order to receive the obvious. 8th amendment violation. my Reliefs ARE AS is in my initial Report.

9. Response: (This Section for Staff Response Only)

To DC-14 CAR only ☐ To DC-14 CAR and DC-15 IRS ☐

Staff Member Name ______________ / ______________ Date ______________
Print Sign

Revised July 2000

# Facility Manager's Appeal Response

**SCI-Huntingdon**

1100 Pike St.
Huntingdon, PA 16654-1112

C110

This serves to acknowledge receipt of your grievance appeal to the Facility Manager for the grievance noted below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy," the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to me, and any other documents submitted.

| | | | |
|---|---|---|---|
| **Inmate Name:** | Lamont Zamichieli | **Inmate Number:** | LW2870 |
| **Facility:** | HUN | **Unit Location:** | GC-Unit |
| **Grievance #:** | 729127 | | |

**Decision:** ☒ **Uphold Response (UR)** ☐ **Uphold in part/Deny in part** ☐ **Uphold Inmate (UI)** ☐ **Dismiss/Dismiss Untimely**

*It is the decision of this Facility Manager to uphold the initial response, uphold the inmate, dismiss, or uphold in part/deny in part. This response will include a brief rationale summarizing the conclusion and any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.*

**Response:** *Frivolous* ☐

In reviewing your grievance and appeal, I note that your concern with your health care was appropriately addressed by Deputy Walters. In your appeal, you state the initial grievance response admitted to prolonging your health care since the incident happened 3-21-18 and you were not given care until 3-30-18. You state you needed care on the date of the incident. In his response to your initial grievance, Deputy Walters explains LPN Whitesel-Madru saw you on 3-21-18 to flush your eyes after a use of OC. Before responding to this grievance, a complete review of your medical record was done after reviewing the video that showed your injury. It is true you were not seen until 3-30-18 by PA King who determined that no additional treatment was needed other than a five day follow up. On 4-3-18, PA Gessel ordered x-rays which showed normal results. Deputy Walters upheld your grievance in part because treatment was delayed. Your grievance was denied in part because the delay caused you no harm. In addition, you are well aware of the process to request sick call, and you could have signed up and been seen sooner than 3-30-18. I concur with Deputy Walters' response. Camera footage has been preserved, and your request for compensation is denied.

| | |
|---|---|
| **Signature:** | Kevin Kauffman |
| **Title:** | Facility Manager |
| **Date:** | 6-27-18 |

cc: DC-15
File

Final Review

DC-804
Part 1 Attn: Appeal #729127

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR<br>Final Review Central office | FACILITY:<br>SCI Huntingdon | DATE:<br>7/14/18 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER)<br>Lamont Zanichieli # LW2870 | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT:<br>NA | HOUSING ASSIGNMENT:<br>GC1010 DTU | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

Injuries I suffered to head is obvious plus had multiple seiz throughout nights. Relief: 251000 Cash Compens Denied Care from 3/21/18 to 4/3/18 LPN Ashley Whitesel-Magru denied me treatm and caused injuries 3/21/

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

Appeal # 729127 to Final Review: all relief sought in original grievance. I was denied/delayed medical care for injuries that happened on 3/21/18 when Officers used Malicious excessive planned force pepper spray on me after I completely knocked myself unconscious and seizure, self harm. I was denied care until 3/30/18 and 4/3/18. This grievance was upheld in part denied in part. The injuries on video was obvious as grievance say and video verify but however I had to reach out write sick calls for care but the first 5 days I was in strippedcell no access to writing utensils or sickcalls .. Camera's in GC1016 cell will verify I was on suicide watch restriction and even when I requested care verbally I was ignored by officers and nurses... also when I finally got access to sickcall slips, pen, I put in for medical but was ignored until I put 3rd slip in and finally was seen on 3/30/18 By PA King who didn't examine me... So I put in another sickcall and was examined seen by PA Gessel on 4/3/18 who order X-rays Motrin for issues due to obvious injuries... 1 week later on 4/11/18 X-ray results came back and showed abnormal signs as Scolosis in Neck Back spine also Reviewed Swollen tissue in Face/head on x-rays indicating possible Contusion/concussions and he then pres

B. List actions taken and staff you have contacted, before submitting this grievance. a medication Name "Robaxin" which is a muscle relaxer to help decrease symptoms of such injuries.. Therefore the delay did so cause harm in numerous of ways physically mentally emotionally etc.. delay cause further excruciating pain, nerves migranes Brain Injuries. Records will also indicate that I was charged $5.00 copay cash for Both sickcall visits medication for these injuries. total of 10.00.

Records Files will shows that I was charged funds for Both visits on 3/30/18 and 4/3/18.. Therefore its considered sickcall visits right. If issues chronic on illness I shouldn't be charged funds!

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator

Date

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

I contacted RNS Harker about this numerous request slips etc But occassionally ingnored, purposely failed to correct issues.

If PA King scheduled a 5 day follow up as she said, then I wouldn't have had to put in sickcall to be seen By PA Gessel and charged $5.00... Therefore She didn't treat me correctly, she instead Lied and told me also that I had concussion that will go away on its own but ...

LPN Ashley needs training, Also request for her to be

2018

**Final Appeal Decision**
**Secretary's Office of Inmate Grievances & Appeals**
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

This serves to acknowledge receipt of your appeal to the Secretary's Office of Inmate Grievances and Appeals for the grievance noted below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to the Facility Manager, the Facility Manager's response, the issues you raised to final review, and (when applicable) any revised institutional responses required as a result of a subsequent remand action by this office. As necessary, input from appropriate Central Office Bureaus (e.g., Health Care Services, Chief Counsel, Office of Special Investigations and Intelligence, etc) may have been solicited in making a determination in response to your issue as well.

| | | | |
|---|---|---|---|
| **Inmate Name:** | Lamont Zamichieli | **Inmate Number:** | LW2870 |
| **SCI Filed at:** | Huntingdon | **Current SCI:** | Huntingdon |
| **Grievance #:** | 729930 | | |
| ***Publication (if applicable):*** | | | |
| **Decision:** | ☑ **Uphold Response (UR)**<br>☐ **Uphold Inmate (UI)**<br>☐ **Uphold in part/Deny in part** | | |

*It is the decision of the Secretary's Office of Inmate Grievances and Appeals to uphold the initial response, uphold the inmate, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.*

**Response:** *Frivolous* ☐

A review of the record was conducted by the Psychology Office. They determined that this grievance has been satisfactorily reviewed and answered at the previous levels. Previous responses indicate that you are indeed being offered multiple contacts with staff to assist with your metal health concerns. You have had access to medical providers. There was no evidence of discrimination because of race. Therefore, your grievance is denied.

| | |
|---|---|
| **Signature:** | Dorina Varner [signature] for |
| **Title:** | Chief Grievance Officer |
| **Date:** | 9/5/2018 |

DLV/HIS
cc: DC-15/Superintendent Kauffman
Grievance Office

pennsylvania
DEPARTMENT OF CORRECTIONS

HUN

TO: Dorina Varner
Chief Grievance Officer

Secretary's Office
Inmate Grievances & Appeals

SEP 04 2018

FROM: Lucas D. Malishchak, DBA
A/Director
Psychology Office

DATE: August 28, 2018

RE: Grievance #729930
ZAMICHIELI, Lamont LW2870

This is a review of Grievance #729930 on Lamont Zamichieli LW2870.

Inmate Zamichieli has submitted a final grievance appeal, in which he continues to assert that he was inappropriately discharged from the POC, not provided adequate property, forced to sleep on the top bunk and denied medical and mental health treatment. He adds no additional information to consider.

This reviewer finds that this grievance has been satisfactorily reviewed and answered at the previous levels. Previous responses indicate that Mr. Zamichieli is indeed being offered multiple contacts with staff to assist with his mental health concerns. He has had access to medical providers. There was no evidence of any discrimination because of race.

This grievance is found to be without merit. No relief is granted.

LDM//Jh

cc:
File (Zamichieli, Lamont LW2870 729930 JH 8-28-18)

2018

# GRIEVANCE REFERRAL
## *(Notice to Inmate)*
## Secretary's Office of Inmate Grievances & Appeals

Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

This serves to acknowledge receipt of your appeal to final review for the grievance noted below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", this Office has reviewed the documents submitted; including your initial grievance, the grievance officer's response, your appeal to the facility manager, the facility manager's response, and the issues you raised to final review. Upon completion of this review, it is the determination of this Office to solicit input from an appropriate Central Office Bureau relative to the issue(s) raised in your grievance. Therefore, please be advised that the final review decision will be delayed pending review by the office to which it has been referred. Upon completion of this review, however, a determination will be made and you will be provided with a final appeal decision in writing.

| **Inmate Name:** | Lamont Zamichieli | **Inmate Number:** | LW2870 |
|---|---|---|---|
| **SCI Filed at:** | Huntingdon | **Current SCI:** | Huntingdon |
| **Grievance #:** | 729930 | | |

| **Action:** | **Referral** |
|---|---|

| **Bureau/Office:** | | |
|---|---|---|
| | | Bureau of Health Care Services |
| | X | Psychology/Psychiatry |
| | | Food Services |
| | | Office of Chief Counsel |
| | | Office of Special Investigations and Intelligence |
| | | Bureau of Treatment Services |
| | | Office of Policy, Grants, and Legislative Affairs |
| | | Other (specify): |

| **Signature:** | Dorina Varner [signature] |
|---|---|
| **Title:** | Chief Grievance Officer |
| **Date:** | 7/6/18 |

DLV

cc: DC-15/Superintendent Kauffman
Grievance Office

2018

**GRIEVANCE REFERRAL**
***(Request to Bureau/Office)***
**Secretary's Office of Inmate Grievances & Appeals**
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

**Phone: (717) 728-2010**

Enclosed is a grievance appeal received by the Secretary's Office of Inmate Grievances & Appeals for final review. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", this grievance is being forwarded to your office for review. Your assistance in reviewing the concern outlined in the grievance relative to your knowledge of the subject matter would be appreciated. Please consider whether or not staff at the respective facility operated appropriately in accordance with established Department of Corrections' policy, procedure, and professional protocol, then forward an opinion to our Office within twenty (20) working days from the date of this request. In the meantime, please feel free to contact me with any questions or concerns you may have.

| **Bureau/Office:** | | | **To (Name of Staff Member):** |
|---|---|---|---|
| | | Bureau of Health Care Services | |
| | X | Psychology/Psychiatry | Dr. Malishchak |
| | | Food Services | |
| | | Office of Chief Counsel | |
| | | Special Investigations and Intelligence | |
| | | Bureau of Treatment Services | |
| | | Office of Policy, Grants, and Legislative Affairs | |
| | | Other (specify): | |

| | | | |
|---|---|---|---|
| **Inmate Name:** | Lamont Zamichieli | **Inmate Number:** | LW2870 |
| **SCI Filed at:** | Huntingdon | **Current SCI:** | Huntingdon |
| **Grievance #:** | 729930 | | |

**Specific Request:**

Mr. Zamichieli alleges that he was denied mental health treatment because lack of space, race, medical conditions and that he was denied basic needs. Please advise.

The conditions of the cell will be addressed at final review.

| | |
|---|---|
| **Signature:** | Dorina Varner *Dorina Varner* |
| **Title:** | Chief Grievance Officer |
| **Date:** | 7/6/18 |

DLV Enclosure(s)

Initial grievance #729930

8/13

HU

DC-804
Part 1

Pg 1 of 2.

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

Resubmit #729930

| FOR OFFICIAL USE |
|---|
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR<br>Ms. Green | FACILITY:<br>SCI Huntingdon | DATE:<br>4/10/18 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER)<br>Lamont Zonchick #LW2870 | SIGNATURE OF INMATE: [signature] | |
| WORK ASSIGNMENT:<br>N/A | HOUSING ASSIGNMENT:<br>GC1007 DTU | |

Secretary's Office
Inmate Grievances & Ap[peals]
JUN 29 2018

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

Resubmit #729930 reason it shouldn't be rejected because its based on same [illegible] series of incidents [illegible] and explains full detail of how I'm being denied adequate care, [illegible] housing assignments based on lack of space, [illegible] of race and mental [illegible] disability, epilepsy seizures, etc. which makes a total of unconstitutional conditions confinement [illegible] and [illegible] SCI Huntingdon which deprives me of life basic needs [illegible] and [illegible] my safety/health [illegible] which is done out of retaliation of pending lawsuits/grievances etc. [illegible] inadequate care medical/mental health care for serious medical needs [illegible] this facility [illegible] is currently harming me and causing deterioration of my physical/mental being. Instead of treating me for my medical/psychiatric needs, [illegible] etc. I was [illegible] [illegible] on 3/[illegible]/18 because of my race African American. Huntingdon SCI purposely deny Black [illegible] adequate care & safe housing conditions [illegible] [illegible] on 3/[illegible] [illegible] from [illegible] medical [illegible] cell [illegible] medical dept. [illegible] there is no infirmary in this facility medical [illegible] is considered infirmary [illegible] & psychiatric cell [illegible] only 3 cells [illegible] lack of space in medical I was [illegible] to DTU [illegible] [illegible] cage [illegible] on a GC1006 [illegible] cell. Cameras will verify that this cell wasn't clean, nor was I given cleaning supplies. Lt. Dunkle, C/O [illegible], [illegible] said that [illegible], Mr. Goss and Kendericks [illegible] instructed them to put me in dirty [illegible] cell on top bunk [illegible] of [illegible] because [illegible] DOC medical on [illegible] I [illegible] misconduct for smearing feces on

B. List actions taken and staff you have contacted, before submitting this grievance.

the wall. Dunkle stated since you want to [illegible] its our own workers to clean your feces off of the wall, [illegible] you must clean someone elses feces etc. off wall. I was housed in GC1006 unsafe unsanitary cell, there was feces, blood, urine, spit, semen stains etc. [illegible] on wall, doors, [illegible] floor [illegible]. I become suicidal [illegible] this and other things going on, so I started banging my head [illegible] metal bunk [illegible] seizure! I was [illegible] [illegible] Bed

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator

Date

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

DC-804
Part 1

Pg2 of 2.

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE** Resubmit Resubmit # 729930

| TO: FACILITY GRIEVANCE COORDINATOR<br>MS Green | FACILITY:<br>SCI-Huntingdon | DATE:<br>4/10/18 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER)<br>Lamont Zomichieli # LW2870 | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT:<br>NA | HOUSING ASSIGNMENT:<br>GC1007 DTU | |

INSTRUCTIONS: Theres two Bunks in GC1016 cell DTU, lower and top!!! Forced to sleep on top or on floor
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system. Denied programming in DTU for week because disabilitys
2. State your grievance in Block A in a brief and understandable manner. exposed safety to hepatitis, MRSA, skin infec
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted. I put in dirty cell, no shoes etc... cuts on wrist feet toes arms, open wounds - Relief! 250K expos to dirty condit

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

Sheets, Property, toilet tissue etc on 3/21/18 8:00PM and forced to sleep on top Bunk of Metal Frame No sheets Blanket etc only to wear a "Smock"... The cell was cold due to Dropping weather temperature of 20 degrees F outside... No heating, No Air or ventalation in cell vents. Forced to sleep on wet cold & Dirty Dusty infested floor from 3/21/18 to 3/27/18 in GC1016 cell DTU at Huntingdon and was told that I must sleep on top bunk in the cell... had two options, sleep on top Bunk or sleep on floor because If I refuse to obey employees order I'll receive misconduct, even though I'm prescribed ordered Lower Bunk Lower tier orders as in computer. I told c/os that I'm medical for seizures, hypertension, tachercia, and scolosis disorder but they said they dont care because since I'm suicidal I shouldnt be worried at unsafe conditions because they will help me kill myself and be tortured suffer in process of slow Death by LT. Dunkle who stated Major Grice, Cousins, Brumbaugh, Walters Kendricks said. plus he said "Besides DOC medical is full, theres no space available and Rear D is no option because Rear D is Behavior Problems... your Problems arent Behavioral, medical and psychatric... he stated Rear D" is a population Block and since I'm in DTU, its Not for people like me because its for population suicidal or RTU suicidal inmates not in DTU inmates. He said since you Banged your head gave yourself Brain injuries, we'll put you in Camera cell DTU with nothing! on 3/21/18 after knocking myself unconscious and had seizure, I was put in GC1016 Denied Medical care/Psychiatric care force to sleep on top upper bunk, had multiple seizures fell off the Bunk bleeding from mouth foaming & biting tongue, I woke up soaked in urine and water. caused injured neck

B. List actions taken and staff you have contacted, before submitting this grievance. [illegible] injured neck Back etc... Breathing issues. Diagnosed with seizures, [illegible] scolosis Back/Neck and on Meds for all. Denied Because of my Race. told that white inmates on Block snitches" will only get adequate care/housing conditions, priveleges etc. on 4/4/18 2:40-3:30pm it was verbal its a Race thing because Inmate "John F. Lavigne" a Caucasion Inmate Banged his head to cell Door causing blood lumps as I had on 3/21/18.. he was taken to medical observation DOC and treated. he was put in DTU GC1013 cell DTU

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator

Date

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

**INITIAL REVIEW RESPONSE**
SCI-Huntingdon
1100 Pike St.
Huntingdon, PA 16654-1112

109

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer. The response is as follows.

| | | | |
|---|---|---|---|
| **Inmate Name:** | Zamichieli | **Inmate Number:** | LW2870 |
| **Facility:** | Huntingdon | **Unit Location:** | G block DTU |
| **Grievance #:** | 729930 | **Grievance Date:** | 4/10/18 |

**Decision:** ☐ **Uhold Inmate** ☐ **Uphold in Part/Deny in Part** ☐ **Grievance Denied**

*It is the decision of this grievance officer to uphold or deny the inmate's initial grievance. This response will include a brief rationale, summarize the conclusion, any action taken to resolve the issue(s) raised in the grievance and, relief sought.*

**Response:** *Frivolous*

I have received your lengthy grievance in which you allege that you were denied medical and mental health treatment because lack of space, race, medical conditions, and that you were denied basic needs of life.

I have investigated your claims, spoken to staff, and researched your case. On 3/19/18, you attempted to jump from the 2nd tier of B quad when you were returning from PRT. Then you were placed in the DTU strip cage where you started to bang your head off the walls. You were placed in the POC after an Other Report was written on you. When you were released from OBS you were placed on close watch for 3 days. You were restricted to smock, blanket and slides only while you were on close watch. Cell GC1016 that you referred to in your grievance does not have a metal bunk, it has a plastic bed and you were the only inmate in that cell. You chose to sleep on the top bunk; the DTU staff or any other staff member did not force you to sleep on the top bunk. You did that by your own choosing. You were not denied any treatment medical or mental health due to your race, or any other condition you claim to have. You received the same treatment that all inmates receive, when you request medical or mental health treatment you receive it. Prior to you being placed in POC, you were attending the majority of your structured out of cell activities. After you were released from close watch, you have been refusing to go to any of the offered out of cell activities. Upon reviewing your ICAR, I see notations from Mr. Diehl on a regular basis; you are not being refused any services you just refuse to take advantage of what is offered. You constantly ask for a time cut or to just be transferred to another jail but you refuse to work with PRC to get a time cut. To sum this up you are not being denied any type of treatment nor are you being treated any different from the other inmates in the DTU. Nobody forced you to sleep on the top bunk when you were housed in GC1016. Staff did not put you in a cell that had feces on the wall or was an unsafe cell.

For the above reasons this grievance and all relief sought is denied:

| | |
|---|---|
| **Signature:** | [signature] |
| **Title:** | Deputy Supt./Centralized Services |
| **Date:** | 5/1/2018 |

cc: Superintendent
DC-15
File

DC-804
Part 1

Appeal # 729930 to Sup Kauffman

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Superintendent Kevin Kauffman - FM | SCI-Huntingdon | 5/16/18 |
| FROM: (INMATE NAME & NUMBER) Lamont Zamichieli | SIGNATURE OF INMATE: [signature] | |
| WORK ASSIGNMENT: N/A | HOUSING ASSIGNMENT: GC1009 DTU | |

Request release to GP in 10 days 90 day Rev. 2nd appeal of # 729930

INSTRUCTIONS: I wasn't yet cleared by Psychiatrist to be released from POC to DTU!!! Not screened properly.

1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner. Relief: $250,000 Relief: Transfer to DOC facility in [illegible]
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted. Due to head concussion injuries left untreated/depression I missed call out on ground on 3/21/18

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State ~~all~~ relief that you are seeking. I had valid chrono order Lower Bunk

Appeal # 729930 to facility manager and presents the following further facts to support my claims as to why relief should be granted as requested in my favor. The first appeal submitted was perhaps sabotized, ~~[illegible]~~ by employees but here's another just in case to meet deadline. (1) After return from POC, however I never received the "Other Report" written by staff (2) cameras will show upon return on 3/21/18, I was first housed in cell DTU GC1016 with blue clothing pants/shirt on with mattress, but was taken from me in strip cage after head bang on wall metal bunk, glass etc due to feeling depressed hopeless suicidal (3) I wasn't ~~[illegible]~~ restricted to smock, blanket and slides until after indicating suicidal behavior again. Cameras will show I was housed in cell GC1016 in smock only after blues was taken from me in DTU strip cage. Cell GC1016 does so have a cold metal bunk frame, similar material, its not plastic non fiberglass (4) I was forced threaten manipulated by employees DTU officers etc to sleep on top bunk or on floor. (5) I followed their orders and slept on top bunk in the cell on the first night but fell off after having series of seizures/epilepsy through the night, cameras verify. (6) The multiple days after, I had to sleep on the floor, which was the only other option available to me by employees. (7) I chose to sleep on floor instead on top bunk which was only option. Also in initial review response the grievance officer stated that there was no feces on wall in unsafe cell ~~[illegible]~~ (8) Employees didn't test the substances/matters etc on the wall floor toilet etc. There was visible blood stains urine/fecal matter stains and scent on the wall floor... ~~[illegible]~~ The red stains wasn't juices etc, the brown stains smeared wasn't dirt, was it... ~~[illegible]~~ Dirt or feces, Pek

B. List actions taken and staff you have contacted, before submitting this grievance.

either one of these proves that the cell I was housed in was dirty/unsafe, unclean, for the weeks I was housed there. This was to punish me for showing symptoms of my mental health qualified disabilities.. punish instead of treating me. It was maliciously planned by employees in initial grievance to harm me because of my self injurious behavior and I was discriminated against because of seizure epilepsy disorder due to lack on bedspace cells in POC and DTU. (9) I was told by Hendricks, Walters, Cousins that I take up unnecessary bedspace in DTU because of longterm DC status other inmates deserves Be

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator

Date

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

**Facility Manager's Appeal Response**
**SCI-Huntingdon**
1100 Pike St.
Huntingdon, PA 16654-1112

DTU1010

This serves to acknowledge receipt of your grievance appeal to the Facility Manager for the grievance noted below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy," the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to me, and any other documents submitted.

| | | | |
|---|---|---|---|
| Inmate Name: | Lamont Zamichieli | Inmate Number: | LW2870 |
| Facility: | HUN | Unit Location: | GC-Unit |
| Grievance #: | 729930 | | |

**Decision:** ☒ **Uphold Response (UR)** ☐ **Uphold in part/Deny in part** ☐ **Uphold Inmate (UI)** ☐ **Dismiss/Dismiss Untimely**

*It is the decision of this Facility Manager to uphold the initial response, uphold the inmate, dismiss, or uphold in part/deny in part. This response will include a brief rationale summarizing the conclusion and any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.*

**Response:** *Frivolous*

In reviewing your grievance and appeal, I note that your concern with lack of treatment was appropriately addressed by Deputy Walters. In your appeal, you explain your version of the circumstances resulting in you banging your head while in the DTU strip cage. You also complain about the condition of your cell. In his response to your initial grievance, Deputy Walters found you were not denied medical or mental health treatment. He also found no evidence that you were discriminated against because of your race or that staff put you in a dirty or unsafe cell. You were provided all items permitted while on close watch. I must agree your claims have no merit.

In closing, I can only reiterate that I uphold the response provided by the grievance officer. Your grievance is found to be without merit.

| | |
|---|---|
| **Signature:** | Kevin Kauffman |
| **Title:** | Facility Manager |
| **Date:** | 6-8-18 |

cc: DC-15
File

* No grievances/Appeal forms available in DTU/RHU, Been without grievance form for past 3 week. No DTU inmate has grievance form. DTU offic[illegible]

Form DC-135A *Note* Appeal to Final Review

**INMATE'S REQUEST TO STAFF MEMBER**

* Grievance*

Appeal# 729930 to:

Commonwealth of Pennsylvania
Department of Corrections

INSTRUCTIONS
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. Put in Dirty unsafe cell as punishment staff knew of conditions but didnt correct it.

1. To: (Name and Title of Officer) Final Review
2. Date: 6/21/18
3. By: (Print Inmate Name and Number) Lamont Zamichieli # LW2870
Inmate Signature
4. Counselor's Name C. Banks
5. Unit Manager's Name Kendrick
6. Work Assignment DTU Solitary confinement in Dirty cell 23 hours a day. NA
7. Housing Assignment GC1010 DTU

Relief: 250,000 or 1,000 per day I was in GC1016 cell in only smock

Relief: Same cell in GC1016 cell 3/19/18-

Relief: Released to General population next 30 days and transfer to another Pris[on]

my right to avoid mental physical deterioration (deliberate indifference)

8. Subject: State your request completely but briefly. Give details.

Appeal Number # 729930 Grievance Appeal to final review with following facts to support claims: (I had valid chrono order Lower Bunk) I was never cleared to return back from P.O.C. suicide watch 3/[illegible] in medical Dept to be returned back to DTU and housed in GC1016 cell on close watch on 3/21/18. Phsychiatrist did dont clear or approve for officer security to override medical-Pychiatrist orders. LT. Dunkle ordered for me to be removed from POC medical obs and return to DTU GC1016 on 3/21/18. Originally I was housed in Medical observation POC for jumping off the 2nd tier on B quad when returning from PRT because of voices in my head hallucinations feeling depressed. also while in DTU stripcage on 3/19/18 on same day jump from top tier. On 3/19/18 and 3/21/18 repeatedly bang head to hard objects walls bunk metal in GC1016 DTU cell. self injuries behavior. I was pepper sprayed while knocked down in DTU stripcage on 3/21/18 at 8:00 pm. I was put back in unsanitary Dirty feces cold cell GC1016 at SCI Huntingdon and housed without chance to decontaminate myself from pepper spray.

9. Response: (This Section for Staff Response Only)

I wasnt given any soap or hygiene products -- cameras in the cell will verify. Had to choice between sleeping on top top bunk or Dirty cold dusty floor in unclean cell... scrapes cuts on feet, toe arms legs etc. was denied/delayed access to medical care for seizure, blood pressure and symptoms of chest pain hard breath, etc. from pepper spray denied care from 3/21/18 to 3/30/18. Suffered mul[tiple] seizures, head concussion in GC1016 cell, but ignored for days... officers/nurses in original grievances responsible. only had a smock on no clothes no mattress, no blankets no slides etc... naked bare feet. my chrono of lower bunk lower tier was ignored. I was threatened with misconducts if I slept on lower bunk in cell. so had to choice between top bunk or floor.

To DC-14 CAR only ☐ 23 hour lockdown in Dirty cell. To DC-14 CAR and DC-15 IRS ☐ ADA title II, III, V vi[olation]

Staff Member Name cell.. so had to choice Between top Bunk or floor.
Print Sign Date

GC1016 cell has a metal bunk in it.. its cold in cell poor ventilation Air intake etc.. The bunk bed is designed to look identical to hard plastic bunk in suicide POC cell in medical but ... [illegible]

Revised July 2000

Relief: Transfer to another DOC facility Prison in 10 days & Relief: 250,000 cash.

I was told that I'll be taking up unnecessary bed space in DTU and because I'm black race, I will get treated unfair housed in any unsafe cells against medical needs - I've been in DTU on disciplinary custody DC status for over 15 months, I have 14 months DC status left at SCI-Huntingdon DTU. I need to be ... [illegible]

(1) Pg 1 of 2 Turn page over to read more

(d) DTU cells were housed in DryCell ... has 3 POC cells in medical, POC locks space of housing! has two Bunks - Lower and top Bunk. Restraint chair cell - Not in DTU cell according to Policy of DOC - metal material but designed to look like plastic.

I was denied Access to Medical care and Mental health Psychiatric care Monitoring by Medical Psych personal, instead DTU officers not trained in suicide prevention etc.. No adequate qualified personal to screen inmate suicide / self injures Behavior.. instead They make fun of (SMI) serious mentally ill inmates and encourages inmates to commit suicide and give ideas, plus deliberate indifferent to serious medical psychiatric Needs. I was denied Access to out of cell programming because I suffer mentally physically psychologically pain from head trauma, from seizures head Banging on 3/01/18 and I was Denied Medical care for head concussion and depression... was denied Access to Medication to control depression / voices hallucination etc.. CRNP - COUSINS maliciously discontinued my psych medication on 3/19/18 and wasn't yet prescribed any medication treatment to treat my depression symptoms, etc. so depressed that didn't exit cell or take showers in 2-3 months deteriorating mentally physically psychologically. I didn't refuse to take advantage of services. In fact, I was denied access and discriminated against because of qualified disabilities seizure disorder, schizoaffective disorder, Major depression, Anti social personality Disorder, etc.. denied care because of symptoms and denied medication to treat or better. Housed in Dirty feces cell, urine, semen, spit Dirt stains on floor wall, toilet etc. The cell GC1016 DTU cell wasn't cleaned prior to me being housed in cell I did... [illegible]

(Left margin:) ... watch cells is in medical Dept. - Not in DTU.. DTU cells aren't supposed to be used as P.O.C. - SLI Huntingdon use DTU cells as POC

(Right margin:) CRNP - JESSICA COUSINS is not a Psychiatrist but she unlawfully [illegible] my meds

(Left margin, lower:) Between 1 or the order.. I was told that I can't (must not) sleep on Lower Bunk if I didn't want to receive Misconduct for Disobeying officers Direct order, upon return from POC on 3/21/18, first housed in cell GC1016 with bloody jumpsuit (mattress) then removed placed in smock ...

Amos v. Lamm, 539 F.2d 599 560 (10 Cir. 1980) [illegible]

**FINAL APPEAL DECISION DISMISSAL**
**Secretary's Office of Inmate Grievances & Appeals**
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

This serves to acknowledge receipt of your appeal to final review for the grievance identified below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System," this Office has reviewed all documents provided as part of the grievance record. Upon consideration of the entire record, it is the decision of this office to dismiss your appeal to final review due to a failure to comply with the provisions of the DC-ADM 804, as specified below.

| | | | |
|---|---|---|---|
| **Inmate Name:** | Lamont Zamicelli | **Inmate Number:** | LW2870 |
| **SCI Filed at:** | Huntingdon | **Current SCI:** | Huntingdon |
| **Grievance #:** | 732590 | | |
| **Decision:** | **Dismiss** | | |

| | | |
|---|---|---|
| | X | *1) Your grievance was properly rejected at the facility level for the reason(s) outlined below.* |
| | | *2) Your grievance is being dismissed at the final appeal level for the reason(s) outlined below.* |
| **Rationale:** | | |
| | | 1. Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator. |
| | | a) DC ADM 008 Prison Rape Elimination Act (PREA) – allegations of a sexual nature against a staff member and/or inmate-on-inmate sexual contact |
| | | b) DC ADM 801 Inmate Discipline/Misconduct Procedures |
| | | c) DC ADM 802 Administrative Custody Procedures |
| | X | 2. The grievance or appeal was not submitted within fifteen (15) working days after the events upon which claims are based. |
| | | 3. Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility. |
| | | 4. The grievance was not signed and/or dated with correct commitment name, number, contained UCC references, or was not presented in proper format. |
| | | 5. Grievance or appeal must be legible, understandable, and presented in a courteous manner. |
| | | 6. The grievance or appeal exceeded the two page limit. Description needs to be brief. |
| | | 7. Grievance does not indicate that you were personally affected by a Department or facility action or policy. |
| | | 8. Grievances based upon different events must be presented separately. |
| | | 9. The issue(s) presented on the attached grievance has been reviewed or is currently being reviewed and addressed. Prior grievance # |
| | | 10. Group grievances or grievances filed on behalf of another inmate are prohibited. |
| | | 11. Grievance disputes previous grievances, appeal decisions or staff members who rendered those decisions. |
| | | 12. You are currently on grievance restriction. You are limited to one grievance every 15 working days. Last grievance # was submitted on |
| | | 13. You have not provided this Office with required and/or legible documentation for proper review. |
| | | 14. An appeal to final review is not permitted when you fail to comply with submission procedures. |

**Response:**

This office agrees with the Superintendent's response.

| | |
|---|---|
| **Signature:** | Dorina Varner *Dorina Varner* |
| **Title:** | Chief Grievance Officer |
| **Date:** | 7/23/18 |

DLV

cc: DC-15/Superintendent Kauffman
Grievance Office

8/14

DC-804
Part 1 Pg 1 of 2

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
Resubmit # 732590

| FOR OFFICIAL USE |
|---|
| 732590 |
| GRIEVANCE NUMBER |

## OFFICIAL INMATE GRIEVANCE

| | | |
|---|---|---|
| TO: FACILITY GRIEVANCE COORDINATOR<br>MS. Green | FACILITY:<br>Huntingdon SCI | DATE:<br>4/24/18 |
| FROM: (INMATE NAME & NUMBER)<br>Lamont Zamichieli #LW2870 | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT:<br>N/A | HOUSING ASSIGNMENT:<br>GC1009 DTU | |

Secretary's Office
Inmate Grievances & Appe[als]
JUL 02 2018

INSTRUCTIONS: (I remain a "D" stability Roster) Relief: given PRT/PRC weekly Rationals of status! Relief: $200,000 cash compensation Relief: 385 Days DC time o[ff]
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system. Relief: TRANSfer from SCI-Huntingdon to another PA DOC facility DTU, GP or specialized mental health treatment Program
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted. Resubmit # 732590 Relief: I remain a (SMI) D stability code Relief: evaluated by Psychiatrist outside of SCI Huntingdon in N[?] 30 d[ays]

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking. This is cruel unusual punishment violating 8th amend[ment]

according to PA DOC Policy 13.8.1 + DC-ADM 801 mental health access and Inmate discipline of "D" Roster - "D" stability Rating serious Mentally ill (SMI) Rating of PA DOC Mental health Roster.. plus an agreement/contract signed by JOHN wetzel PA DOC and facilities when AMERICAN DISabilities Right Network of PA and other attorneys came together on behalf of (SMI) IN Isolation units deprived an adequate mental health treatment. As of 5/2/18 Been in DTU over 1 year. I been housed in DTU here at SCI-Huntingdon for over a year Now - since 4/17/17. over 365 days and been on (DC) Displinary custody status ever since constant entrapment in DTU/R[HU] from misconducts being written because of symptoms behaviors That has much to do with my Mental health diagnoses... DC time is Then added and push DC time Sanction further Back and keep me in DTU Longer. Records.. I am diagnosed Schizoaffective Disorder, Depression, Bipolar, ADHD, PTSD, Anxiety, Anti social personality Disorder etc which are all qualified disabilities that Require treatments and I shouldn't be punish because of Them or discriminated against or Denied mental health Programming in DTU as I been excluded from for months Now. Per Policy of DOC, State/federal Laws a "SMI" inmate should not Be held/housed in DTU or isolation units due process procedure fair equal Rights Protection 14th amendment of US constitution Shouldn't Be housed on Displinary custody (DC) status in DTU (RHU, Isolation units for over a year.. over 365 days unless a circumstance is known and communicated in writing of status and Reason, and give Inmate chance to challenge it... unless he's being Processed for TRANSfer to another facility swap or transfer of any kind such as awaiting Bed space placement in a specialized treatment/mental health Program such as SRTU, ICU, MHU, SMU, BMU, or Stepdown Program, etc and Inmate is to be evaluated By Psychiatric doctor Psychiatrist mental health employees who is not employed at current facility SCI Huntingdon. Recommendations etc are made and Referrated. Central office waymarts CI. A "D" Roster isn't supposed to Be housed or placed on RRL Restricted Release either.

[Left margin, written vertically:] deteriorated mentally emotionally physically in DTU

B. List actions taken and staff you have contacted, before submitting this grievance. Verball discussion with PRT and PRC, They Refuse to Provide written Notice of my status or PRC rationales but They state that I'm NOT being processed for transfer of any kind to another facility or such specialist mental health Programs as date and wont even consider Them either.. plus the PRT/PRC walters, brumbaugh, PSS Diehl, CRND Cousins, UPM Goss, UM Kendricks, Counselor C. Banks wont Recommend or Referral me to any Programs I could benefit from.. non transfer me to another facility DTU where PRT would cut DC time Release me to GP. I been in DTU for over a year and has DC sanction time that dont expire until about July 2019 near my max Release date from Prison sentence.. PRT/PRC said They took my "D" stability status maliciously so They could keep me in Isolat[ion] in RHU or RRL [illegible] No Release to GP [illegible] of 4/[illegible]

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator — Date: 4.30.18

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy



8/14

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

Resubmit #-732590

| FOR OFFICIAL USE |
|---|
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR<br>Mrs. [illegible] | FACILITY:<br>Huntingdon SCI | DATE: 4/19/18 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER)<br>Lamont [illegible] #LW[illegible] | SIGNATURE OF INMATE: [signature] | |
| WORK ASSIGNMENT:<br>N/A | HOUSING ASSIGNMENT:<br>GL1009 DAH | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

Resubmit # 732590, I was rejected by [illegible] Green stating untimely. [illegible] it shouldn't be rejected as untimely because its an ongoing issue, its been over a year I been at SCI Huntingdon on Disciplinary Custody Status in the DHU. As of date [illegible] I'm still in DHU on Huntingdon SCI on DC status in solitary [illegible] deprived freedom liberty free [illegible] [illegible] [illegible] 14th amendment of US [illegible], denied adequate mental health treatment [illegible] amendment [illegible] been in DHU here since 4/18/17 since arrival at SCI Huntingdon [illegible] is ongoing as of todays date [illegible] [illegible] [illegible] constant isolation as of 5/2/18. [illegible] [illegible] 365 days elapsed for me [illegible] this grievance that PA DOC Huntingdon [illegible] [illegible] 13.2.1 DC-ADM 801 [illegible] of mental health [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] SMI [illegible] DOC Mental health [illegible] [illegible] John Wetzel [illegible] DOC [illegible] [illegible] [illegible] [illegible] attorneys [illegible] together [illegible] behalf of SMI) [illegible] [illegible] [illegible] custody status [illegible] [illegible] been in DHU at SCI Huntingdon [illegible] 4/18/17 [illegible] status change [illegible] have DC [illegible] [illegible] exceeding my maximum [illegible] [illegible] sentence DC status [illegible] October 2019 my max release [illegible] [illegible]

B. List actions taken and staff you have contacted, before submitting this grievance.

I been in DHU for over 365 days in [illegible] facility on DC [illegible] [illegible] [illegible] constant isolation [illegible] DHU [illegible] [illegible] [illegible] behaviors [illegible] [illegible] [illegible] based on [illegible] [illegible] has [illegible] to do with my mental health [illegible] [illegible] [illegible] [illegible] [illegible] Depression Anxiety ADHD [illegible] [illegible] [illegible] [illegible] [illegible]

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator ______________________ Date ______________

WHITE Facility Grievance Coordinator Copy  CANARY File Copy  PINK Action Return Copy
GOLDEN ROD Inmate Copy

**GRIEVANCE REJECTION**
SCI-Huntingdon
1100 Pike St.
Huntingdon, PA 16654-1112

109

This serves to acknowledge receipt of your grievance to this office. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System," I have reviewed all documents provided as part of the grievance. Upon consideration of the grievance, it is the decision of this office to reject your grievance due to a failure to comply with the provisions of the DC-ADM 804, as specified below.

| | | | |
|---|---|---|---|
| **Inmate Name:** | Lamont Zamichieli | **Inmate Number:** | LW2870 |
| **Facility:** | HUN | **Unit Location:** | GC-Unit |
| **Grievance #:** | 732590 | | |

**Decision:** **Rejection**

| | |
|---|---|
| X | *Your grievance is being rejected for the reason(s) outlined below.* |

**Rationale:**

| | |
|---|---|
| | 1. Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator. |
| | a) DC ADM 008 Prison Rape Elimination Act (PREA) - allegations of a sexual nature against a staff member and/or inmate-on-inmate sexual contact. |
| | b) DC ADM 801 Inmate Discipline/Misconduct Procedures |
| | c) DC ADM 802 Administrative Custody Procedures |
| | d) DC ADM 803 Inmate Mail and Incoming Publications, Section 3, E. |
| X | 2. The grievance was not submitted within 15 working days after the events upon which claims are based. |
| | 3. Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility. |
| | 4. The grievance was not signed and/or dated with correct commitment name or number, contained UCC references, or was not presented in proper format. |
| | 5. Grievance must be legible, understandable, and presented in a courteous manner. |
| | 6. The grievance exceeded the two page limit. Description needs to be brief. |
| | 7. Grievance does not indicate that you were personally affected by a DOC or facility action or policy. |
| | 8. Grievances based upon different events must be presented separately. |
| | 9. The issue(s) presented on the attached grievance has been reviewed or is currently being reviewed and addressed in prior grievance ____________. |
| | 10. Group grievances or grievances filed on behalf of another inmate are prohibited. |
| | 11. Grievance disputes previous grievances, appeal decisions, or staff members who rendered those decisions. |
| | 12. You are currently on grievance restriction. You are limited to one grievance every 15 working days. Last grievance # ____________, submitted on ____________. |
| | 13. You have not provided this office with the required documentation for proper review such as a DC153A Personal Property Inventory Sheet, Confiscated Items Receipt, Commissary/Outside Purchase Form, or documents outlined on the DC ADM 005 Notification of Deductions memo and/or the Notification of Amended Deductions memo. |
| | 14. The publication appeal did not include a copy of the Notice of Incoming Publication Denial form (Attachment 3-B of DC ADM 803). |

**Response:**

| | |
|---|---|
| **Signature:** | [signature] |
| **Title:** | Facility Grievance Coordinator |
| **Date:** | 4-30-18 |

cc: DC-15
File

Appeal to Superintendent #732590

DC-804
Part 1

Pg 1 of 2

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Ms. Green | SCI Huntingdon | 5/17/18 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE OF INMATE: | |
| Lamont Zanchel # LW2870 | [signature] | |
| WORK ASSIGNMENT: LW2870 | HOUSING ASSIGNMENT: | |
| n/a | GC1007 DTU | |

INSTRUCTIONS: Pg 1 of 2 [illegible]

1. Refer to the DC-ADM 804 for procedures on the inmate grievance system. [illegible]
2. State your grievance in Block A in a brief and understandable manner. [illegible] SCI Huntingdon [illegible]
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted. [illegible] transfer from SCI Huntingdon to [illegible] PA DOC facility [illegible]

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking. [illegible] Mental health Program [illegible]

According to PA DOC Policy of 13.8.1 [illegible] Serious Mentally Ill [illegible] and in agreement contract signed by head of DOC [illegible] Disability Rights Network of Pennsylvania, on behalf of Mentally Ill inmates in isolation units, that [illegible] Serious Mentally Ill [illegible] not suppose to be housed in DTU on Disciplinary Custody Status for OVER ONE YEAR whatsoever unless being processed for a transfer to a specialized treatment [illegible] Program. I've Been in DTU here at Huntingdon, since (4/18/17.) a year on DC Sanction status, and I want out of DTU asap either population / transfer to another DOC facility [illegible] be placed in [illegible] mental health treatment program in PA DOC [illegible] to be evaluated by Psychiatrist / Mental health employees who is not employed at SCI-Huntingdon [illegible] I've been diagnosed with serious mental [illegible] since a young child [illegible] same as many psychiatrists [illegible] diagnosed me with Schizo[illegible] Disorder, PTSD, ADHD, [illegible] Antisocial Personality Disorder. [illegible] (4/18/17) to (4/17/18) [illegible] Denied out of cell programming in DTU [illegible] by PRT Members [illegible] CCPM Jessica Cousins, [illegible] that they plan to take away my D code because they want to keep me in isolation and put me [illegible] RHU [illegible] refuse to transfer me to another facility [illegible] [illegible] SCI Huntingdon [illegible] U.S. Constitution [illegible]

B. List actions taken and staff you have contacted, before submitting this grievance.

[illegible] deliberate [illegible] Policy and [illegible] violated by all involved DOC members [illegible] mental health care [illegible] [illegible] Banks. [illegible] 3/14/18 CCPM Cousins [illegible] my medication [illegible] so she could take my D code. [illegible] nurses [illegible] officers [illegible] to falsify [illegible] documents [illegible] D code [illegible] isolation [illegible] Took my meds from me to make me [illegible] [illegible] show [illegible]

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator | Date

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

Had to wait one year mark to file grievance Because violation Lasted 1 year. I Been in DTU here at SCI-Huntingdon on Displinary custody (DC) status for over 1 year (one year) consecutive... I Been in DTU here since 4/18/17 and it Now 5/17/18... It's timely grievance

If the violation is ongoing and continuing by DOC employees

Appeal to Superintendent #732590

DC-804
Part 1

Pg 2 of 2

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR<br>Ms. Green | FACILITY:<br>Huntingdon SCI | DATE:<br>5/17/18 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER)<br>Lamont Zamichieli # LW2870 | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT:<br>N/A | HOUSING ASSIGNMENT:<br>GC1007 DTU | |

INSTRUCTIONS: Pg 2 of 2
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

[illegible handwritten relief notes in margin]

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

On about 4/10/18, 4/11/18 or 4/12/18 PSS Deihl saw me for IRP, he said its a change of status, I asked for what, he shook his head and said CRNP Cousins she wants to see me first before she prescribe me my Seroquel reducto Ball that she discontinued me illegally on 3/19/18. PSS Diehl also stated "that" I shouldn't be in DTU on DC status for over a year, and my year mark being in DTU on DC status at Huntingdon is approaching so CRNP Cousins wants to change my status and attempt to take my "D" code stability ... been plotting on for months because of my grievances and lawsuits. I discussed the possibility of program ... specialized program transfer with Diehl and other issues of me needing my meds back on. He said CRNP Cousin's will see you for PRT on Monday 4/16/18, and I should bring it up to her and Goss. On 4/16/18, I was at PRT, CRNP Cousins/Goss said Diehl evaluated me so they could take my "D" code and ... false info in file at the end of the session. I was manipulated into signing a IRP plan that didn't have what discussed... I signed it by not being in right state of mind because I'm not on my medication because CRNP Cousins discontinued it a month ago. I wasn't told what I signed for until after I signed it. RN Cousins said Now you will not be a D code anymore... you wont go to Population or receive haircuts privileges as you expect and you won't be transferred to another facility or specialized program... you are going to be in RHU soon wearing orange jumpsuit instead of blues. On 4/17/18 I was ... to C-Banks ... It's been a year I been in DTU on DC status and no progress made at SCI-Huntingdon, so CRNP Cousins will justify ... by putting you on AC or RHU and take your D code because

B. List actions taken and staff you have contacted, before submitting this grievance. SCI-Huntingdon's PRC Walters and Brumbaugh will not transfer me to another facility, will not release me to General Population or give you haircuts.. so instead so PRC don't have to consider anything privileges haircuts release to GP half time etc because they know its been over a year in DTU here at Huntingdon ... on Disciplinary ... custody status but refuse to release me to GP or transfer me to a program etc. PRT or PRC both never give me copy of IRP or PRC ... etc to let me know my status and what they plan to do with me ... transfer. Their words ... its a ...

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator

Date

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

**Facility Manager's Appeal Response**
**SCI-Huntingdon**
1100 Pike St.
Huntingdon, PA 16654-1112

This serves to acknowledge receipt of your grievance appeal to the Facility Manager for the grievance noted below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy," the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to me, and any other documents submitted.

| | | | |
|---|---|---|---|
| **Inmate Name:** | Lamont Zamichieli | **Inmate Number:** | LW2870 |
| **Facility:** | HUN | **Unit Location:** | GC-Unit |
| **Grievance #:** | 732590 | | |

**Decision:** ☒ **Uphold Response (UR)** ☐ **Uphold Inmate (UI)** ☐ **Uphold in part/Deny in part** ☐ **Dismiss/Dismiss Untimely**

*It is the decision of this Facility Manager to uphold the initial response, uphold the inmate, dismiss, or uphold in part/deny in part. This response will include a brief rationale summarizing the conclusion and any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.*

**Response:** *Frivolous*

In reviewing your initial grievance and appeal, I note your original grievance was rejected because grievances based on different events must be submitted separately. You then resubmitted your grievance with a single issue, but it was not submitted within 15 working days of the events upon which your claims were based. In your appeal to this rejected grievance, you state you have been housed in the DTU since April 2017 and have been denied treatment and programming. You have not provided any information or dates to show how your concerns are timely; therefore, they were considered untimely. I must agree grievance #732590 has been properly rejected.

| | |
|---|---|
| **Signature:** | Kevin Kauffman |
| **Title:** | Facility Manager |
| **Date:** | 6-11-18 |

cc: DC-15
File

(1)

GRIEVANCE
ATTN: Appeal # 732590 to Final Review Level

Pg 1 of 2

TURN page over to view Pg 2

Form DC-135A

**INMATE'S REQUEST TO STAFF MEMBER**

FINAL REVIEW GRIEVANCE # 732590

Commonwealth of Pennsylvania
Department of Corrections

INSTRUCTIONS
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

Relief: To be transferred immediately in 10 days to another PA DOC facility prison DTU or general population. Fresh start with a HR team that work with

1. To: (Name and Title of Officer) GRIEVANCE appeal

2. Date: 6/27/18

3. By: (Print Inmate Name and Number) Lamont Zamichieli #LW2870

Inmate Signature

4. Counselor's Name C. Banks

5. Unit Manager's Name C. Kendrick

Relief: Immediate evaluation evaluat by Licensed Psychiatrist in next 10 days

6. Work Assignment N/A

7. Housing Assignment GC1010 DTU

Relief: Transfer to another DOC prison

Relief: Immediate release to general population

8. Subject: State your request completely but briefly. Give details. Relief: 200,000 cash

Appeal Grievance # 732590 to Final Review Level... Theres NO grievances or available appeal forms on the DTU at SCI Huntingdon. Officers said none available for past 3 weeks now denied access to grievances, prevented from exercising first amendment on numerous of other issues. I present following facts on appeal to central office.

(1.) I Been housed in SCI Huntingdons DTU on (DC) Displinary Custody Status consecutive ongoing since 4/18/17. Its Been well over a year on same status under harsh isolation conditions. Issue is ongoing, as you can see in records I'm still housed in Huntingdon's SCI DTU as of Date 6/27/18. Nothing can Bar the Action/Grievance or say its untimely because issue is ongoing, not moot.

(2.) I had to wait until after a year mark to raise claim because a year on DC sanction is the maxium time a DTU (SMI) serious mentally ill inmate "D" roster mental health code rating inmate could be on DC sanction in DTU/Isolation being denied/delayed adequate

9. Response: (This Section for Staff Response Only)

medical/mental health care under harsh conditions according to State/Federal Law also PA DOC Policy and agreement of settlement contract John E Wetzel agreed on when sued by Disability Rights Network and numerous of other Lawyers on inmates Behalf, Injunction Relief.

(3.) This above agreement contract is being violated/Breached by PA DOC SCI Huntingdon and its employees all in initial Grievance Response this issue. I'm deteriorating degenerating mentally, physically and psychological causing extreme pain suffering suicidal plans thoughts and attempts because staff deliberate indifferent to serious medical needs violating 8th amendment cruel unusual punishment, in many ways

To DC-14 CAR only ☐ To DC-14 CAR and DC-15 IRS ☐

(4.) Constant Isolation in DTU at SCI Huntingdon where the facility lacks appropriate amount of qualified mental health staff in DTU also theres no psychiatrist full time in the facility. CRNP @ Jessica Cousins isnt a psychiatrist, therefore shall not be conducting PRT or doing psychiatrist duties such

Staff Member Name ______ Print ______ Sign ______ Date ______

Revised July 2000

Relief: For immediate transfer ...

PA DOC needs to hire more staff mental health staff in DTU Huntingdon SCI. Theres only one part-time Psychiatrist here and that person is Doctor Xue on ... Theres over 3,000 inmates here with serious mental health issues to be seen ... been delayed/denied access ...

Relief: Immediate Transfer to another PA Doc facility Prison in next 10 days Immediate Release to Population RTU

Relief All Requested IN Inti Neel Grievances

$200,000 lesh compensation Mental distress, Joint Ach. Misrques, etc

2)

Being denied Medication seriqued on any Brand of Psych Medication treatment for Deep Depression, Schizoaffective Disorder, Anti Social Personality Disorder, etc, in The DTU Constant isolation and Lack of train Staff dealing with Mentally ill inmates is sign of deliberate Indifference When I havent Spoken or evaluated By "Psychatrist" in over 4 Months as of 6/27/18 Denied treatment in DTU for over 1 year on Displinary custody (DC) Status Consecutive isolation violates my 1st, 8th, 14th amendment Right of Constitution as. also violates The ADA title "II", "III", and "V" also Rehabilitation Act Section 504. 365 Days on DC Sanction Denied medical is harsh!

I am diagnosed in conditions above also Psychical Disabilites. IM denied of programming services, Medical Mental heath treatment/Attention in DTU at SCI Huntingdon for The past 14 Months DC status Consecutive because Symptoms of disabilities.. Staff LPM Goss, PSS Diehl, CRNP-Cousins, PRC/PRT Members Walter, Spyker, Brumbaugh discriminate against me. I have DC Sanction time That Exceeds past my Maximum Prison Release Sentence date.. My max prison date is 8/22/19.. I have DC Sanction time until November-December 2019.. Months past my Prison release date. Clear to see, IM deteriorating IM Not on my Mental health meds because on 3/19/18 CRNP-Cousins Maliciously discontinued Them, and won't Prescribe me meds treatment ...

Relief Request 400 Day DC time cut $1000 per Day in DTU at Huntingdon SCI under harsh conditions in isolation unable to make complaints known

Still in DTU ... meds for mental issues plus denied access to speak to Dr. ... which could alter my Mood and help change Behavior could Reduce because Breakdown Behavior as of Detach ... Noted meds could cause symptoms Misconduct and receive Sanction due to issues ...

Psychiatrist ... one on one ... (MH)

ADA Req'l # ...

[illegible] disturbed by Psychiatric [illegible] not employed [illegible] Received 2000.00 cash [illegible] on 1000.00 [illegible] over one year [illegible]

**DC-141** **PART II(C)** **COMMONWEALTH OF PENNSYLVANIA**
**Rev. 9/2009** **HEARING SUPPLEMENT** **DEPARTMENT OF CORRECTIONS**
**INMATE VERSION AND WITNESS STATEMENTS**

| DC Number | Name | Facility | No. from PART I |
|---|---|---|---|
| LW2870 | Lamont Zanichelli | Huntingdon | [illegible] |

**INMATE'S VERSION** Pg 2 of 2 grievance # 732590 (continued)

IM being discriminated against and denied Access to mental health treatment programs services medication etc because symptoms of my dis qualified mental health disabilities as described on page 1 of this grievance and IM being constant entrapped isolation in DTU/DIU because symptoms of these disabilities. IM being constantly punished with more DC sanction time consecutive to DC time IM already serving and been serving since 7/18/17. I shall not continue to be punished in isolation in DIU at SCI Huntingdon or continue to be discriminated against or denied mental health programs, medication psychotropic meds etc. in DIU at Huntingdon excluded from DIU programs for month(s) now and still ongoing as of 5/2/18. Note: you Ms Green Grievance coordinator didnt reject it as untimely on first submit, so why now [illegible] Per DOC policy state federal law a (SMI) inmate shall not be held/housed in DTU/DIU or isolation [illegible] due process procedural equal rights protection 14th amendment [illegible] should be on (DC) sanction for over 1 year (365 days) unless [illegible] as of circumstance is communicated to inmate and known given in writing written form of status and reason and give inmate chance to challenge it [illegible] unless inmate is being processed/pending transfer to another PA DOC facility swap or transfer of any kind for accommodations medical mental health reasons etc awaiting bed space placement in specialized treatment mental health programs in PA DOC such as SRTU, [illegible] Secure Diversion Program etc. evaluated by Psychologists doctors mental health agencies who is not employed at current facility SCI Huntingdon [illegible] recommendations commitments evaluations made by referral central office SCI Waymart. A (SMI) inmate shall not be housed on placed on (RRL) restricted from release either according to verbal discussion with PRT and PRC on numerous of dates up to 4/18/18. They refuse to provide me formal written status rationale treatment plan [illegible] PRT state that IM not being processed for transfer to another facility of any kind or such mental health specialized treatment program or [illegible] me to general population [illegible] Reason IM told IM taking up bedspace in DIU at Huntingdon [illegible]