, 2018

# Final Appeal Decision
## Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

This serves to acknowledge receipt of your appeal to the Secretary's Office of Inmate Grievances and Appeals for the grievance noted below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to the Facility Manager, the Facility Manager's response, the issues you raised to final review, and (when applicable) any revised institutional responses required as a result of a subsequent remand action by this office. As necessary, input from appropriate Central Office Bureaus (e.g., Health Care Services, Chief Counsel, Office of Special Investigations and Intelligence, etc) may have been solicited in making a determination in response to your issue as well.

| **Inmate Name:** | Lamont Zamichieli | **Inmate Number:** | LW2870 |
|---|---|---|---|
| **SCI Filed at:** | Huntingdon | **Current SCI:** | Huntingdon |
| **Grievance #:** | 728525 | | |

***Publication (if applicable):***

**Decision:**
- ☒ **Uphold Response (UR)**
- ☐ **Uphold Inmate (UI)**
- ☐ **Uphold in part/Deny in part**

*It is the decision of the Secretary's Office of Inmate Grievances and Appeals to uphold the initial response, uphold the inmate, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.*

**Response:** *Frivolous*

You claim in your grievance that on 3/21/18 staff used excessive force. You also claim that Lt. Dunkle tried to bribe you and extort you. An investigation was conducted regarding your allegations. The records reflects that your issues were adequately addressed. There is nothing new to add to the responses you already received. The record reflects that OC spray was used due to you harming yourself. You have failed to provide any evidence to substantiate your claims. Therefore, your requested relief is denied.

| | |
|---|---|
| **Signature:** | Dorina Varner/ Dorina Varner |
| **Title:** | Chief Grievance Officer |
| **Date:** | 7/5/18 |

DLV
cc: DC-15/Superintendent Kauffman
Grievance Office

***DC-ADM 804, Inmate Grievance System Procedures Manual***
***Section 2 – Appeals***
Issued: 1/26/2016
Effective: 2/16/2016

***Attachment 2-F***

EXHIBIT
E

Initial #728525

7/25 HUN

DC-804
Part 1

Pg 1 of 2.

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

Resubmit # 728525
ABUSE Policy DC ADM 001 excessive force.

| FOR OFFICIAL USE |
|---|
| 728525 |
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| MS Green | SCI-Huntingdon | 3/30/18 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE OF INMATE: | Secretary's Office Inmate Grievances & Appeals |
| Lamont Zamichieli #LW2870 | [signature] | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | JUN 14 2018 |
| NA | GC1016 DTU. | |

INSTRUCTIONS: Relief: Anytime I exit or placed back in my cell, I want audio/visual recordings on me to prove everything said/done by officers!!!, Relief: I stay in camera cell / Double wicket, Relief: Transfer from this facility to another DOC facility in next 30 days

1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted. Relief: Save cameras Relief's $200,000 cash planned excessive force

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking. Suffer injuries 2 Black swollen eyes, concussion!

Resubmit #728525... on 3/21/18 between 7:00-8:00PM all involved officers/employees at SCI-Huntingdon on DTU used planned malicious intentional excessive force on me, a serious mentally ill inmate "D" stability then denied/delayed me medical care/mental health for injuries. obtained. Lt. Dunkle ordered DTU/RHU officers to pepper spray O.C. MACE spray on me in strip cage of DTU while I was knocked unconscious/having seizure. Days later upon investigating, I was told by numerous of officers/inmate who witness and heard staff saying inmate Zamichieli repeatedly bang his head on metal cages to self harm and knocked himself out and appear to be foaming out of mouth/bleeding as he was having seizure. I was told that officers involved was C/O Chilote, C/O Walker, C/O Stover, C/O Fochman, C/O Henry, C/O Parkes and few others. Force was planned according to recollection of threats by Lt. Dunkle hours before on same day! He stated he wanted to harm me and will when he get chance to if I snitched on him for sexual abuse/Bribery while escorting me back from DOC medical observation cell. used excessive force discretion to pepper spray me while I was knocked unconscious/seizure from serious medical needs/disorders. on 3/21/18. C/O Henry/C/O Parkes was working DTU untrained to work around deal with mentally ill suicidal inmates... These officers saw me banging my head hand against metal bunk frame and door in cell but didn't report or help when I told them I was feeling suicidal and needed to immediately report sexual abuse. They ignored and made fun of me, threatened to harm me more. Camera footage

Relief: Stay in camera cell due to fear of retaliation

B. List actions taken and staff you have contacted, before submitting this grievance.

available and requested to be saved all cameras. Force was used on me in strip cage when I was unconscious/medical seizure etc.. I dont remember much, so I request cameras to be saved shown as evidence on 3/21/18 at 7:00-8:00PM... handheld camera/strip cage camera etc. Woke up being sprayed with OC spray after knock out unconscious/seizure from self injurest behavior head banging to wall, door etc. I was no longer harm threat to myself or others while unconscious/in need of medical treatment. Instead of treating me as patient I was treated as a nuisance—assault.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator

Date

WHITE Facility Grievance Coordinator Copy    CANARY File Copy    PINK Action Return Copy
GOLDEN ROD Inmate Copy

Initial # 728525

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

Pg 2 of 2.

| FOR OFFICIAL USE |
|---|
| GRIEVANCE NUMBER |

## OFFICIAL INMATE GRIEVANCE

| TO: FACILITY GRIEVANCE COORDINATOR<br>Ms Green | FACILITY:<br>Huntingdon | DATE:<br>3/30/18 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER)<br>Lamont Zamichieli # LW2870 | SIGNATURE OF INMATE: [signature] | |
| WORK ASSIGNMENT:<br>NA | HOUSING ASSIGNMENT:<br>GC1016 DTU. | |

INSTRUCTIONS: #728525

1. Refer to the DC-ADM 804 for procedures on the inmate grievance system. Relief: Immediate transfer from SCI Huntingdon
2. State your grievance in Block A in a brief and understandable manner. Relief: 200,000 Relief: Cameras/Records to be
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted. I suffer head concussion Brain injuries, Bruised eyes due to excessive force. Saved Produced deliberate and front employees..

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

I Believe its Necessary for me to add all details in This ONE grievance because it All happened/occurred series of pattern. First officers used excessive force on me then they told nurse Ashley to Deny me adequate medical care for injuries of Black eyes, head injuries, Possible ~~[crossed out]~~ concussion etc on 3/21/18 incident. It should all be on camera... No scenes should be missing! If scenes are missing, paperwork Records are fabricated then thats staff employees wrong by trying to withhold information that will substantiate my claims of abuse/sex abuse, excessive force medical ~~[crossed out]~~ preserve evidence. All parties listed are responsible for Acts, patterns of using planned malicious force on mentally ill inmates. I was knocked unconscious in DTU strip cage suffering from injuries in need of medical attention on 3/21/18 [redacted] 8:00pm LT. Dunkle ordered officers to spray OC pepper spray on me.. as I was told by multiple employees/inmates who witnessed and overheard officers maliciously planning to spray me and hide scenes of camera footage on purpose to inflict harm while I was knocked out on floor in strip cage of DTU. If unconscious or seizure, how would inmates be able to respond to orders given by employees who know and see inmate is in need of medical attention??? Blast of a whole can 2 liter of pepper spray used on me!. I request cameras to be saved for civil court review. LT. Dunkle + officers physically harmed me, I now suffer trouble breathing, blurry vision, eye issues, dizziness, nausea, chest pains, seizures, migraines etc from use of excessive force.

B. List actions taken and staff you have contacted, before submitting this grievance. LT Dunkle and DTU officers has policy to practice using excessive force on mentally ill inmates in DTU. I and others had witnessed officers maliciously pepper spray inmates and then later on brag about it, gossip and make fun of it.. using it as a tool weapon to punish and harm inmates on purpose. I now live with fear constant worry PTSD of being harmed on purpose again if ~~[crossed out]~~ policies is not changed or if I have to be housed in DTU or at this facility of illegal policies. Was not properly assessed by medical nurse Ashley for injuries concussion protocol

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator ______________________ Date ______________

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

**INITIAL REVIEW RESPONSE**
SCI-Huntingdon
1100 Pike St.
Huntingdon, PA 16654-1112

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer. The response is as follows.

| Inmate Name: | [redacted] | Inmate Number: | LW2870 |
|---|---|---|---|
| Facility: | Huntingdon | Unit Location: | [redacted] |
| Grievance #: | 728525 | Grievance Date: | 3/30/18 |

**Decision:** ☐ **Uphold Inmate** ☐ **Uphold in Part/Deny in Part**
X **Grievance Denied**

*It is the decision of this grievance officer to uphold or deny the inmate's initial grievance. This response will include a brief rationale, summarize the conclusion, any action taken to resolve the issue(s) raised in the grievance and, relief sought.*

**Response:** *Frivolous*

I have received your grievance in which you allege that excessive force was used on you, Lt Dunkle tried to bribe and extort you, and staff has abused you to the point where you need camera coverage on you at all times.
I have investigated your grievance talked to staff, to include Lt Dunkle, and reviewed videos of the stated incidents. You have several different claims in this grievance and I will attempt to answer all of them.
You allege that on 3/21/18 that staff used excessive force on you. When you continuesly refuse to follow orders of staff including Lt. Dunkle and you attempt to commit self-harm by banging your head on doors and the DTU processing unit, the staff have no other course of action except to use OC or other means to stop you from attempting to harm yourself. You make allegations that Lt Dunkle is doing this because he wanted to give you cell phones and drugs to set up other inmates with the contraband. This is a lie. I have talked to Lt. Dunkle and No such offer has ever been made or implied by him or any other staff. You claim you need to be on camera at all times when you are out of your cell. There is camera coverage all over the DTU. With the amount of camera coverage on the DTU, you can be observed on camera every time you exit your cell. There is no need to have a handheld camera on you every time you exit your cell. You question the fact that you are not getting medical needs or you mental needs addressed properly. Every time you have a problem or a concern, when you commit or attempt to create self-harm. Then medical department is notified and they will see you at your cell or pull you out to be checked. I have checked your ICAR and have noted numerous entries by Mr., Diehl and Mr. Parsons regarding making contact with you and checking on your wellbeing. If you would start following the institutional rules and regulations, and policies and procedures the DTU staff would never have any problem with you and you could work off your DC and be released to population.

For the above reasons this grievance and all relief sought is denied.

[signature]

| Signature: | [signature] |
|---|---|
| Title: | RHU/DTU UM |
| Date: | 4/25/18 |

cc: Superintendent
DC-15
File

Pg 1 of 2 Appeal # 728525

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

Appeal # 728525 to Sup Kauffman

| FOR OFFICIAL USE |
|---|
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Supd - Kauffman facility manager | SCI Huntingdon | 4/2/18 |
| FROM: (INMATE NAME & NUMBER) Lamont Zamichieli # LW2870 | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT: N/A | HOUSING ASSIGNMENT: GC1009 DTU | |

INSTRUCTIONS: Pg 1 of 2

1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

Relief: 200,000 cash, save camera footage

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

Appeal # 728525 to facility manager under Abuse Policy DC ADM 001 and present the following facts as true!!! (1) 3/21/18 between 7:00-8:00 pm all officers/employees named in original first level grievance used excessive force maliciously intentionally while I was in need of medical attention unconscious/seizure epilepsy disorder to harm me. (2) camera footage of whole scene of incident is saved available for review and courts will need them saved. (3) SCI Huntingdon has a policy to spray first and ask questions never... based on verbally told by C/O Hendy, Panio, LT Dunkle, UM-Kendrick! (4) Huntingdon's policy is to pepper spray inmates who is in DTU/RHU in need [illegible] unconscious, having seizure, heart pains etc who in need of medical care for serious [illegible] issues because employees fear for their own safety even when inmates are unconscious unresponsive. (5) As what UM Kendrick told me, he train his officers to use excessive force on mentally ill inmates in DTU. (5) No orders could be given [illegible] to me and I couldn't refuse to follow orders since I was unconscious unresponsive and are having seizure in need of medical attention. (6) I didn't attempt to commit self harm or bang my head because I did bang my head to floor, wall and knocked myself unconscious and a trigger seizure attack and all employees failed to prevent it but pepper sprayed me minutes after I was knocked unconscious/seizure and unresponsive. (7) These officers [illegible] pepper spray me [illegible] while I was banging head self harm. They instead pepper sprayed me after I was knocked unconscious unresponsive seizure. (8) force was unnecessary and maliciously planned to harm me as LT. Dunkle threatened [illegible] that they [illegible] want to spray me and he will when chance is given because I turned down his offer as he wanted to bring in cell phone, drugs for me to set other inmates up, so he can take attention off of himself and other employees who did but didn't get caught as other employee was caught [illegible]

B. List actions taken and staff you have contacted, before submitting this grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator

Date

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

Pg 2 of 2 Appeal to Superintendent

DC-141 PART II(C) COMMONWEALTH OF PENNSYLVANIA
Rev. 9/2009 HEARING SUPPLEMENT DEPARTMENT OF CORRECTIONS
INMATE VERSION AND WITNESS STATEMENTS

| DC Number | Name | Facility | No. from PART I |
|---|---|---|---|
| LN2870 | Lomont Zamicheli Pg 2 of 6 | Huntingdon | Date 9/27/18 |

**INMATE'S VERSION** continuance of Pg 1 of 2 ... as a nuisance instead of ...

(9) UM Kendricks cant say its a lie or my claims are false fabrications or lies as he said. Because Kendricks wasnt at the scene or reviewed a recording video visual audio of cameras while I was transported from RHC medical extraction on 3/1/18. Kendricks cant say it is a lie. was he there? No!!! Of course employees will believe other employees and take up for them as a favor and discriminate against me because I'm an inmate and not staff. Of course LT. Dunkle and other employees involved will deny and say no such offers been made because they fear of losing their JOB. They should have thought about the consequences before the offer was made and malicious force was used on me. (10) I request audio and visual camera footage on me at all times to protect me from being assaulted again by officers also to prevent them from making illegal offers to me about drugs phones etc. Handheld audio visual camera will prevent officers from staging harming me for refusing illegal offers. (11) I didnt attempt self harm and officers didnt need to spray. They insisted allowed me to ... self harm myself out. Then sprayed me to harm me while I was unresponsive unconscious seizure foam with blood from mouth in DTU strip cell on 3/1/18 7:00-8:00pm, then maliciously denied me medical care access and items DCMX files etc are fabricated and was destroyed by employees involved to hide/change information recorded to try to falsely justify acts and ... officers and Kendricks ... state that they can't find my DC MX ... in DTU ... means it was hidden maliciously destroyed ... as I was assaulted again with pepper spray OC (10 months) on 3/1/18 7:00 4:45pm injuries etc. to ... grievances on these officers involved employees ... on 3/1/18. I request camera footage of all incidents of ... malicious ... used force pepper spray on me a seriously mentally ill ... while I was in immediate need of medical attention/Psychological after ... unresponsive unconscious seizure ... qualified disabilities ... in medical for heart conditions, hypertension, seizure epilepsy disorders which is chronic and also ... wanted to report PREA sex abuse on employees. I was pepper sprayed for snitching and wanting to preserve evidence ... instead ... interfered with evidence and cameras ... substantial unnecessary use of force ... inmates nearby and ... officers maliciously ... as I was unresponsive unconscious seizure. Witnesses

**Facility Manager's Appeal Response**
**SCI-Huntingdon**
1100 Pike St.
Huntingdon, PA 16654-1112

DTU1009

This serves to acknowledge receipt of your grievance appeal to the Facility Manager for the grievance noted below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy," the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to me, and any other documents submitted.

| Inmate Name: | Lamont Zamichieli | Inmate Number: | LW2870 |
|---|---|---|---|
| Facility: | HUN | Unit Location: | GC-Unit |
| Grievance #: | 728526 728525 | | |

**Decision:** ☒ **Uphold Response (UR)** ☐ **Uphold Inmate (UI)** ☐ **Uphold in part/Deny in part** ☐ **Dismiss/Dismiss Untimely**

*It is the decision of this Facility Manager to uphold the initial response, uphold the inmate, dismiss, or uphold in part/deny in part. This response will include a brief rationale summarizing the conclusion and any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.*

**Response:** Frivolous

In reviewing your grievance and appeal, I note that your concern with the use of OC was appropriately addressed by Mr. Kendrick. In your appeal, you repeat the claims presented in your initial grievance. You believe staff maliciously planned to harm you and that you were pepper sprayed for trying to report sexual abuse. In his response to your initial grievance, Mr. Kendrick explains why staff had to use OC on you. He notes your numerous mental health contacts to ensure your wellbeing. I find no evidence staff used OC inappropriately or that there was any malicious plan to harm you. I can only encourage you to refrain from the types of behaviors that result in the use of OC.

In closing, I can only reiterate that I uphold the response provided by the grievance officer. Your grievance is found to be without merit.

| | |
|---|---|
| **Signature:** | Kevin Kauffman |
| **Title:** | Facility Manager |
| **Date:** | 5-23-18 |

cc: DC-15
File

DC-804 * Appeal to FINAL Review # 728525 *
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE

GRIEVANCE NUMBER
# 728525

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR<br>Final Review Level | FACILITY:<br>SCI-Huntingdon | DATE:<br>6/7/18 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER)<br>Lamont Zamichieli #LW2870 | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT:<br>N/A | HOUSING ASSIGNMENT:<br>GC1010 DTU. | |

INSTRUCTIONS: (Malicious intentional use of force) Threatened, Br... sex abuse and officers destroy evidence of
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of 200,00 staff members you have contacted. My reliefs are as requested in my initial responses compensat... damag... ...

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

Appeal # 728525 to Final Review presents the following facts below: Per 13.8.1, 6.3.1, and 6.5.1 PA DOC Policies and the ADM-201, being as IM a (SMI) Serious Mentally ill inmate Stability "D" Roster individual I was to be given the less used force to prevent me from self injury or while I was unconscious, unresponsive, seizure, in need of medical attention for serious medical-mental health needs! as quoted in the ADM-201 section 1, B and 2 under [illegible] instruments of restraints and the 6.3.1 Facility Security section 33, Restraints. I was not to be pepper sprayed. I was to be restrained placed in cuffs and placed in a restraint chair. To cause harm on individual for (SIB) self injurious behavior as quoted in the 13.8.1 and the DOC policies is a planned use of unnecessary force in which violates my due process 14th amendment and 8th amendment cruel/unusual punishment secured by the U.S. Constitution also falls within guide lines of ADA and section 504 of RA prohibited discrimination based on mental health qualified schizoaffective disorder disabili... and seizures epilepsy, etc! To inflict injury on a (SMI) individual causing (SIB)

B. List actions taken and staff you have contacted, before submitting this grievance.

self injuries behavior or caused injury already in past, is a matter of abuse as quoted in the ADM-001 DOC PA policy and an act of unlawful u... of force as quoted in section 2 of the ADM-201 under A, review 5, 6, and 7 appropriateness of the level of force used in any potentially problematic issues and recommendations of follow up actions. In which the policy rules and regulations w... a bridge to ... The wrong which viol... the code of ethics as w... under B.1, 22 and 31.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator

Date

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

2018

**Final Appeal Decision**
**Secretary's Office of Inmate Grievances & Appeals**
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

This serves to acknowledge receipt of your appeal to the Secretary's Office of Inmate Grievances and Appeals for the grievance noted below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to the Facility Manager, the Facility Manager's response, the issues you raised to final review, and (when applicable) any revised institutional responses required as a result of a subsequent remand action by this office. As necessary, input from appropriate Central Office Bureaus (e.g., Health Care Services, Chief Counsel, Office of Special Investigations and Intelligence, etc) may have been solicited in making a determination in response to your issue as well.

| **Inmate Name:** | Lamont Zamichieli | **Inmate Number:** | LW2870 |
|---|---|---|---|
| **SCI Filed at:** | Huntingdon | **Current SCI:** | Huntingdon |
| **Grievance #:** | 733568 | | |
| ***Publication (if applicable):*** | | | |

| **Decision:** | ☒ **Uphold Response (UR)**<br>☐ **Uphold Inmate (UI)**<br>☐ **Uphold in part/Deny in part** |
|---|---|

*It is the decision of the Secretary's Office of Inmate Grievances and Appeals to uphold the initial response, uphold the inmate, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.*

**Response:** *Frivolous* ☐

You claim in your grievance that excessive force was used when staff sprayed OC on you. An investigation was conducted regarding your allegations. The record reflects that you attempted to grab a staff member and OC was used to prevent you from grabbing him. The record reflects that at no time was excessive force was used. You have failed to provide any evidence that policy was violated. Therefore, your requested relief is denied.

| **Signature:** | Dorina Varner *Dorina Varner* |
|---|---|
| **Title:** | Chief Grievance Officer |
| **Date:** | 8/7/18 |

DLV

cc: DC-15/Superintendent Kauffman
Grievance Office

InitialGrievance #733568 C1009 8/3 [illegible]

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

| FOR OFFICIAL USE |
| --- |
| 733568 |
| GRIEVANCE NUMBER |

Abuse Policy DC ADM 001 [illegible]

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
| --- | --- | --- |
| [illegible] | Huntingdon SCI | 4/24/18 |
| FROM: (INMATE NAME & NUMBER) Lamont Zanchielli # LW5870 | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT: N/A | HOUSING ASSIGNMENT: GC1009 DTU | |

Secretary's Office
Inmate Grievances & Appeals
JUL 20 2018

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

According / Pursuant to Policy Abuse DC ADM 001 filed... on 4/19/18 between 4:20-4:40 p officer Merritts used planned malicious excessive force on me intentionally by administering pepper spray OC spray on me in cell GC DTU 1007 when I was in need of medical attention due to missing many meals and not taking meds or drinking water. I complained to C/O Merritts [illegible] this time telling him to call medical because my kidneys are painful, I was having chest pain / trouble breathing. I have chronic health conditions, heart conditions, [illegible] disorder, hypertension, [illegible], scoliosis and numerous of serious medical mental health diagnoses [illegible] depression, schizoaffective disorder PTSD [illegible] anxiety, antisocial personality disorder, etc. [illegible] physical health conditions I'm suffering mentally because not on any prescribed [illegible] meds not by my own choice [illegible]. Officer Merritts assaulted me on 4/19/18 between 4:20-4:40 pm and then wrote fabricated malicious misconduct on me falsely [illegible] his wrongdoing misconduct # D-081493. I did not try or attempt to grab or assault this officer. I did not throw meal tray on floor [illegible] to give meal tray to him as he said. I ask for camera footage to be saved [illegible] civil rights action because officer used excessive planned force on me [illegible] mentally ill [illegible] SMI [illegible] disability in the DTU. Second time within a month being [illegible] with pepper spray by [illegible] officers at SCI Huntingdon. Inmates in nearby cells witnessed [illegible] [illegible] reasons [illegible] filed in courts [illegible] told me that they heard [illegible] told C/O Merritts to spray me with pepper spray because of my grievances [illegible]

B. List actions taken and staff you have contacted, before submitting this grievance.

[illegible] on 4/19/18 [illegible] chest pain [illegible] cell [illegible] self harm [illegible] to get me out of the cell for self harm and chest pain by [illegible] opened my wicket aperture and told me to cuff up [illegible] put my hands [illegible] of the aperture to be restrained as he ordered [illegible] breathing heart [illegible]

Your grievance has been received and will be processed in accordance with DC-ADM 804.

[signature] 4-26-18
Signature of Facility Grievance Coordinator Date

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

# INITIAL REVIEW RESPONSE

SCI-Huntingdon
1100 Pike St.
Huntingdon, PA 16654-1112

DTU

109

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer. The response is as follows.

| | | | |
|---|---|---|---|
| **Inmate Name:** | Zamichieli | **Inmate Number:** | LW2870 |
| **Facility:** | Huntingdon | **Unit Location:** | G block |
| **Grievance #:** | 733568 | **Grievance Date:** | 4/24/18 |

**Decision:** ☐ **Uphold Inmate** ☐ **Uphold in Part/Deny in Part**
X **Grievance Denied**

*It is the decision of this grievance officer to uphold or deny the inmate's initial grievance. This response will include a brief rationale, summarize the conclusion, any action taken to resolve the issue(s) raised in the grievance and, relief sought.*

**Response:** *Frivolous*

I have received your grievance in which you allege that Staff used excessive force on you by using OC on you. I researched your grievance, talked to several staff members, and reviewed the use of force that was prepared and submitted. You attempted to grab a staff members arm and OC was used on you to prevent this from happening. At no time was the use of force excessive or outside the guidelines set forth in policy and procedures. If you would follow policies and procedures, you could eliminate any possible uses of force.

For the above reasons this grievance and all relief sought is denied.

green

| | |
|---|---|
| **Signature:** | [signature] |
| **Title:** | RHU/DTU UM |
| **Date:** | 5/11/18 |

cc: Superintendent
DC-15
File

Appeal # 733568 , First level of appeal to the superintendent

733568

Form DC-135A

Commonwealth of Pennsylvania
Department of Corrections

**INMATE'S REQUEST TO STAFF MEMBER**

APPeal to the Superintendent of (SCI) Huntingdon

INSTRUCTIONS
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

1. To: (Name and Title of Officer)
Mr Keven Kauffman

2. Date:
6-4-18

3. By: (Print Inmate Name and Number)
Lamont Zamichieli LW-2870

* [signature]
Inmate Signature

4. Counselor's Name
*

5. Unit Manager's Name
Mr Kendrick

6. Work Assignment
N/A

7. Housing Assignment
DTU-1009

8. Subject: State your request completely but briefly. Give details.

Sir i will like For you to reinvestigate my clame's in my initial report.
unit manager Kendrick made a misjudgement in his report sir. If you
would run the camera back on that time and date indicated in my initial
report witch was/is 4-19-18 time framed ([illegible]) 16:20hr to 16:40hr you will have
a clear ([illegible]) side view of my cell from camera 138 witch views the bottom
tier sir. You will see me reach my hand out my wicket to obtain possession
of it sir. I never grab the officer as he said i attempted to do sir. And as i
read the DC-ADM-201 use of force sir. Now sir being as i never grab that officer
and i was still secured in my cell per 6.3.1, and 6.5.1, and ADM-201 their
was no resisting as quoted in policy to use force. Sir as you look ([illegible]) at the
camera you will see the officer step back after i took hold of the wicket
([illegible]) unfasten the leash of his hip ([illegible]) O.C. canister in start to spray me sir in
the face witch is the use of force were it was not needed sir. As quoted in the ADM-201
Section 2, A 4 and 5. Sir the officer whom use the o.c spray sir do not have even two
years in on Department of Corrections grounds sir there in fact he's still in his training

9. Response: (This Section for Staff Response Only)

state i witch he violated sir. I never had hold of him sir. I never attempted to grab
him neither sir he abused his authority to make right and sound judgement of
enforce law's sir. And by him unlawfully useing force on me falls in lines of abuse sir
As quoted in the ADM-001 Excessive force used against an inmate maliciously for the
purpose of causing harm and improper use of force - Failure to follow the departments policy's
regarding the use of force continuum in a justified manner. My Relifs ARE AS IS in
my initial Report.

To DC-14 CAR only ☐ To DC-14 CAR and DC-15 IRS ☐

Staff Member Name ______________ / ______________ Date ______
Print Sign

Revised July 2000

**Facility Manager's Appeal Response**
**SCI-Huntingdon**
1100 Pike St.
Huntingdon, PA 16654-1112

C110

This serves to acknowledge receipt of your grievance appeal to the Facility Manager for the grievance noted below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy," the following response is being provided based on a review of the entire record of this grievance. The review included yo initial grievance, the Grievance Officer's response, your appeal to me, and any other documents submitted.

| | | | |
|---|---|---|---|
| **Inmate Name:** | Lamont Zamichieli | **Inmate Number:** | LW2870 |
| **Facility:** | HUN | **Unit Location:** | GC-Unit |
| **Grievance #:** | 733568 | | |

**Decision:** ☒ **Uphold Response (UR)** ☐ **Uphold in part/Deny in part** ☐ **Uphold Inmate (UI)** ☐ **Dismiss/Dismiss Untimely**

*It is the decision of this Facility Manager to uphold the initial response, uphold the inmate, dismiss, or uphold in part/deny in part. This response will include a brief rationale summarizing the conclusion and any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.*

**Response:** *Frivolous*

In reviewing your grievance and appeal, I note that your concern with the use of OC was appropriately addressed by Mr. Kendrick. In your appeal, you explain your version of the events resulting in the use of OC. You argue the use of force policy was violated. In his response to your initial grievance, Mr. Kendrick explains he interviewed staff and reviewed the use of force report. He found the use of OC was appropriate and within policy guidelines. As a result of this incident, as you yourself note, you received a misconduct. Your request for $85,000 is denied.

In closing, I can only reiterate that I uphold the response provided by the grievance officer. Your grievance is found to be without merit.

| | |
|---|---|
| **Signature:** | Kevin Kauffman |
| **Title:** | Facility Manager |
| **Date:** | 6-27-18 |

cc: DC-15
File

Final Review

ATTN: Appeal # 733568

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR Final Review Central office | FACILITY: SCI Huntingdon | DATE: 7/14/18 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Lamont Zamichieli # LW2870 | SIGNATURE OF INMATE: [signature] | |
| WORK ASSIGNMENT: N/A | HOUSING ASSIGNMENT: GC1010 DTU | |

Relief: 385 Day OC time cut. Relief: Remove C/o Merritts. Relief: As requested in initial grievance 851000 CAGL excessive force result in health injuries ...

INSTRUCTIONS: (I request cameras of all dates times to be saved)
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted. I now has permenent eye injuries loss of vision, Double vision ...

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking. INS'2, 110 pounds.... I missed 5 meals and two weeks too week to ...

Appeal # 733568 to Final Review Cameras speak for itself... I was assaulted By C/O Merritts II on 4/19/18 between (16:20 - 16:40) hours... He used planned malicious intentionally excessive force and pepper sprayed me while I was secured behind my Door Cell GC DTU 1007. Cameras will verify and saved I felt weak in chronic pain requesting medical attention psychiatric care and he maliciously used force and then wrote false misconduct to cover up the incident. I did not assault or attempt to assault him or any officer in anyway - see camera. I never refused an order.. I put hands to be cuffed on wicket, I never grabbed or attempted to grab him, or threw tray or anything at him. I was given DC709 for secured food pass Double aperture and food restriction DC708 for incident But however returned from POC Rear "D" suicide watch.. I was housed in cell GC of DTU, a regular cell no camera no secured food aperture.. had a regular wicket because (1) C/o merritts, LT. Dunkle and C/o Henry knew that they plotted planned to hurt me spray me out of retaliation and lie on me.. They knew plus cameras verified that I wasn't a threat to any officers nor I didn't attempt to assault officer Merritts

B. List actions taken and staff you have contacted, before submitting this grievance. Because if I did or attempt I would have been in double secure food aperture cell for safety protocal. (2) Staff wanted to be deliberate indifferent and was to my safety psychiatric mental health needs also physical needs after being assaulted by C/o Merritts with pepper spray the whole can on his waist. He used malicious excessive force on mental ill (SMI) inmate. The force was malicious plus officer is still in training stage

Your grievance has been received and will be processed in accordance with DC-ADM 804.

He and C/o Henry first plotted planned threatened to spray me intentionally, they actually used force cell sprayed me OC. I was housed in Rear D DB1001 4/19/18 to 4/23/18 on suicide watch with to observe injuries monitor injuries

Signature of Facility Grievance Coordinator — Date

Relief: I request to be transferred to another facility in next 30 days housed on GP!

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

of career. He violated DOC policy, state and federal law didn't follow the DCADM DC use of force policy or 6.3. or 6.5.1 spraying me for no reason but as to retaliate for past ...

Relief: suspend C/o Merritts for 90 days no pay!!! Plus I want him to give sincere apology!!! He ...

(I returned from POC Rear D placement on about 4/23/18 and housed in cell GC1009.. a cell without double aperture/camera as DC709 restrictions was valid, correct? So by me being housed in a cell without restriction 709 aperture ... Lack of decontamination after use of OC pepper ...)