**FINAL APPEAL DECISION DISMISSAL**
**Secretary's Office of Inmate Grievances & Appeals**
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

This serves to acknowledge receipt of your appeal to final review for the grievance identified below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System," this Office has reviewed all documents provided as part of the grievance record. Upon consideration of the entire record, it is the decision of this office to dismiss your appeal to final review due to a failure to comply with the provisions of the DC-ADM 804, as specified below.

| | | | |
|---|---|---|---|
| Inmate Name: | Lamont Zamichieli | Inmate Number: | LW2870 |
| SCI Filed at: | Huntingdon | Current SCI: | Huntingdon |
| Grievance #: | 732593 | | |
| Decision: | **Dismiss** | | |

| | | |
|---|---|---|
| | | *1) Your grievance was properly rejected at the facility level for the reason(s) outlined below.* |
| | X | *2) Your grievance is being dismissed at the final appeal level for the reason(s) outlined below.* |

**Rationale:**

| | | |
|---|---|---|
| | | 1. Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator. |
| | | a) DC ADM 008 Prison Rape Elimination Act (PREA) – allegations of a sexual nature against a staff member and/or inmate-on-inmate sexual contact |
| | | b) DC ADM 801 Inmate Discipline/Misconduct Procedures |
| | | c) DC ADM 802 Administrative Custody Procedures |
| | X | 2. The grievance or appeal was not submitted within fifteen (15) working days after the events upon which claims are based. |
| | | 3. Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility. |
| | | 4. The grievance was not signed and/or dated with correct commitment name, number, contained UCC references, or was not presented in proper format. |
| | | 5. Grievance or appeal must be legible, understandable, and presented in a courteous manner. |
| | | 6. The grievance or appeal exceeded the two page limit. Description needs to be brief. |
| | | 7. Grievance does not indicate that you were personally affected by a Department or facility action or policy. |
| | | 8. Grievances based upon different events must be presented separately. |
| | | 9. The issue(s) presented on the attached grievance has been reviewed or is currently being reviewed and addressed. Prior grievance # |
| | | 10. Group grievances or grievances filed on behalf of another inmate are prohibited. |
| | | 11. Grievance disputes previous grievances, appeal decisions or staff members who rendered those decisions. |
| | | 12. You are currently on grievance restriction. You are limited to one grievance every 15 working days. Last grievance # was submitted on |
| | | 13. You have not provided this Office with required and/or legible documentation for proper review. |
| | | 14. An appeal to final review is not permitted when you fail to comply with submission procedures. |

**Response:**

This office agrees with the Superintendent's response.

| | |
|---|---|
| **Signature:** | Dorina Varner *Dorina Varner* |
| **Title:** | Chief Grievance Officer |
| **Date:** | 8/27/18 |

DLV

cc: DC-15/Superintendent Kauffman
Grievance Office





#(732593)

Initial Grievance

DC-804
Part 1

pg 1 of 2

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR Ms. Green | FACILITY: Huntingdon | DATE: 4/17/18 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Lamont [illegible] | SIGNATURE OF INMATE: | Secretary's Office Inmate Grievances & Appeals |
| WORK ASSIGNMENT: N/A | HOUSING ASSIGNMENT: GC1007 DTU | AUG 09 2018 |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

C/O Henry and C/O Parkes on the DTU on 4/15/18 conspiring and sabotaging my all[illegible] Legal Manilla envelope I attempted to send to Court Middle District Court full of 59 pages of documents [illegible] paperwork for legal [illegible]. Cameras on the DTU will show and confirm/substantiate that C/O Henry opened my aperture wicket on 4/15/18 between 8:00-8:45 pm at GC1007 DTU cell to collect it from my door while he was collecting mail. After receiving it from me, he walked away and whispered to C/O Parkes in his ear and gave him my legal mail, told him to do something with it. Very sneaky and retaliation because of my PREA complaint/grievances. When he came by to do 6:40 [illegible] [illegible] I asked him what it, he said he took it to the bubble to get slip signed [illegible] he and Parkes [illegible] [illegible] to the mailbox. But they never put it in box, they took it to Main [illegible] Bubble and had officers in the bubble maliciously open and [illegible] steal my paperwork. Upon return from bubble I told him to show me the stamping. He brought it back to my cell to show cash slip and the envelopes looked nearly empty. [illegible] a Manilla envelope full of civil [illegible] documents complaint [illegible] cash slips attached envelope address Middle District Court of PA 235 North Washington Ave Scranton PA 18501-1148 PO Box 1148. [illegible] complaint [illegible] consist of numerous documents [illegible] 59 pages. On [illegible] [illegible]

B. List actions taken and staff you have contacted, before submitting this grievance. 4/16/18 [illegible]

[illegible]

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator

Date

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

#732593

Initial Grievance

DC-804
Part 1

Pg 2 of 2.

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE

GRIEVANCE NUMBER

## OFFICIAL INMATE GRIEVANCE

| TO: FACILITY GRIEVANCE COORDINATOR<br>MS. Green, | FACILITY:<br>SCI-Huntingdon | DATE:<br>4/17/18 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER)<br>Lemont Zamichieli #LW2870 | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT:<br>NA | HOUSING ASSIGNMENT:<br>GC1007 | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

Relief: Any civil actions 1983 time barred... Relief: C/O Henry/Pontes removed from D... Relief: Provided with free copies... has send mail... documents... Relief: $150,000 cash. my 5th 6th amendment to be protected. Relief: manilla envelope to be found and given to courts...

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

On 4/17/18 I received request slip back from Inmate accounts Ms. Cashner stating that she didnt receive the Manilla envelope of Documents I sent out... which means C/O HENRY/C/O Pontes conspiracied commited crime of federal offense by tampering with stealing sabotizing my outgoing legal mail manilla envelope containing 59 pgs inside of it 59 pages and envelope should be found asap. C/O Henry collected from my Door on 4/15/18 between 8:00-8:45PM on DTU cell DTU GC1007 camera's will show and verify his malicious intentional acts. I Request Both of C/O Pontes/C/O Henry, Officers in the Bubble of DTU and night shift officers who possibly opened the mail/Box with a key they had in order to take out my legal outgoing mail out of the Box on 10pm to 6am shift to All be fired and or suspended for 180 days without pay and criminally charged prosecuted for committing federal crime of stealing mail. I was attempting to send to courts Middle District of PA to pursue civil action. I Request for them and all responsible parties to come forth confess and find my manilla envelope full of legal civil documents and provide them back to me or send to the courts immediately... protect my 1st 4th, 5th, 6th, 14th amendment. I was retaliated against by officers who conspired with the mail room etc in a form of them stealing my outgoing legal mail and not sending it out just to stop me from filing lawsuits on them and others.. Non frivilous claims. These two individuals employed at here

B. List actions taken and staff you have contacted, before submitting this grievance. at SCI-Huntingdon has a history along with security Dept to tamper with my mail sabotize incoming/outgoing privileged and NON-privileged mail. Numerous grievance filed on similar issues before still pending from facility manager response. I told officers on DTU today 4/17/18 of issue and showed them papers stating my issue showing proof... I showed it to C/O Merritts and C/O Myers who both agreed and encouraged me to file a grievance... I asked to speak to LT. on shift, he was busy and didnt have time to. I asked... and officers stated its not them it gotta be mailroom security LT Maxwell sabotizing my mail outgoing outgoing mail incoming privileged NON-privileged m

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator

Date

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

# INITIAL REVIEW RESPONSE

SCI-Huntingdon
1100 Pike St.
Huntingdon, PA 16654-1112

DTU
109

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer. The response is as follows.

| Inmate Name: | Zamichieli | Inmate Number: | LW2870 |
|---|---|---|---|
| Facility: | Huntingdon | Unit Location: | G block DTU |
| Grievance #: | 732593 | Grievance Date: | 4/17/18 |

**Decision:** ☐ **Uphold Inmate** ☐ **Uphold in Part/Deny in Part**
X **Grievance Denied**

*It is the decision of this grievance officer to uphold or deny the inmate's initial grievance. This response will include a brief rationale, summarize the conclusion, any action taken to resolve the issue(s) raised in the grievance and, relief sought.*

**Response:** *Frivolous*

I have received your grievance in which you allege that staff are tampering with your outgoing mail. I have talked to the staff that you named in your grievance and the other officers working in the RHU on that day. They informed me that they don't remember the specific mail that you reference but they do bring the cash slip to the RHU bubble to have it stamped. From your cell GC1007 you can see the RHU bubble but you can't see into the bubble or what staff are doing inside the bubble. No staff is tampering with your mai, nor are they trying to do anything to your legal cases. Upon checking your account, postage was deducted from your account on 4/18/18. Your legal mail was sent out within RHU procedures and the money was deducted from you accout to cover the postage.

Forthe above reasons this grievance and all relief sought is denied.

| | |
|---|---|
| **Signature:** | [signature] |
| **Title:** | RHU/DTU UM |
| **Date:** | 5/10/18 |

cc: Superintendent
DC-15
File

Appeal #732593
Facility
Manager.

Appeal # 732593

MR. Kendrick DTU UM. has misrepresented the facts and failed to investigate my claims. or Thouroughly investigate.

it has not Received cert

to The Middle Dist court

$5.50 from my inmate account By the inmate accounts.
G manilla envelope full of Documents for Lawsuits Section 1983 cases.
of Case # 17-1898 and (New case titled # 18-0850).
Courts notified me That They haven't Received These documents There was numerous of Legal Mail pages of about 59 pages plus 30 other pgs Affidavits/declarations etc. 26 pages complant + 32 pages of supporting evidence /exhibits attached to complant #3:18-CV-00850-MEM-DB, + documents such as appoint of counsel motion and Marshal Service form Informa Pauperis included totalling of of about 89 pages, & Not more.

Cameras will verify that C/O Henry supposedly put in Mail Box on DTU #1 Stamped from/Signed from DTU/PHU Bubble!.

**Facility Manager's Appeal Response**
**SCI-Huntingdon**
1100 Pike St.
Huntingdon, PA 16654-1112

C110

This serves to acknowledge receipt of your grievance appeal to the Facility Manager for the grievance noted below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy," the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to me, and any other documents submitted.

| | | | |
|---|---|---|---|
| **Inmate Name:** | Lamont Zamichiele | **Inmate Number:** | LW2870 |
| **Facility:** | HUN | **Unit Location:** | GC-Unit |
| **Grievance #:** | 732593 | | |

**Decision:**
☐ **Uphold Response (UR)**
☐ **Uphold Inmate (UI)**
☐ **Uphold in part/Deny in part**
☒ **Dismiss/Dismiss Untimely**

*It is the decision of this Facility Manager to uphold the initial response, uphold the inmate, dismiss, or uphold in part/deny in part. This response will include a brief rationale summarizing the conclusion and any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.*

**Response:** *Frivolous*

In accordance with DC ADM 804, Section 2, an inmate may appeal an initial grievance response within 15 working days of the date on the initial response. Your initial response was dated 5-10-18; however, I note you wrote to Ms. Green on 5-29-18 asking for an extension to submit your appeal because you could not obtain the necessary appeal form. On 5-30-18, Ms. Green responded and permitted you to have an additional 10 working days and explained you could submit your appeal on a request slip or tablet paper. Ten working days would have been 6-13-18; however, your appeal to my office is dated 6-26-18 which is beyond the deadline. This appeal is being dismissed for untimeliness.

| | |
|---|---|
| **Signature:** | Kevin Kauffman |
| **Title:** | Facility Manager |
| **Date:** | 7-20-18 |

cc: DC-15
File

Appeal to Final Review

Relief: 365 Day De Dmerit released on RTU and immediate transfer to another PA DOC facility prison in next 10days!, should be granted to me Return all of my documents to me so I can resubmit to courts 89 documents complaint

DC-804
Part 1 # 732593

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

| FOR OFFICIAL USE |
|---|
| GRIEVANCE NUMBER |

Civil case# 18-0850 middle Dist court of PA

**OFFICIAL INMATE GRIEVANCE**

If my mail wasnt sabotized by PA DOC officers Then why did SCI Huntingdon move the mail box to different part of DTU where camera cant see. suspicious

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Final Review Central office | Huntingdon SCI | 8/3/18 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE OF INMATE: | |
| Lamont Zamichieli # LW2870 | [signature] | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| NA | GC1010 DTU | |

INSTRUCTIONS: Relief: 150,000 violates 1st, 5th, 6th, 14th amendment of US constitution also 4th unlawful search/seizure. I wasnt give any constitutional slip...

1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted. Relief: PA DOC to accept responsible of Lawsuit Rights denyed!

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

Appeal #732593 to Final review, I know of course since your also employee of PA DOC, that you will show discrimination/Be Bais and concur with employees response and deny/dismiss it even though theres proof that officers are wronging inmates such as my self. They still (SCI Huntingdon) staff still to date sabotize destroy my outgoing/incoming legal privelesed mail and non privelese mail as they did to my lawsuit documents #18-850 Middle Dist court of PA on 4/15/18 and as they did with my first appeal I sent to SCI Huntingdon on 6/7/18 but he claimed to never received it because officers sabotize it to prevent me from exhausting remedies of a valid supported claim with merit so I appealed it again after sending request slip asking status of appeal and was notified by Connie Green Grievance coordinator of Huntingdon SCI that no appeal appears on record, so I appealed it again on 732593 but she said its untimely. To date my mail ex. incoming/outgoing mail is being sabotized stolen and not delivered. I submitted new complaint to courts on 4/15/18.. a 26 page complaint lawsuit with 32 exhibits evidence proof grievances etc. also 30 pages of US Marshal service forms, waiver of summons, notice of lawsuit forms, appointment of counsel + informa pauperis forms/authorization forms in manilla envelope

B. List actions taken and staff you have contacted, before submitting this grievance.

to Middle Dist court of PA Case# 3:18-cv-00850-MEM-DB a lawsuit complaint against numerous of PA DOC employees for violating my rights and continue to do in PA DOC/employees at Dauphin Huntingdon submitted to address

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator | Date

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

Compare cameras on 4/17/18 to 8/3/18 on DTU GC unit SCI Huntingdon

Note: For that reason, look at cameras to date 8/3/18, you will see that ever since I submitted grievance on this issue, to all of sudden SCI Huntingdon DTU unit moved the mail box/grievance by them moving mail box part of unit...

235 N. Washington PO Box 1148 Scranton, PA 18501 Middle Dist court of PA I attempted to send on 4/15/18 but court deny receiving all of documents I attempted

Relief: is my lawsuits # 3:18-cv-00850-MEM-DB or # 3:17-cv-01888-MEM-DB is innocent or loss it some way through out proceedings, I ask for my rights to be restored and lost or dismissed case civil case everything connected into my favor!!!

Also ask for relief that was demanded in these lawsuits that was sabotized/hindered by PA DOC employees.

2019

**Final Appeal Decision**
**Secretary's Office of Inmate Grievances & Appeals**
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

This serves to acknowledge receipt of your appeal to the Secretary's Office of Inmate Grievances and Appeals for the grievance noted below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to the Facility Manager, the Facility Manager's response, the issues you raised to final review, and (when applicable) any revised institutional responses required as a result of a subsequent remand action by this office. As necessary, input from appropriate Central Office Bureaus (e.g., Health Care Services, Chief Counsel, Bureau of Investigations and Intelligence, etc) may have been solicited in making a determination in response to your issue as well.

| | | | |
|---|---|---|---|
| **Inmate Name:** | Lamont Zamichiell | **Inmate Number:** | LW2870 |
| **SCI Filed at:** | Huntingdon | **Current SCI:** | Huntingdon |
| **Grievance #:** | 771248 | | |
| ***Publication (if applicable):*** | | | |
| **Decision:** | ☒ **Uphold Response (UR)**<br>☐ **Uphold Inmate (UI)**<br>☐ **Uphold in part/Deny in part** | | |

*It is the decision of the Secretary's Office of Inmate Grievances and Appeals to uphold the initial response, uphold the inmate, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.*

**Response:** *Frivolous*

You claim in your grievance that your attorney sent you mail on 10/22/18 and you didn't receive it. An investigation was conducted into your allegations. The record reflects that Secretary Wetzel directed a new mail policy. The record reflects that when the new mail process started, there was a delay in receiving mail due to the amount of mail. However, Smart Communications have improved their turnaround time. The record reflects that SCI Huntingdon is processing mail in accordance with DC ADM 803. Thank you for your continued patience.

| | |
|---|---|
| **Signature:** | Dorina Varner *Dorina Varner* |
| **Title:** | Chief Grievance Officer |
| **Date:** | 2/12/19 |

DLV

cc: DC-15/Superintendent Kauffman
Grievance Office

Banks   * Initial Grievance *   3/25



DC-804
Part 1

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

FOR OFFICIAL USE
771248
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Grievance MS Green | SCI Huntingdon | 11/13/18 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE OF INMATE: | |
| Lamont Zamichieli # LW2870 | | |
| WORK ASSIGNMENT: LW2870 N/A | HOUSING ASSIGNMENT: GC1002 D/H | |

Secretary's Office
Inmate Grievances & Appeals
FEB 08 2019

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

Relief $15,000 cash ... Relief $250,000 ... Relief all held mail to be brought to me immediately in 24 hours

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

Issues of incoming mail. This is an ongoing infringement of 1st amendment right freedom of speech / access to courts address grievance etc. Also due process of 14th amendment plus 4th amendment privacy confidentiality as well as denial of 6th amendment access to counsel. The Smartcommunication / PA DOC incoming mail policy has and will continue to affect me and my legal civil action cases in federal district courts of PA USA. Mail should only take 5 days ... associated with my civil actions against PA DOC defendants is that lawyers representing them in these 3 civil matters against numerous of PA DOC employees. It is a big problem that these counsel which is head deputy attorney general office of PA and the medical defendants lawyers has to send legal litigation documents / papers to me through Smartcommunications address! Address when this mail should be able to be sent to the prison direct address SCI Huntingdon for me to promptly oppose and litigate and properly without being delayed access to courts. I'm still waiting on very important particular documents from attorney office A Gold & Ferrante PC that the courts stated on docket sheet that the lawyers sent to me on 10/22/18. But however I still haven't received these interrogatories admissions answers documents.. as court had verified proof of attorney sending to Smartcommunications address because SCI Huntingdon objects of mail that these attorneys send to the prison direct address! This mail should be privileged legal mail. It is incorrect and a total violation of my 1st amendment & PA DOC SCI Huntingdon states these attorneys aren't legal court officials. Classified to send me legal mail directly to the prison address. This is affecting

B. List actions taken and staff you have contacted, before submitting this grievance. three of my civil rights federal lawsuits in a negative way - hindering / prolonging the process. Plus certain mail I'm waiting on but didn't receive yet. It's been almost a month now since court said attorney sent. As there's 3 other pieces of mail that I received from other attorney and my girlfriend on 11/5/18 11/6/18 and 11/8/18 but however received 3 weeks late (21 days late) according to post office USPS postmark on outside envelope dated 10/16/18, 10/17/18, 10/19/18 post mark ...

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator    Date 11-15-18

WHITE Facility Grievance Coordinator Copy    CANARY File Copy    PINK Action Return Copy
GOLDEN ROD Inmate Copy

**INITIAL REVIEW RESPONSE**
SCI-Huntingdon
1100 Pike St.
Huntingdon, PA 16654-1112



This serves to acknowledge receipt of your grievance to the assigned Grievance Officer. The response is as follows.

| | | | |
|---|---|---|---|
| **Inmate Name:** | Zamichieli, L | **Inmate Number:** | LN2870 |
| **Facility:** | HUN | **Unit Location:** | GC1003 |
| **Grievance #:** | 771248 | **Grievance Date:** | 11-13-18 |
| **Publication (if applicable):** | | | |

**Decision:** ☐ **Uphold Inmate** ☐ **Uphold in Part/Deny in Part**
☒ **Grievance Denied**

*It is the decision of this grievance officer to uphold or deny the inmate's initial grievance. This response will include a brief rationale, summarize the conclusion, any action taken to resolve the issue(s) raised in the grievance and, relief sought.*

**Response:** *Frivolous*

I received a copy of your grievance #771248. The period that the vendor takes to process the items is beyond the institution's control. The vendor is aware of the situation and actions are being taken to ensure that this issue does not continue to occur. When the items are received, the mailroom staff are printing the correspondence and making all efforts to deliver them within the five days as mentioned in the FAQ's. In reference to legal mail being delivered to Smart Communication. As per DC ADM 803 all incoming mail that does not met the criteria of privileged correspondence will be sent and processed by Smart Communications.

All attempts to answer the grievant complaints were made but the grievance was illegible and hard to understand. In accordance with ***DC-ADM 804, Inmate Grievance System Procedures Manual Section 1 – Grievances & Initial Review***

11. The text of the grievance must be legible, understandable, and presented in a courteous manner. The inmate must include a statement of the facts relevant to the claim. This is the responsibility of the inmate to ensure the grievance is filed correctly.

With the information gathered this grievance is being denied

| | |
|---|---|
| **Signature:** | D. Wendle *Daniel S Wendle* |
| **Title:** | Lieutenant |
| **Date:** | 11/20/18 |

cc: Superintendent
DC-15
File

..Appeal to facility

DC-804 Attn: Appeal
Part 1 #771248

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR<br>Superintendent Kevin Kauffman | FACILITY:<br>SCI Huntingdon | DATE:<br>12/9/18 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER)<br>Lamont Zamichieli # LW2870 | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT:<br>N/A LW2870 | HOUSING ASSIGNMENT:<br>GC1011 DTU | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

*my hand disability Need Accommodated recent fracture of hand by illegal ... relief: (I ask for Mail from Attorney General office be delivered Legal Mail) ... process accommodation ...

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

Appeal #771248 which was denied on 11/20/18. I seek relief Money as requested in original and Injunctive relief that reg Mail from Attorney General office of PA, Governmental Lawyers be allowed to send Legal privileged Mail to SCI Huntingdon Direct Address for me with or without a control Number instead of Through SMart communications. Because No other PA DOC facility rejects Mail from These Attorneys to inmates a Direct Prison Address but SCI Huntingdon. SCI Huntingdon has its own mail policy instead of following The DOC Policy that everyother facility follow but SCI Huntingdon, mailroom security Dept. Mail from PA Attorney General office has always been classified As Special legal privileged confidential Mail at other facilities of DOC and for other inmates but Me. I'm being singled out and This is a retaliatory tactic to interfer with my access to courts and attorneys for my civil Litigations of 3 civil federal lawsuits pending in Middle/western District courts of PA against numerous of PA DOC employees and medical employees who are defendants in these lawsuits I filed! Mail from Attorney General Deputy office has always been processed as privileged Mail under the DC ADM 803. I was recently at Writ for court at SCI Benner, Inmates there who have lawsuits against DOC and its employees are contacted via U.S Mail Legal Mail to Direct Prison Address by Attorney General, who is The PA DOC and its employees of DOC Lawyer/Attorney who represent Them on The Lawsuits. These inmates are required to sign Their signature

B. List actions taken and staff you have contacted, before submitting this grievance. to receive The Legal Mail and have it opened in Their presense As Legal privileged Mail at that facility whether it contains an attorney Control Number or Not. SCI Huntingdon Mailroom/security Dept Nor official who answered the initial response has not offered No facts or Recitings of a policy DC ADM 803 stating how the Mail from Attorney General offices of PA isn't privileged; also why does it have to be sent/processed by SMart communications also why is there false Advertisement on FAQ for inmates to receive

Relief: $365,000 cash

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator

Date

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

X

C1011

**Facility Manager's Appeal Response**
**SCI-Huntingdon**
1100 Pike St.
Huntingdon, PA 16654-1112

This serves to acknowledge receipt of your grievance appeal to the Facility Manager for the grievance noted below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy," the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to me, and any other documents submitted.

| **Inmate Name:** | Lamont Zamichieli | **Inmate Number:** | LW2870 |
|---|---|---|---|
| **Facility:** | SCI HUNTINGDON | **Unit Location:** | GC1011 |
| **Grievance #:** | 771248 | | |

**Decision:** ☒ **Uphold Response (UR)** ☐ **Uphold in part/Deny in part** ☐ **Uphold Inmate (UI)** ☐ **Dismiss/Dismiss Untimely**

*It is the decision of this Facility Manager to uphold the initial response, uphold the inmate, dismiss, or uphold in part/deny in part. This response will include a brief rationale summarizing the conclusion and any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.*

**Response:** *Frivolous*

I have reviewed your grievance and appeal. I note that Lt. Wendle appropriately addressed your concern with your mail. In your appeal, you state you are appealing for the same reasons presented in your initial grievance. Lt. Wendle explains that your mail was processed appropriately as defined by the DC ADM 803.

2. Incoming Privileged Correspondence is incoming inmate mail as described below:
   Mail from an elected or appointed federal, state, or local official who has sought and obtained a control number issued by the Department's Office of Chief Counsel. **NOTE**: Not all correspondence between an inmate and elected or appointed federal, state, or local official will require privileged correspondence processing. Control numbers will only be issued when the underlying matter involves matters related to a confidential investigation process or similar concerns.

You also state that SCI Huntingdon is following its own mail policy. SCI Huntingdon is following the DC ADM 803 and will continue to do so. The Department is working closely with Smart Communications to ensure that mail is being processed and delivered as timely as possible. In closing, I can only reiterate that I uphold the response provided by the grievance officer. Your grievance is found to be without merit.

| **Signature:** | Kevin Kauffman |
|---|---|
| **Title:** | Facility Manager |
| **Date:** | 1/8/19 |

cc: DC-15
File

Relief: Transfer to another PA DOC facility in next 30 days or transfer to prison in "Virginia" in 30 days. I request 250,000 for each of my lawsuits that is/was harassment and is being further harmful.

Attention:

Appeal to Final Review Central office:

(1) Pg 1 of 2 ← Turn page over

Date: 1/28/19.

Relief requested $115,000 Compensatory Damages for violation of my federal Rights 1st amendment Access to Court, 4th amendment Privacy, Confidential Correspondence to attorneys

NAME: Lamont Zamichieli INMATE # LW2870

SCI - Huntingdon

Grievance # 771248

I State Same issues as Listed in Initial grievance and Appeal to facility MAX

I Appeal to final Review with the following of grievance # 771248. I recently received the response to this grievance on 1/25/19. But it was dated answered By Sup Kauffman ON 1/8/19. The DOC SCI-Huntingdon employee withheld my Mail Responses in attempt to make me Lose appeal timely.., as Central office was already notified and aware of.. plus according to DOC policy the superintendent Kauffman had 15 working days to Respond to appeal unless he request extension to Respond.. But infact its true that the response is dated 1/8/19.. Its also true that appeal to this grievance to him was dated 12/9/18.. He failed to respond in 15 working days and he failed to Request extension of time to Respond therefore he defaulted and violated policy therefore Relief should be held in my favor.. he provided NO Justification ~~to respond~~ for Not responding timely therefore remedies are exhausted at This Point ~~see case law~~ but I'll still appeal as effort of good faith.. See case law (Robinson 831 F.3d at 154 3rd cir 2016 SCI Rockview

I'm not receiving all of the mail I'm expecting from individuals or attorneys representing individuals in my pending Lawsuits in PA Middle and Western Dist Courts

Any/all of appropriate Relief to offer from D.O.C.

I sent many following request slips requesting a timely response.

SCI-Rockview / PA DOC Rendered its administrative remedies unavailable when it fails to timely Respond, By its own ~~Proce~~ Procedure Rules Policy.. Therefore plaintiff grievances then repeatedly ignored follow up request for decisions.. It Prevents inmates from Exhausting.

Also ~~[illegible]~~ Mitchell v. Horn 318 F.3d 523-52 (3rd Cir 20

Relief: Immediate Release to General population in next 10 days

Relief: $115,000 Ask in next 30 days to be put in my inmate Account Trust account

Relief: SCI Huntingdon to stop violating my Rights.. and allow PA Attorney General office and attorneys representing defendants in civil Action # ~~[illegible]~~ # 17-242, # 17-1898, # 18-0850 to contact me immediately and Legal mail to Prison

SCI Huntingdon is Sabotaging my Legal mail incoming and outgoing By its own policy It doesnt allow the Attorney General office of PA,

2) At any facility in the PA DOC other than SCI-Huntingdon, if inmates have lawsuits civil federal actions pending in courts and at any time the attorney general send mail to inmates in PA DOC its always classified as "legal special privileged mail" as its mailed directly to the prison's direct address instead of 3rd party Smart Communications address.

But here at SCI Huntingdon (Security Mail Room) dont allow attorney general offices of PA or other attorneys representing employees defendants in each of the 3 lawsuits I have pending to contact me via US Mail legal mail directly to prison address. Instead its a total violation of 4th amendment privacy, confidentiality and violation of 1st amendment access to courts and access to attorneys 6 amendment right in timely manner. It also violates Due Process depriving me of freedom from physical mental restraint, I could gain freedom from access to criminal courts lawyers but they can even send me legal mail. It has damage criminal proceedings that the DOC SCI Huntingdon initiated fabricated criminal charges on me in July 2017. Huntingdon still violates my rights access to courts and attempt to make me lose on criminal charges also to harming pending lawsuits as I was transferred to Huntingdon as a nuisance and to hinder my access to courts and its strick rules that dont follow DOC Policy ADM 803. Instead SCI Huntingdon made up their own policy.

The way legal mail is processed and the confirmation ... If I lost on any lawsuit it caused multiple delays and its employees Johnwell(?) 3 lawsuits. It caused mail policy and its employees. The DOC SCI Huntingdon's mail is in 3 rooms and are all responsible lawsuits.

Also more shocking. The way SCI Huntingdon or facilitys in PA DOC process legal mail its a constitutional violation and even if they say originals are not read and are destroyed its a lie. Because even if they destroy them.

*** The memory card/chip hard drive in the scanner in the machine they print from saves all of the inmates legal mail and is transferred onto a computer in the department where SCI Huntingdon Security department