2018

# FINAL APPEAL DECISION DISMISSAL

**Secretary's Office of Inmate Grievances & Appeals**
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

This serves to acknowledge receipt of your appeal to final review for the grievance identified below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System," this Office has reviewed all documents provided as part of the grievance record. Upon consideration of the entire record, it is the decision of this office to dismiss your appeal to final review due to a failure to comply with the provisions of the DC-ADM 804, as specified below.

| Inmate Name: | Lamont Zamichieli | Inmate Number: | LW2870 |
|---|---|---|---|
| SCI Filed at: | Huntingdon | Current SCI: | Huntingdon |
| Grievance #: | 735677 | | |

**Decision:** **Dismiss**

| | |
|---|---|
| X | 1) Your grievance was properly rejected at the facility level for the reason(s) outlined below. |
| | 2) Your grievance is being dismissed at the final appeal level for the reason(s) outlined below. |

**Rationale:**

| | |
|---|---|
| | 1. Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator. |
| X | a) DC ADM 008 Prison Rape Elimination Act (PREA) – allegations of a sexual nature against a staff member and/or inmate-on-inmate sexual contact |
| | b) DC ADM 801 Inmate Discipline/Misconduct Procedures |
| | c) DC ADM 802 Administrative Custody Procedures |
| | 2. The grievance or appeal was not submitted within fifteen (15) working days after the events upon which claims are based. |
| | 3. Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility. |
| | 4. The grievance was not signed and/or dated with correct commitment name, number, contained UCC references, or was not presented in proper format. |
| | 5. Grievance or appeal must be legible, understandable, and presented in a courteous manner. |
| | 6. The grievance or appeal exceeded the two-page limit. Description needs to be brief. |
| | 7. Grievance does not indicate that you were personally affected by a Department or facility action or policy. |
| | 8. Grievances based upon different events must be presented separately. |
| | 9. The issue(s) presented on the attached grievance has been reviewed or is currently being reviewed and addressed. Prior grievance # |
| | 10. Group grievances or grievances filed on behalf of another inmate are prohibited. |
| | 11. Grievance disputes previous grievances, appeal decisions or staff members who rendered those decisions. |
| | 12. You are currently on grievance restriction. You are limited to one grievance every 15 working days. Last grievance # was submitted on |
| | 13. You have not provided this Office with required and/or legible documentation for proper review. |
| | 14. An appeal to final review is not permitted when you fail to comply with submission procedures. |

**Response:**

**The rejection and superintendent's response to your grievance is appropriate. Therefore, your appeal to this office is dismissed.**

| | |
|---|---|
| **Signature:** | Dorina Varner [signature] |
| **Title:** | Chief Grievance Officer |
| **Date:** | 6/15/18 |

DLV/klm

cc: DC-15/Superintendent Kauffman
Grievance Office

EXHIBIT G

DC-804 Part 1 Pg 1 of 2

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

Relatiation/PREA Privacy violation

FOR OFFICIAL USE
735677
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR Grievance Coordin.. | FACILITY: SCI Huntingdon | DATE: 5/3/18 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Lamont Zamichelli #LW2870 | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT: NA | HOUSING ASSIGNMENT: GA 1004 DTU | |

Secretary's Office Inmate Grievances & Appeals JUN 14 2018

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

(Relief: forward to a OSII and investigated started outside of SCI Huntingdon) suspension 180 days. Relief: CRNP-Cousins demoted/suspended 180 days. Relief: Transfer to another DOC facility. Relief: 85,000 cash compensation. Relief: Monitored for Retaliation for reporting PREA sexual... Camera footage be saved.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

On 4/30/18 10:20AM I was not on any call out or supported document to be seen by PRT or CRNP-Cousins in the DTU at my cell door nor out of cell. If CRNP-Cousins claimed to stopped at my door for any reason, what was her reason probable cause. She alleged that she supposed viewed me naked, nude, handling hygiene using bathroom or personal business care.. however if so, she's admitting to committing crime violating my bodily privacy 4th amendment free from unlawful search seizure, and 8th amendment verbal sexual abuse/harassment etc. Therefore its substantiated that I was retaliated against because of grievances filed on CRNP Jessica Cousins because she has denied me access to mental health services, groups, showers etc in DTU for months and her malicious intention of removing my 'D' code due to discrimination of disability and as she says I'm taking up bedspace in the DTU cause I been on DC sanction for over a year also cause grievances against her, maliciously intentionally discontinued my seroquel psych meds and didn't prescribe any other med/treatment as required, so therefore she made false malicious fabricated misconducts out of retaliation and or is it true that she sexually abused me violated my privacy and saw me nude or masterbating as she claim. TV's on DTU is loud due to increased noises plus auditory voices hallucinations due to not being on my medication as Jessica Cousins discontinued despite of me needing it. Also everytime a female comes on pod DTU whether its Jessica Cousins or another female.. there is no indication or alert warning to alert on the pod/DTU, no officers come on speakers to announce it whether its quite quiet or noisy on DTU around (SMI) inmates as myself. There's no PREA compliance bell to notify us inmates.. nor did she see any... 

B. List actions taken and staff you have contacted, before submitting this grievance. CRNP-Jess Cousin announce her presence or yell female on DTU. According to camera footage and other 5 witness inmates that CRNP Cousins did not come to my door, instead while half of my door window covered in darkened cell, she peered into my cell while she was at another inmates cell across from my cell. If she's at another inmates cell GC1007 John Levigne #CW5155, talking to him, what is CRNP Cousins doing turning around and walking towards my cell in a sneaky creepy manner looking in especially our history as we dont get along or on good terms plus I'm not on her case load, she's not my psychiatrist boss/reporting...

Your grievance has been received and will be processed in accordance with DC-ADM 804.

[signature] 5.9.18
Signature of Facility Grievance Coordinator — Date

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy GOLDEN ROD Inmate Copy

I'm only to have male staff on my case load.. as you can see my counselor is Mr. C. Banks because I can't have female counselor. My unit manager is C. Hendricks also a male staff assigned...

I'm assigned to a male psych docter. Docter Xue.. I'm on Docter Xue's case load.. I'm not to be seen by female staff as what UM Goss says, so I assigned to be interviewed by Dr. Xue. It's not CRNP-Cousins responsibility to interview my psych wise plus perhaps

(Left margin:) my last digit of inmate # is 0 as last digit of inmate numbers Blackbird C-B PRTU counselor is even numbers. Which means originally I'm to have C. Banks as counselor, but a female counselor odd...

Pg 2 of 2

Form DC-135A

**INMATE'S REQUEST TO STAFF MEMBER**

Grievance Prea allegation

Commonwealth of Pennsylvania
Department of Corrections

INSTRUCTIONS
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

1. To: (Name and Title of Officer) Grievance Coord, Pg 2 of 2
2. Date: 5/3/18
3. By: (Print Inmate Name and Number) Lamont Zamichieli ZAMICHIELI #LW2870
Inmate Signature
4. Counselor's Name C. Banks
5. Unit Manager's Name Kendrick
6. Work Assignment N/A
7. Housing Assignment GC1009 DTU.

relief: I want/need to speak to Doctor Xue. Relief: seperated from CRNP Cousins. Stop her from violating me. Relief: Prea compliance speaker/Bell to be used ASAP. Relief: $85,000 cash for privacy violation emotional mental damage embarrassment

Relief: CRNP Cousins should have a male psych staff with her as she enters DTU [illegible] or comes to any inmates door, among others. equal protection of law 14th amendment

8. Subject: State your request completely but briefly. Give details. CC: file, courts, Attorney, OSII, Prea central office

According to records, as rule policy created by CPM GOSS since being in his care, he assigned me to case loads of only male employees/staff such as male counselor which is C. Banks, male PSS which is PSS Diehl, male unit manager which is "Kendrick" because (1) he is aware that I was reported sexual abused privacy violated in past by female staff (2) Goss has his way to discriminate on sex, sexuality, etc. But fact is that according to him, I'm not supposed to be seen by female staff therefore I'm not assigned to CRNP-Cousins case load for psychiatry and besides CRNP-Cousins isn't a psychiatrist or she isn't licensed in mental health field. On 4/30/18 I wasn't on callout to be seen at my cell door, evaluated or interviewed in cell or out of cell by CRNP-Jessica Cousins. On 4/30/18 around 10:20 AM while I was in cell GC1009 CRNP Cousins sexually abused harassed me and supposedly viewed me naked while in bed supposedly masturbating laying in bed according to misconduct # D026893 which is believed to be fabricated malicious and retaliatory if I was off guard and didn't realize I was sexually violated and targeted against by CRNP Cousins until I received misconduct later that day which contents in it

9. Response: (This Section for Staff Response Only) Stating she wanted me to give performance sex on her and let her ride my penis or she wants me to get her pregnant. This is unnecessary/uncalled for. Check cameras, save footage of appropriate time place it will substantiate she violated my privacy to bodily as she admits to viewing me naked in cell when she had no cause to look inside of my cell or come to my cell door. I wasn't on list to be interview by PRT or Cousins at my cell door or out of cell. and besides Dr. Xue-Xyue, is my psychiatrist a male psych assigned to me but CRNP Cousins interfered with access to him and treatment by him just to harm me, I haven't been interviewed out of cell by Dr. Xue for almost 2 months because CRNP Cousins prevent me from seeing and taking advantage of adequate mental health care knowing Dr. Xue will do his job well and give

To DC-14 CAR only ☐ To DC-14 CAR and DC-15 IRS ☐

required prescribed treatment. Me and Jessica Cousins don't get along, has bad blood, she's very ignorant, disrespectful, rude and unprofessional. She's mad that I reported

Relief: transfer me or transfer her to another PA DOC facility

Staff Member Name ______ Print / ______ Sign # MP4450 Date ______

her favoritism about her and Gregory Barber relationship, bond months ago. Now CRNP Cousins been retaliating and violating me and other "SMI" DTU inmates, and possible RHU inmates privacy viewing naked plus besides this isn't the first time she saw my penis, as she claim in misconduct. She violated my privacy plenty of times before we got on bad terms months ago. She use [illegible] to come to my door all the time to see penis and cameras will verify from May-Sept 2017

Revised July 2000

She never wrote misconduct on me prior to this!!! She should be removed [illegible]



**GRIEVANCE REJECTION**
SCI-Huntingdon
1100 Pike St.
Huntingdon, PA 16654-1112

This serves to acknowledge receipt of your grievance to this office. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System," I have reviewed all documents provided as part of the grievance. Upon consideration of the grievance, it is the decision of this office to reject your grievance due to a failure to comply with the provisions of the DC-ADM 804, as specified below.

| Inmate Name: | Lamont Zamichieli | Inmate Number: | LW2870 |
|---|---|---|---|
| Facility: | HUN | Unit Location: | GC-Unit |
| Grievance #: | 735677 | | |
| Decision: | Rejection | | |

| | | |
|---|---|---|
| X | | *Your grievance is being rejected for the reason(s) outlined below.* |
| **Rationale:** | | |
| | X | 1. Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator. |
| | X | a) DC ADM 008 Prison Rape Elimination Act (PREA) - allegations of a sexual nature against a staff member and/or inmate-on-inmate sexual contact. |
| | | b) DC ADM 801 Inmate Discipline/Misconduct Procedures |
| | | c) DC ADM 802 Administrative Custody Procedures |
| | | d) DC ADM 803 Inmate Mail and Incoming Publications, Section 3, E. |
| | | 2. The grievance was not submitted within 15 working days after the events upon which claims are based. |
| | | 3. Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility. |
| | | 4. The grievance was not signed and/or dated with correct commitment name or number, contained UCC references, or was not presented in proper format. |
| | | 5. Grievance must be legible, understandable, and presented in a courteous manner. |
| | | 6. The grievance exceeded the two page limit. Description needs to be brief. |
| | | 7. Grievance does not indicate that you were personally affected by a DOC or facility action or policy. |
| | | 8. Grievances based upon different events must be presented separately. |
| | | 9. The issue(s) presented on the attached grievance has been reviewed or is currently being reviewed and addressed in prior grievance ______. |
| | | 10. Group grievances or grievances filed on behalf of another inmate are prohibited. |
| | | 11. Grievance disputes previous grievances, appeal decisions, or staff members who rendered those decisions. |
| | | 12. You are currently on grievance restriction. You are limited to one grievance every 15 working days. Last grievance # ______, submitted on ______. |
| | | 13. You have not provided this office with the required documentation for proper review such as a DC153A Personal Property Inventory Sheet, Confiscated Items Receipt, Commissary/Outside Purchase Form, or documents outlined on the DC ADM 005 Notification of Deductions memo and/or the Notification of Amended Deductions memo. |
| | | 14. The publication appeal did not include a copy of the Notice of Incoming Publication Denial form (Attachment 3-B of DC ADM 803). |

**Response:**

Sexual abuse is taken seriously by the Department of Corrections. Any allegations of a sexual nature (abuse/harassment) against a staff member or inmate-on-inmate sexual contact must be investigated to make sure that inmates are safe in this facility. This grievance is being forwarded to the Security Department and the PREA Compliance Manager to start that investigation.

| | |
|---|---|
| **Signature:** | [signature] |
| **Title:** | Facility Grievance Coordinator |
| **Date:** | 5-9-18 |

cc: DC-15
File

PREA/Violation of Bodily Privacy ... Const.

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

Appeal # 735677 to Sup Kauffman

| FOR OFFICIAL USE |
|---|
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: SCI Huntingdon | DATE: 5/11/18 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Lamont Zamichieli # LW2870 | SIGNATURE OF INMATE: [signature] | |
| WORK ASSIGNMENT: LW2870 | HOUSING ASSIGNMENT: GC1009 DTU | |

INSTRUCTIONS: I was told by LT Maxwell CRNP Cousins isnt a DOC employee.. Therefore should have DOC staff members with her at all times per DOC Policy as same as nurses...
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system. Relief: CRNP Cousins to have male DOC employee with her at all times at feeding
2. State your grievance in Block A in a brief and understandable manner. Relief: 85,000 each 4th amendment violation
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted. CRNP Cousins to be suspended 180 days without pay / demotion. CRNP Cousins saw me nude in DOC medical ops 5/19/17, 9/8/17 also at my cell door

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

Appeal Rejection #735677 to facility manager as to comply with exhaustion of remedies if available (PREA) sexual abuse allegations and presents following facts to confirm substantiate my claims with proof evidence that CRNP Jessica Cousins is retaliating against me and/or violated my bodily privacy and sexually abused harassed me numerous times at my cell door in DTU by viewing me nude naked as she said in misconduct # D006893. - The misconduct is fabricated out of retaliation as she violated my rights on 4/30/18. As records indicate on 4/30/18 I was not scheduled on call out etc. documents to be interviewed by PRT or Jessica Cousins out of cell or at my cell door on DTU GC1009. Also however I was unaware that a female/CRNP Cousins will be on POD or stop at my door or near my door or view into my darked cell window door half covered... come close or peek into my cell because no PREA compliance bell was rung nor the officers or CRNP Cousins come on intercom speaker announce female on POD/DTU! On 4/30/18 CRNP Cousins if she came on DTU or viewed into my cell, didnt make her presence known.. Therefore violating my privacy and maybe other SMI) inmates. However Jessica Cousins knew that she didnt announce her presence also was aware that by her not letting presence be known that inmates may be nude in cell, whether washing up, using bathroom/toilet, handling personal hygiene/pleasure and that she may view them voluntarily or unvoluntarily as she was in her right state of mind to know. However she admits to seeing me naked... is it true that she saw me naked or is misconduct maliciously fabricated by her. Upon (DTU is loud, POD, its loud many (all) inmates scream) save all camera footage on 4/30/18 10:20 AM

B. List actions taken and staff you have contacted, before submitting this grievance. Investigation and talking to other inmates, I discovered that perhaps while I was unaware of her presence, that she was on the DTU.. I didnt realize until after I receive misconduct later that day and after I investigate it. CRNP Cousins claimed to seeing me masturbate also stated in misconduct that she wanted me to get her pregnant (perform oral sex on her. This is a subliminal secret hint/message from her as what she maybe wants from me. I was told by inmate John Lavigne #CW5155 and others who with her at his cell door, turn towards my cell stand on her tippytoes and lean over to look down into my cell (she looked towards fl...)

Your grievance has been received and will be processed in accordance with DC-ADM 804. when my door window half cover see com...

Signature of Facility Grievance Coordinator

Date

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

**Facility Manager's Appeal Response**
**SCI-Huntingdon**
1100 Pike St.
Huntingdon, PA 16654-1112

109

This serves to acknowledge receipt of your grievance appeal to the Facility Manager for the grievance noted below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy," the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to me, and any other documents submitted.

| | | | |
|---|---|---|---|
| Inmate Name: | Lamont Zamichieli | Inmate Number: | LW2870 |
| Facility: | HUN | Unit Location: | GC-Unit |
| Grievance #: | 735677 | | |

Decision: ☒ **Uphold Response (UR)** ☐ **Uphold in part/Deny in part** ☐ **Uphold Inmate (UI)** ☐ **Dismiss/Dismiss Untimely**

*It is the decision of this Facility Manager to uphold the initial response, uphold the inmate, dismiss, or uphold in part/deny in part. This response will include a brief rationale summarizing the conclusion and any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.*

**Response:** *Frivolous*

In reviewing your initial grievance and appeal, I note your original grievance was rejected because grievances related to DC ADM 008 PREA will be handled in accordance with the procedures outlined in that policy and will not be reviewed by the grievance officer. In your appeal to this rejected grievance, you repeat the claims presented in your initial grievance. DC ADM 804 states issues related to sexual abuse or sexual harassment will not be addressed by the inmate grievance system. Your concerns were forwarded to the PREA compliance team for investigation and will not be addressed by the grievance process. I find grievance #735677 has been properly rejected.

| | |
|---|---|
| **Signature:** | Kevin Kauffman |
| **Title:** | Facility Manager |
| **Date:** | 6-1-18 |

cc: DC-15
File

PREA/ Violation of Bodily Privacy.

Relief: Require CRNP-JESSICA Cousins to Be with Male C Staff Members on DTU/RHU Cell ...

DC-804
Part 1 Appeal to Final Review # 735677

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR Final Review | FACILITY: SCI Huntingdon | DATE: 6/7/18 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Lamont Zamichieli #LW2870 | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT: NA LW2870 | HOUSING ASSIGNMENT: GC1010 DTU | |

CRNP Cousins Demands to see Penis/Anus!!!

INSTRUCTIONS: Relief: $85,000 cash
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

Numerous of dates times for past year or so, she came to cell watch me and other inmates ... CRNP-JESSICA Cousins not a Psychiatrist!!

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

Appeal # 735677 to final review to exhauste all avail/able remedies. PREA/Violation of Bodily Privacy where CRNP-JESSICA Cousins, a female employee employed for PA DOC at SCI Huntingdon violated me sexually saw me Naked Nude and made sexual remarks sexual advances violating 8th and 4th amendment Right of US Constitution even after she discontinue my Mental health Psychotric medication Intentionally malliciously on 3/19/18 to deteriate my Mind and Make me unaware of her sexually abusing me... cameras are Proof and to Be saved for Review in Civil courts... on 6/13/17 10:00-11:00AM she was at my cell door, while I was in GC1006 cell of DTU, she watched penis Masterbation as she instructed me to do for her while she watched out of my cell door for about 5 minutes on 6/13/17 10:00-11:00AM also ...

B. List actions taken and staff you have contacted, before submitting this grievance. On recent date 10:20AM 4/30/18, I was housed in cell DTU GC1009 at SCI Huntingdon, she leaned over, and peered into my cell while she was at GC1007 cell talking to another inmate. She claimed to have seen me Nude Naked. She violated my Bodily Privacy see then misconduct fabricated

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator (4/30/18 10:20AM) | Date

Dismiss/Remove from my record. See misconduct # D 026893

WHITE Facility Grievance Coordinator Copy | CANARY File Copy | PINK Action Return Copy
GOLDEN ROD Inmate Copy

Review/See case law: Fortner v. Thomas 983 F.2d 1024 (11th Cir 1993) or - Boxer X v. Harris, 437 F.3d 1107, 1111 (11th Cir 2006) / clearly established laws ...

Misconduct on me for indecent expose / see Lawness because she violated me and peered I'll report her for her sexual behavior ...

Relief $85,000 transfer me ...

**DC-ADM 804, Inmate Grievance System Procedures Manual**
**Section 1 – Grievances & Initial Review**
Issued: 1/26/2016
Effective: 2/16/2016

**Attachment 1-A**

First she feels me off my Psych meds while in DTU for over a year, denied treatment, I make me deteriorate me and wherever she wants me sexually violating me she purposely used force ...

2018

**Final Appeal Decision**
**Secretary's Office of Inmate Grievances & Appeals**
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

This serves to acknowledge receipt of your appeal to the Secretary's Office of Inmate Grievances and Appeals for the grievance noted below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to the Facility Manager, the Facility Manager's response, the issues you raised to final review, and (when applicable) any revised institutional responses required as a result of a subsequent remand action by this office. As necessary, input from appropriate Central Office Bureaus (e.g., Health Care Services, Chief Counsel, Office of Special Investigations and Intelligence, etc) may have been solicited in making a determination in response to your issue as well.

| **Inmate Name:** | Lamont Zamichieli | **Inmate Number:** | LW2870 |
|---|---|---|---|
| **SCI Filed at:** | Huntingdon | **Current SCI:** | Huntingdon |
| **Grievance #:** | 740123 | | |

***Publication (if applicable):***

**Decision:**
☒ **Uphold Response (UR)**
☐ **Uphold Inmate (UI)**
☐ **Uphold in part/Deny in part**

*It is the decision of the Secretary's Office of Inmate Grievances and Appeals to uphold the initial response, uphold the inmate, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.*

**Response:** *Frivolous*

You claim in your grievance that staff are not following the Code of Ethics and tobacco policy. An investigation was conducted regarding your allegations. The record reflects that UM Kendrick reviewed the camera and de did not observe any staff smoking or using tobacco products on the units or in a specific cell. There is nothing new to add to the responses you already received. You have failed to provide any evidence that staff violated policy. Therefore, your requested relief is denied.

| | |
|---|---|
| **Signature:** | Dorina Varner *Dorina Varner* |
| **Title:** | Chief Grievance Officer |
| **Date:** | 8/13/18 |

DLV
cc: DC-15/Superintendent Kauffman
Grievance Office

Initial # 740123

9/12

DC-804
Part 1 Pg 1 of 2

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE
740123
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Secretary | SCI Huntingdon | Secretary's Office Inmate Grievances & Appeals |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE OF INMATE: | |
| Lamont Zanichelli #LW2870 | [signature] | AUG 09 2018 |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| N/A | GC 1001 DTU | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

Officers employees are NOT following PA D.O.C policy and code of ethics, in the DTU RHU. this been ongoing for months now and to date 6/2/18 nothing has been done to change violations. Per DOC policy Tobacco Products.. smoke/smokeless tobacco etc, prohibited from use in designated areas of the facility SCI Huntingdon in DTU RHU 23 hours lock in under unhealthy unsanitary life conditions. Officers are using chew tobacco also providing inmates with contraband tobacco products. My life health is at risk due to smoke second hand smoke etc plus by officers spitting all over the place and not touching their Bottle of cups they spit in with or without gloves on then with same dirty spitty unsafe gloves, they pass out my meal trays, collect mail, secure cells, escort to groups DTU etc.. I'm at risk and other (SMI) DTU inmates are at risk of disease infections such as Tuberculosis, Hepatitis, Wands, Herpes and numerous other bacterial infections contagious and transmitted through spit, saliva, or other bodily fluids. I was exposed to on 6/2/18 approx 2:30-3:00pm officer Henry and officer Pankes was had chew tobacco in their mouth and spit in their spit bottle specks of saliva on their gloves pulled me out of my cell to do security check C/O Henry was in my cell checking it and he spit on my floor and paperwork and

B. List actions taken and staff you have contacted, before submitting this grievance. Sarcastically said "you got me into trouble weeks ago Dickhead" with angry face and said "Didn't I told you that you are not allowed to eat any food, you're supposed to give the bag you accepted from 1st shift, so I must take your food. C/O Pankes held on to me with unsanitary gloves. also 6:00pm on 6/2/18 you'll see them and C/O Fochman at GC1001 cell DTU spitting in their spit bottles while nurse exam an inmate at one cell medical emergency. Numerous staff officers ...

Your grievance has been received and will be processed in accordance with DC-ADM 804.

[signature] 6-5-18

Signature of Facility Grievance Coordinator Date

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

Re: grievance
# 740123

9/2

DC-804
Part 1

Pg 2 of 2.

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR<br>Ms. Green. | FACILITY:<br>SCI Huntingdon | DATE:<br>6/2/18 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER)<br>Lamont Zomichieli # LW2870 | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT:<br>N/A | HOUSING ASSIGNMENT:<br>GC1007 DTU | |

INSTRUCTIONS: Relief: $50,000 cash (save cameras) $50.00 credited to prison account everyweek for next 3 months. Relief: clos to wear Body cameras ... Relief: $50.00 AC Commissary funds
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner. Relief Requested: give me free flatscreen TV, free cable, Release to RTU transfer
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted. Relief: Remove tobacco from employees, chew tobacco, and if found violation policy again suspend ten days ...

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking. no pay ...

Code of ethics of Department of Corrections of PA is being violated by numerous employees in SCI-Huntingdon plus in DOC policy. By these officers using smoke/smokeless tobacco in RHU/DTU areas cause danger to my health. This is how contraband is transported, provided by officers upon investigation; I was told by PCs inmates in DTU who has and once had tobacco, lighter, etc products in DTU that officers deliver meals with tobacco, lighters etc. it are in their Diet Bags also some officers allow inmates ... of their property. It's all possible being sight of seeing/knowing c/os chew/smoke tobacco in DTU RHU etc. while on the JOB. It's unprofessional to mix pleasure with business and get high/intoxicated off of tobacco products under influence while at work. I smell smoke throughout the building. all of cell ventilation vents are connected no way blow air and suck ... it possible to smell fumes smoke while in cell 22 hours a day in Disciplinary Custody Solitary confinement. I have health issues and tobacco products are danger to my health. seizure disorder hypertension, tachycardia, etc. My Blood pressure has been reading high lately, nose bleeds, Bleeding from anus where tobacco spit was placed by officers on 3/21/18. officers spit on floor ground walk I must walk on be escorted at and it gets on bottom of shoes, tracked to my cell floor very unsanitary/dirty having to deal with Body Bodily fluids, Saliva of officers working RHU under 22 hour lock in cell. Inmates shouldn't be discriminated against in anyway. Since on RHU/DTU inmates not permitted tobacco or pleasure products why should staff employees be allowed to

B. List actions taken and staff you have contacted, before submitting this grievance.

violate DOC Policy, At no other facility, employees don't violate code of ethics Dept Corr. by using tobacco in RHU/DTU. It's only permitted in designated areas only plus officers attend smoke/lunch breaks to use tobacco. Not while operating DTU. Majority of officers DTU/RHU chew tobacco snuff, cameras will confirm them put in their mouth, take it in trashcan, spit soda bottle on floor, ground throughout SCI-Huntingdon RHU/DTU premises. I have trouble breathing, Mask needed

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator

Date

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

# INITIAL REVIEW RESPONSE

SCI-Huntingdon
1100 Pike St.
Huntingdon, PA 16654-1112

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer. The response is as follows.

| Inmate Name: | Zamichieli | Inmate Number: | LW2870 |
|---|---|---|---|
| Facility: | Huntingdon | Unit Location: | G block DTU |
| Grievance #: | 740123 | Grievance Date: | 6/2/18 |

**Decision:** ☐ **Uphold Inmate** ☐ **Uphold in Part/Deny in Part**
X **Grievance Denied**

*It is the decision of this grievance officer to uphold or deny the inmate's initial grievance. This response will include a brief rationale, summarize the conclusion, any action taken to resolve the issue(s) raised in the grievance and, relief sought.*

**Response:** *Frivolous*

I have received your grievance in which you allege that staff are not abiding by the Code of Ethics and Tobacco policy. I have looked into this and watched the cameras in the RHU and DTU. I have not observed any staff smoking or using tobacco product on the housing units or in your cell specifically. Staff use the universal precaution constantly and at no time do the intentionally put you in harm's way of receiving any disease or infection by spitting on their gloves or in your cell and on your paperwork. Nor does staff plant any tobacco products in your cell so that you can receive a misconduct for it. I would like to suggest that you utilize the Inmate's request to staff to resolve issues like this prior to filing a grievance in the future.

For the above reasons this grievance and all relief sought is denied.

green

| | |
|---|---|
| **Signature:** | [signature] |
| **Title:** | RHU/DTU UM |
| **Date:** | 6/11/18 |

cc: Superintendent
DC-15
File

***DC-ADM 804, Inmate Grievance System Procedures Manual***
***Section 1 - Grievances & Initial Review*** ***Attachment 1-D***
Issued: 12/1/2010
Effective: 12/8/2010

# Appeal # 740123

Sup Facility manager.



DC-804
Part 1

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

FOR OFFICIAL USE
730775
GRIEVANCE NUMBER

## OFFICIAL INMATE GRIEVANCE

| TO: FACILITY GRIEVANCE COORDINATOR<br>MS Green | FACILITY:<br>SCI Huntingdon | DATE:<br>7/5/18 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER)<br>Lamont Comichieli Jr LW2870 | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT:<br>N/A LW2870 | HOUSING ASSIGNMENT:<br>GC1007 DTU | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

PER DOC Policy Tobacco Products, smoke/smokeless tobacco etc. is Prohibited from use in designated areas of The Prison, not allowed in RHU/DTU! Policy to be followed by inmates and employees PA DOC Policy. There's tobacco products being used in DTU/RHU by Both staff/inmates who say They receive from officers in DTU/RHU directly or indirectly [illegible] Spit etc. This is a safety/security risk of contraband, etc. my risk health is in danger through second hand smoke, tuberculosis, Hepatitis and other Bacterial infection contagious [illegible] on 3/21/18 around @ 4:00-5:00PM on DTU, [illegible] tobacco spit and @ Bottles that contain spit saliva filled by officers Henry/Parkes III [illegible] Numerous of Days such as 3/21/18, 3 weeks prior and up to this date those employees/officers 2-10 shift etc. working DTU and RHU walks around in DTU/RHU escort inmates as myself and delivering mail, meal trays etc. with spit chew tobacco snuff in their mouths, dripping from their mouth etc., walk around with Soda Bottles full of spit from saliva of tobacco in their pockets and cameras will confirm on numerous of dates up to 4/4/18 DTU/RHU officers pull bottle @ out of pocket, spit in it or spit in trash can they have no gloves on bare hands then escort me or pass out meals with contaminated hands, touching items such as sick calls, requests, etc. they must give us upon request or I will be denied access to medical [illegible] afraid of tobacco spit. On 4/2/18 I was escorted to group by officers who chew tobacco products [illegible] going to group room, I stepped in spit tobacco pieces snuff by unknown officers who spit tobacco [illegible] around near group room, it got stuck to bottom of my shoe.

Relief: Breathalyzer test [illegible] Free TB screen test [illegible] Transfer to another facility [illegible] Release to General Population [illegible] 30 days [illegible] employees to be searched upon arrival in DTU/RHU [illegible] I told RHC [illegible] Unit managers [illegible]

B. List actions taken and staff you have contacted, before submitting this grievance. Both 1st and 2nd shift [illegible] use tobacco products. LT Dunkle, Sgt Stevens, C/O Henry, C/O Eichelberger, C/O Parkes III, and numerous of other unknown identity of officers who enter DTU from RHU to escort DTU seriously mentally ill inmates group/cell. I was personally affected by this. I may have contracted TB or cancer disease [illegible] on occasions I spot kodiak tobacco chew snuff looking tobacco specks or spit saliva in my meal trays which on occasions caused me to be denied adequate meals and not eat. My life/health, other employees and inmates health are in danger because officers, employees [illegible] RHC [illegible] unknown [illegible]

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator

4-10-18
Date

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

4/8/18

See: Prior grievance #730775 of similar problems with Tobacco Being used in DTU By PA DOC officers and Grievance coordinator ignored purposely!!!

These issues been going on for over 1 year now C/Os staff in SCI Huntingdon's DTU/RHU uses tobacco products on the unit and still do the same and nothing is being corrected as of date

New evidence see Camera's footage on DTU on 6/7/18 2:00-2:25PM [illegible]

Soda Bottle which is also [illegible]

**Facility Manager's Appeal Response**
**SCI-Huntingdon**
1100 Pike St.
Huntingdon, PA 16654-1112

110 DTU

This serves to acknowledge receipt of your grievance appeal to the Facility Manager for the grievance noted below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy," the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to me, and any other documents submitted.

| | | | |
|---|---|---|---|
| **Inmate Name:** | Lamont Zamichieli | **Inmate Number:** | LW2870 |
| **Facility:** | HUN | **Unit Location:** | GC-Unit |
| **Grievance #:** | 740123 | | |

**Decision:** ☒ **Uphold Response (UR)** ☐ **Uphold Inmate (UI)** ☐ **Uphold in part/Deny in part** ☐ **Dismiss/Dismiss Untimely**

*It is the decision of this Facility Manager to uphold the initial response, uphold the inmate, dismiss, or uphold in part/deny in part. This response will include a brief rationale summarizing the conclusion and any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.*

**Response:** *Frivolous*

In reviewing your grievance and appeal, I note that your concern with officers using tobacco products was appropriately addressed by Mr. Kendrick. In your appeal, You repeat the issues presented in your initial grievance, and you state you became sick because of the officers using tobacco. In his response to your initial grievance, Mr. Kendrick explains he looked at video and did not observe staff smoking or using tobacco products in the DTU or near your cell. Mr. Kendrick also notes staff use universal precautions and would not put you in harm's way. I find there is no connection between your allegations and you becoming sick. If you are sick, I can only encourage you to sign up for sick call which is available to you daily.

In closing, I can only reiterate that I uphold the response provided by the grievance officer. Your grievance is found to be without merit.

| | |
|---|---|
| **Signature:** | Kevin Kauffman |
| **Title:** | Facility Manager |
| **Date:** | 7-27-18 |

cc: DC-15
File

No employees in DTU of Huntingdon following PA DOC policy of no tobacco products usage in restricted units policy to be followed by both staff and inmates - equal rights protection. my health is still at risk due to staff continued violations. See cameras of all date times listed throughout grievances. Appeals you'll see officers using tobacco products smokeless tobacco.

Appeal to FINAL Review

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

740123

FOR OFFICIAL USE

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR<br>Final Review central office | FACILITY:<br>SCI Huntingdon | DATE:<br>8/3/18 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER)<br>Lamont Zamichieli # LW2870 | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT:<br>N/A | HOUSING ASSIGNMENT:<br>GC1010 DTU | UM- Hendricks also ... Reynolds DTU with tobacco in his mouth too. - |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system. I request to be tested/checked for all diseases/virus ASAP such as Hep A.B.C Herpes, Tuburculosis, RPR, HIV and other diseases in next 3 weeks N.D.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted. Relief: Remove tobacco products from officers ASAP | stop usage

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

Appeal # 740123 to Final Review Code of ethics+ PA DOC policy isn't being followed by employees/staff/officers at SCI-Huntingdon in The DTU/RHU confinements 23 hours lock-in. officers are still using tobacco products to date in the DTU/RHU, if you visit the facility or check cameras you will see and smell chew tobacco products in officers mouth, They spit in empty soda bottles/cups and on their bare hands/gloves, Then collect inmates mail from door/ deliver mail, serve meal trays, escort DTU inmates as myself to and from groups activities showers etc. and These officers uses the same contaminated gloves/hands and put inmates health in danger to being exposed to their bodily fluids Slavia, spit that may contain Herpes simplex virus #1 or 2, Tuburculosis, Hepatitis and other bacterial infection disease. Is That The Reason I have Now (Hepatitis B) as diagnosed one person

B. List actions taken and staff you have contacted, before submitting this grievance.

Been feeling Neusea sick due to anothers persons slavia spit in my meal tray and when C/Os touch me or my property mail etc. If tobacco be removed from DTU officers it would eliminate future danger inmates at risk of contracting a serious disease virus. Facility manager

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Relief: 500,000 cost due to risk and sickness I was exposed that is painful permanent, chest pains, dizziness, Nausea etc. increased heart, high blood pressure, etc.

Relief: I ask to be transferred to another PA DOC facility in next 10 days!!!

Signature of Facility Grievance Coordinator

Date

* Relief: 365 Day DC time cut immediate release to GP and transfer to another PA DOC prison in next 10 days. *

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

See cameras on DTU GC unit of SCI Huntingdon on 6/7/18 2:00-2:25pm (14:00-14:25) hours you'll see C/O Henry + C/O Merrits on camera #138 in DTU pulling chew tobacco out of their pockets

at SCI Huntingdon to date still deny and fail to investigate/correct ongoing obvious issues of tobacco usage in DTU by staff, which makes him liable and 8th amendment deliberate indifference to serious risk of safety ... his attention via grievances, request slips ... and ...

**DC-ADM 804, Inmate Grievance System Procedures Manual**
**Section 1 – Grievances & Initial Review**
Issued: 1/26/2016
Effective: 2/16/2016

**Attachment 1-A**

2019

**Final Appeal Decision**
**Secretary's Office of Inmate Grievances & Appeals**
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

This serves to acknowledge receipt of your appeal to the Secretary's Office of Inmate Grievances and Appeals for the grievance noted below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to the Facility Manager, the Facility Manager's response, the issues you raised to final review, and (when applicable) any revised institutional responses required as a result of a subsequent remand action by this office. As necessary, input from appropriate Central Office Bureaus (e.g., Health Care Services, Chief Counsel, Bureau of Investigations and Intelligence, etc) may have been solicited in making a determination in response to your issue as well.

| | | | |
|---|---|---|---|
| **Inmate Name:** | Lamont Zamichieli | **Inmate Number:** | LW2870 |
| **SCI Filed at:** | Huntingdon | **Current SCI:** | Huntingdon |
| **Grievance #:** | 754907 | | |
| ***Publication (if applicable):*** | | | |

**Decision:**
☒ **Uphold Response (UR)**
☐ **Uphold Inmate (UI)**
☐ **Uphold in part/Deny in part**

*It is the decision of the Secretary's Office of Inmate Grievances and Appeals to uphold the initial response, uphold the inmate, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.*

**Response:** *Frivolous* ☐

You claim in your grievance that on 8/19/18 you requested to go to the POC and when you put your hands through the aperture, you alleged that CO Merritts repeatedly slammed the aperture on your hands, causing you injury. An investigation was conducted regarding your allegations. The record reflects that your investigation was forwarded to the Bureau of Investigations and Intelligence in accordance with DCM ADM 001. The record reflects that BII reviewed the investigation and found it to be satisfactory. The record reflects that your allegations were found to be unsubstantiated. You have failed to provide any evidence to substantiate your claims. Therefore, your requested relief is denied.

| | |
|---|---|
| **Signature:** | Dorina Varner *Dorina Varner* |
| **Title:** | Chief Grievance Officer |
| **Date:** | 2/19/19 |

DLV

cc: DC-15/Superintendent Kauffman
Grievance Office

ABuse Policy 001 — Initial Grievance — 3/10 HU

DC-804
Part 1

P1 of 2

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE
754907
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR DC ADM 001 ABuse | FACILITY: SCI-Huntingdon | DATE: 8/24/18 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Lamont Zamichieli # LW2870 | SIGNATURE OF INMATE: [signature] | |
| WORK ASSIGNMENT: N/A LW2870 | HOUSING ASSIGNMENT: GC1015 DTU | |

Secretary's Office Inmate Grievances & Appeals JAN 23 2019

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

ON 8/19/18 4:05-4:45 pm (1605-1645 hours) I was assaulted/ABused By Officer Merritts II on the DTU at my cell # GC1010. I ASK for camera footage to be saved for courts civil Review, + Medical. C/O J. B. Merritts slammed the wicket Metal Steel Apeture Apeture on my hands repeatedly out of Malicious Retaliation to cause harm and unnecessary pain. This is assault Battery violating State Law and Excessive use of force violation of 8th amendment cruel unusual punishment. X-Ray of my Right hand/wrist Revealed FRACTURES which was diagnosed on 8/21/18 3:21 by PA Eric Gessel, I now have a cast/splint of about 13 inches in length on my Right-hand/wrist and I'm currently prescribed pain medication tylenol 4 times a Day for excruciating pain/Injuries that's clearly visable with Physical Injuries/evidence. The Doctor said I'll be in cast splint for 6-8 weeks to heal then it'll Require Surgery. I request $300,000 compensation. 4 months surg. He assaulted (CMT) a code ...

B. List actions taken and staff you have contacted, before submitting this grievance. Plus hospital medical cos. I fear for my safety. PA, DC, Employee. I told blockofficers LT. Franks who witnessed it. I told LT. Snyder while in medical Xray Room on handheld videorecording camera on 8/20/18 10-11 Am? I told Counselor C. Banks, Unit manager cpt House, PRC Walters, Brumbaugh, Spyker, Schneider, Counselor Diehl, Gess. All told me Security Report was filed and they notified OSS. (Failure to Protect) punitive pain suffering $350,000

Your grievance has been received and will be processed in accordance with DC-ADM 804.

[signature] 8.28.18
Signature of Facility Grievance Coordinator Date

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

Initial grievance

DC-804 Part 1 Pg 2 of 2

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE
754907
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE** he called me a "cotton picker" this is Racist remark

| TO: FACILITY GRIEVANCE COORDINATOR PA DOC / DC ADM 001 | FACILITY: Huntingdon SCI | DATE: 8/24/18 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Lamont Zamichieli # LW2870 | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT: Total $650,000 NA LW2870 | HOUSING ASSIGNMENT: GC1015 DTU | |

Separation filed between me and c/o Merritts

INSTRUCTIONS: Relief: c/o Merritts fired terminate his employment with DOC or suspend 365 days no pay.

1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner. Relief: $300,000 cash
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted. Photos of Right hand taken in Strip cage on 8/19/18 & Restraints on 8/19/2018

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

This is abuse and grievance filed pursuant to DC-ADM 001 and should Be throughly investigated ASAP on 8/19/18 4:05-4:45 pm cameras on DTU GC Pod at cell # GC1015 to be saved. Camera's are proof Direct of c/o Merritts assaulting me for the second time in four Months. On 8/19/18 This officer Repeatedly Purposely to cause harm, slammed the door apeture on my Right and Left hand out of Retaliation for my past grievances on him and other employees at SCI Huntingdon. My Right hand was X-Rayed and Revealed fracture that requires cast splint/surgery to heal. Pain Medication. Medical files Records will verify this. Ask for them to Be saved and save camera footage during assault while in DTU Strip cage and in Medical during transport. Apeture for policy in DTU/RHU hand This officer was not authorized to open ... lights are ... This officer Refused to understand I was depressed and missed a Refusal of meal ... I feel suicidal and asked to be cuffed and taken to POC Prior consecutive meals I told him im not eating. c/o Merritts stated ... you don't Learn, ... He Refused to call LT. Frank I wanted POC. "The only way to go to POC on my shift is ... and your suicidal ideations, Like I said Before. He came to my cell, opened my Apeture without verbally before opening it. I expected him to handcuff me. I gave him Prior notice/intent ... Instead of him cuffing me, he threw a Pieca fruit ... cotton picker

Also I ... fabricated misconduct ... to ... you ...

B. List actions taken and staff you have contacted, before submitting this grievance. Apeture on me and Fastly closed the Apeture on my hands applying full hard pressure, Pushing Roughly with all his strenght on my Apeture with my hands stuck. He pushed like 2 minutes and stating "Im make sure I Break or chop your hands off." He eventually Released and pulled his can of OC spray telling me to Let go of the apeture, I said get The LT, Im suicidal, My hands will stay here until LT approach ... Alexander Pfeiffer bruised swollen

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator Date

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy GOLDEN ROD Inmate Copy



## INITIAL REVIEW RESPONSE

SCI-Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer. The response is as follows

| Inmate Name: | Zamichieli, Lamont | Inmate Number: | LW2870 |
|---|---|---|---|
| Facility: | SCI Huntingdon | Unit Location: | DTU |
| Grievance #: | 754907 | Grievance Date: | **8/24/201** |
| ***Publication (if applicable):*** | | | |

**Decision:**
- ☐ **Uphold Inmate**
- ☒ **Grievance Denied**
- ☐ **Uphold in part/Denied in part**

*It is the decision of this grievance officer to uphold, deny* ***or uphold in part/deny in part*** *the inmate's initial grievance. This response will include a brief rationale, summarize the conclusion, any action taken to resolve the issue(s) raised in the grievance and, relief sought.*

**Response:** *Frivolous* ☐

I have received and reviewed your Grievance #754907. You alleged that on August 19, 2018, after requesting to go to POC and placing your hands through the aperture to be restrained, COI Merritts repeatedly slammed the aperture on your hands, causing injury.

Regarding your allegation, after review of reports and investigating this matter, the findings of my investigation are:

In accordance with DCADM001, a thorough investigation was conducted into abuse allegations made by you. The investigation is concluded; a copy of my report was sent to the Bureau of Investigations and Intelligence and Superintendent Kauffman and the findings were found to be satisfactory. The findings of this investigation conclude the allegations made by you are unsubstantiated and the relief you sought has no basis.

Your Grievance is denied.

cgreen

| **Signature:** | C Yorka |
|---|---|
| **Title:** | Security Lieutenant |
| **Date:** | November 26, 2018 |

cc: Facility Grievance Coordinator
DC-15
File

Facility Manager Appeal

Pg 1 of 2

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

**OFFICIAL INMATE GRIEVANCE**

Appeal to facility manager
Grievance # 754907

| FOR OFFICIAL USE |
|---|
| GRIEVANCE NUMBER |

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Kevin Kauffman facility manager | SCI Huntingdon | 11/28/18 |
| FROM: (INMATE NAME & NUMBER) Lamont Zamichieli #LW2870 | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT: NA LW2870 | HOUSING ASSIGNMENT: GC1014 DTU | |

INSTRUCTIONS: Pg 1 of 2

1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

Also see misconduct report written on 8/19/18 C/O Merritts admit to closing aperture on my hand while I was secured behind cell door. Relief: $300,000 cash / save camera footage of requested dates in. See: case law → Talley v. King 2017 U.S. Dist. Lexis 75986 May 18, 2017 summary judgment for defendants denied.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

I'm appealing grievance # 754907 to facility manager for Relief Requested in original and further Review. Denial of my grievance / Relief was inappropriate as there is clear and convincing direct evidence of abuse, Assault and Battery, Excessive force and violations of numerous of Federal laws such as Retaliation and ADA title II as well as section 504 of RA. Also the PA DOC Policy and State laws was violated by officer J. B. Merritts on 8/19/18 approx 4:00-4:45 pm, it's all on camera.. as I requested relief in original grievance to save camera footage for court review as well as $300,000 compensatory Damages and separation transfer away from this facility SCI Huntingdon for my own safety. Officer J. B. Merritts once worked on the DTU on this date above but no longer positioned on DTU due to this incident on 8/19/18 at cell GC1010. He maliciously intentionally slammed the wicket metal steel feeding aperture on my hands.. my Right hand was X-rayed and revealed fractured. My hand was in splint cast for many weeks to heal and also to date continuing pain suffering and permanent hand impairment that hinders my ability to write without pain / cramps stiffness etc. It's obviously that the force was excessive and unjustifiable to use the metal aperture as a weapon, a weapon not to be used by staff in DOC... also the showing of a fractured hand broken bone in right hand, clearly shows that there was excessive substantial amount of force as he slammed my hand in the wicket of metal material. This officer as well as his supervisor Capt House as well as previous supervisor C. Kendricks are responsible for this officer who wasn't properly been trained to deal with mentally ill inmates as he retaliated because of my grievances / lawsuits, and DOC employees discriminated because of my mental health disability because I notified him of my depression, suicide

B. List actions taken and staff you have contacted, before submitting this grievance.

thoughts / ideations which is symptoms associated with my mental health qualified disability of schizoaffective disorder depressive type etc.. I told officer I wanted safety from myself so I won't harm myself but he showed deliberate indifference by saying "cotton picker you don't f***ing learn, f**k you and your suicidal ideations, the only way to go to POC suicide watch on my shift is if I spray you, write a false misconduct on you or harm you in some way!" These words shows his malicious racial intent and

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator — Date

WHITE Facility Grievance Coordinator Copy · CANARY File Copy · PINK Action Return Copy · GOLDEN ROD Inmate Copy

Facility Manager Appeal

DC-804
Part 1 Pg 2 of 2

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE

GRIEVANCE NUMBER

Grievance # 754907.

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR: Kevin Kauffman Facility Manager | FACILITY: SCI Huntingdon | DATE: 11/28/18 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Lamont Zanichieli # LW2870 | SIGNATURE OF INMATE: [signature] | |
| WORK ASSIGNMENT: NA | HOUSING ASSIGNMENT: GC1014 DTU | |

INSTRUCTIONS! Pg 2 of 2

Relief: Save camera footage from in cell GC1015 of DTU from 8/21/18 Approx 5:30pm to 8/30/18, to see on camera my hand in cast/splint. Cameras on pad.

1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted. See: DC457 for photos/injuries plus medical X-ray result on 8/21/18

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking. I only [illegible] ...

his motive to cause harm. J.B. Merritts has caused me permanent sufficient substantial [illegible] of injuries such as fracture hand pain suffering, mental emotional psychological pain. Mental anguish P.T.S.D, fear that another officer will slam the metal weapon aperture on my hands again. I have numerous of inmate witnesses and employees who reviewed the video footage and clearly seen this officer and heard this officer intent to harm me. I also notified this officer that I had sufficient amount of pills in my cell at the time and I was going to overdose on the pills. I had taken 23 pills at the time and about 3 or 4 more was found on my table in my cell GC1010 on 8/19/18 as I was removed from the cell. These pills was documented on the fabricated misconduct report officer J.B. Merritts written on me out of retaliation and to justify his malicious ... excessive force on me. The only truth in that misconduct report is that I had pills in my cell - contraband pills. I had my back window/vent covered and my light off. Everything else he alleged is false. I didn't assault or attempt to assault him or anyone else. If I reached out aperture to assault him is clearly false because if I reached it would have been my hand that got slammed/broke inside the metal wicket, obviously it was my hand which was on my wicket to be handcuffed that he broke as I told him I wanted to be cuffed and he told me to put my hands of the get cuffed as he threw fruit in my cell and fastly closed aperture on my hands. I obeyed his orders and he violated the policy by opening my feeding aperture in

B. List actions taken and staff you have contacted, before submitting this grievance.

attempt to supposedly give fruit when my light was off and window in back of cell was covered which according to policy DTU/DIU handbook it counts as a refuse of meal. What was of merritts motive when he opened my aperture? Obviously to assault me! This was his second time assaulting me. I don't have assaultive history. Check my misconduct history before he wrote two fabricated assault misconducts on me. Both times he assaulted me once on 4/19/18 pepper spray. Now 8/19/18 with the metal aperture!

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator _______________ Date _______________

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

C10 11

**Facility Manager's Appeal Response**
**SCI-Huntingdon**
1100 Pike St.
Huntingdon, PA 16654-1112

This serves to acknowledge receipt of your grievance appeal to the Facility Manager for the grievance noted below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy," the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to me, and any other documents submitted.

| | | | |
|---|---|---|---|
| **Inmate Name:** | Lamont Zamichieli | **Inmate Number:** | LW2870 |
| **Facility:** | SCI HUNTINGDON | **Unit Location:** | GC1011 |
| **Grievance #:** | 754907 | | |

**Decision:** ☒ **Uphold Response (UR)** ☐ **Uphold in part/Deny in part** ☐ **Uphold Inmate (UI)** ☐ **Dismiss/Dismiss Untimely**

*It is the decision of this Facility Manager to uphold the initial response, uphold the inmate, dismiss, or uphold in part/deny in part. This response will include a brief rationale summarizing the conclusion and any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.*

**Response:** *Frivolous* ☐

I have reviewed your grievance and appeal. I note that Lt. Younker appropriately addressed your concern. In your appeal, you state you are appealing for the same reasons presented in your initial grievance, where you claim inappropriate force was used against you.

This reported incident has been thoroughly investigated per DC-ADM 001. The Security Office and SCI Huntingdon Administrative Staff as well as the Bureau of Investigations and Intelligence have reviewed this investigation with the determination that the investigation was completed satisfactorily. The finding of this investigation has determined that the allegations were found to be unsubstantiated.

I can only reiterate that I uphold the response provided by the grievance officer. Your grievance is found to be without merit.

| | |
|---|---|
| **Signature:** | Kevin Kauffman |
| **Title:** | Facility Manager |
| **Date:** | 1/8/19 |

cc: DC-15
File

*DC-ADM 804, Inmate Grievance System Procedures Manual*
*Section 2 - Appeals*
Issued: 12/1/2010
Effective: 12/8/2010

*Attachment 2-B*

TO: Final Review | Dorina Varner

From: Lamont Zomichieli inmate # LW2870 (SCI Huntingdon)

Date: 1/16/19

[illegible] spray on 9/19/18. - He slammed the metal aperture on my hand fractured my right hand 8/19/18. - Threatened to do it again on 9/13/18 on 1/13/1[illegible]

My right hand was fractured on 8/19/18 by C/O J. B. Merritts on DTU GC Pod at cell DA GC 1010. - at SCI Huntingdon. - This officer maliciously used extreme force to break bones in my hand by slamming metal door aperture on my hand to cause pain out of retaliation for lawsuits grievances etc. - I was no threat towards him

Hello, how are you? Fine I hope! I'm writing this quick letter to let you know that there's a total of 2 envelopes with all of my appeal grievance # 754907 documents within enclosed. all required dockets.. Please process/ accept and provide reasonable response as soon as possible after you thorough investigat of the use of excessive force incident happened on 8/19/18 4:00-4:45 pm GC1010 DTU

disabled/ injured causes extractions pain to this day.. I suffer [illegible] [illegible] [illegible]

[illegible] SCI Huntingdon [illegible]

Final Review Pg 1 of 2

DC-804 Appeal to Final Review
Part 1 Grievance # 754907

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

Appeal # 754907

FOR OFFICIAL USE

GRIEVANCE NUMBER

OFFICIAL INMATE GRIEVANCE

| TO: FACILITY GRIEVANCE COORDINATOR Final Review central office | FACILITY: SCI-Huntingdon | DATE: 1/16/19 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Lamont Zamichieli # LW2870 | SIGNATURE OF INMATE: [signature] | |
| WORK ASSIGNMENT: N/A | HOUSING ASSIGNMENT: GC1011 DTU | |

INSTRUCTIONS: C/O Merritts used substantial amount of force that he broke/fractured a bone in my right hand
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system. I fear for my safety and h
2. State your grievance in Block A in a brief and understandable manner. I seek 300,000 compensation Damages
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted. C/O Merritts fractured my right hand on 8/19/18 Pain/suff Immediate separation Transfer

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

Appealing Denial of grievance #754907 to Final Review and Raise the following Facts that on 8/19/18 officer J. B. Merritts who was working on DTU, violated my Federal Rights of U.S constitution, State Law Assault/Battery, 8th amendment cruel and unusual punishment excessive force.. Retaliation under 1st amendment, and violations of ADA title II, III, V, and Section 504 of RA. As on date above This officer maliciously slammed the metal Door aperture on my hands to cause harm. Its all on camera as requested to be saved on 8/19/18 4:00-4:45 PM. He was removed from working on the DTU as a result, because of his unlawful malicious behavior towards me. He also assaulted me and use excessive force on 4/19/18 with pepper spray for no reason but to cause harm because of my pending lawsuits and grievances. Also on 9/13/18 he threatened to fracture my other hand, same way he fractured my Right hand on 8/19/18 by using a metal weapon of force, slamming metal Apeture on my hand because of my lawsuits/grievances and my Race, also my Disability of mental health depression suicidal thoughts as I informed him I need safety talk me to P.O.C.. He refused to acknowledge and [illegible] he let me overdose on pills.. I had taken 23 pills & consumed to commit sucide. I was told that the DOC, SCI Huntingdon has put on file an Institutional separation/ADM separation between officer Merritts (Relief: 300,000 compensatory Damages)

B. List actions taken and staff you have contacted, before submitting this grievance. and me because they knew he is a threat towards me. Also on 1/13/19, he worked on the DTU for about one hour 10:00-11:00AM, hes not suppose to be around me... He attempted to open my cell/wicket on 1/13/19 10:20-10:45 AM to collect meal tray, I told him that Capt House, the unit manager, Grspyl C. Banks, Deputy Walters, LT. Franks, Connie Green, Kauffman etc & told me that he's not allowed to be near me, come to my door, open my door/wicket or escort me or any D

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator

Date

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy I request 300.000 compensatory and separation transfer away immediately!

See: camera footage saved, as I requested for relief..
See: medical files and save cs the files will substantiate my injuries

On 8/19/18 4:00-4:45 PM on DTU GC1010 cell at the time I was housed, its on camera saved that C/O Merritts used excessive force slammed my hand in wicket apeture and fractured my Right hand.. LT Younker failed properly investigate as he said tr[illegible] the interview, he will be sure to cover th[illegible]

I need extra counseloring psycological treatment..

Appeal # 784907 – Final Review

DC-804
Part 1

Pg 2 of 2

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

# 754907

FOR OFFICIAL USE

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR<br>Final Review central office | FACILITY:<br>SCI Huntingdon | DATE: 1/16/19 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER)<br>Lamont Zamichieli LW2870 | SIGNATURE OF INMATE: [signature] | |
| WORK ASSIGNMENT: N A | HOUSING ASSIGNMENT: GC1011 DTU | |

INSTRUCTIONS: I, Lamont Zamichieli have had NO assault misconducts on my history until [illegible] on 4/19/18, and 8/19/18, wrote false misconducts [illegible]

1. Refer to the DC-ADM 804 for procedures on the inmate grievance system. 2 times C/O Merritts assaulted me and lied on me to justify his use force as he's untrained to [illegible]
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted. C/O Merritts have an assaultive history towards SMI inmates!!! [illegible]

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

Inmate to/from programs, DTU groups, etc. Because he's not suppose to be around me bec he pose a serious risk to my safety But officer J. B. Merritts said "Fxxk Capt House, he's n my Boss.. he listen to me, I dont listen to him.. he's a House NIGGER". Also officer J. B. Merritts come to my Door on 1/13/19 around 10:55AM and tried to open my wicket aperture in cell DTU GC1011 for the nurse to administer my pain meds for my right hand that J. B. Merritts fractured on 8/19/18 and I still have constant pain, and poor hand function impairment permanent, I had to refuse my medication because I fear him opening my wicket to slam my hand in metal hard aperture again as he threaten he'll do agai in 9/13/18 and 1/13/19. He doesnt listen to his supervisors or follow their orders, I consistently notify capt House, PRC and counselors about this but they don't care. Capt House, C. Hendr Kevin Kauffman, Connie Green, RHU/DTU Sergts, LT's, C. Banks, Andrea Wakefield and multiple John Does / Jane Does are responsible for J. B. Merritts actions threats, assaultive behavior towards me. They still continue to fail to protect me from obvious harm they knew the officers intent to harm me out of retaliation for lawsuits / grievances But they dont care. Responsible listed parties as well as, John Wetzel, is responsible for being deliberate indifferen to my safety by allowing C/O J. B. Merritts to threaten provoke harass me continuously even after This

B. List actions taken and staff you have contacted, before submitting this grievance. [illegible] and notified that a C/O J. B. Merritts used excessive force on me a SMI inmate, twice and plans to harm me again. This [illegible] violation of 8th Amendment right and state law, and as 14th amendment 1st amendment ① officer J. B. Merritts used an illegal weapon on me, used force with a metal aperture causing severe serious permanent injury fractured my right hand. Painful.. was put in cast / splint for many weeks and hindered my lawsuits / grievance process etc. for months o

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator

Date

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

DOC Huntingdon failed to accommodate my hand injuries and gave me no other way to communicate with courts / family / friends but to write with fractured hand in pain with splint on it.
Force was excessive on 8/19/18, enough amount of force to fracture a bone in my hand, as C/O Merritts called me a cotton picker, racist slur while slamming the aperture on my hand. Then afterwards he stated I bet you won't file anymore lawsuits

*DC-ADM 804, Inmate Grievance System Procedures Manual*
***Section 1 – Grievances & Initial Review***
Issued: 1/26/2016
Effective: 2/16/2016

***Attachment 1-A***