

# Final Appeal Decision Dismissal

Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

03/06/2020 11:09

| Inmate Name: | ZAMICHIELI, LAMONT | DOC #: | LW2870 |
|---|---|---|---|
| SCI Filed: | Camp Hill | Current SCI: | Camp Hill |
| Grievance #: | 823045 | | |

This serves to acknowledge receipt of your appeal to final review for the grievance identified above. In accordance with the provisions of DC-ADM 804, Inmate Grievance System Policy, this Office has reviewed all documents provided as part of the grievance record. Upon consideration of the entire record, it is the decision of this office to dismiss your appeal to final review due to a failure to comply with the provisions of the DC-ADM 804, as specified below.

**Decision: Dismiss**

Your grievance is being dismissed at the final appeal level for the reason(s) outlined below.

**Rationale:**

- The grievance or appeal was not submitted within fifteen (15) working days after the events upon which claims are based.
- You have not provided this Office with required and/or legible documentation for proper review.

**Response:**

Your appeal to final review needed to be postmarked by 12/05/19; however, it was not postmarked until 02/03/20. While you indicate that you sent an appeal to this office in December, this office has no record of ever receiving that appeal. Further, you have not provided the required documentation for a proper appeal to final review. Specifically, you have not provided a copy of the first initial review response that you received. Therefore, your appeal to this office is dismissed.

| Signature: | Keri Moore for |
|---|---|
| Name: | D. Varner |
| Title: | Chief Grievance Officer |
| Date: | 03/06/20 |

cc:  DC-15/Superintendent - Camp Hill
     Grievance Office

---

DC-ADM 804, Inmate Grievance System Procedures Manual

Section 2 - Appeals, Attachment 2-G                                 Issued: 1/26/2016  Effective: 2/16/2016

LW2870    Grievance #: 823045

ZAMICHIELI, LAMONT                                                                              Page1 of 1


EXHIBIT H

**DC-804 Part 1**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

**OFFICIAL INMATE GRIEVANCE**

FOR OFFICIAL USE
GRIEVANCE NUMBER: 823045
DATE: 9/3/19

TO: FACILITY GRIEVANCE COORDINATOR: Tonya Heist
FACILITY: SCI-Camphill
FROM: (INMATE NAME & NUMBER): Lamont Zamichieli #LW2870
SIGNATURE OF INMATE: [signed] FEB 07 2020
WORK ASSIGNMENT: NA — LW2870
HOUSING ASSIGNMENT: E Block APA cell (A1-14)

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

I'm being Denied Access to All out of cell offerings/Programs, Services Activities in the DTU. Policy 13.8.1 Section 14 states that each DTU inmate will be offered at least 10 hours structured out of cell activities and 10 unstructured hours out of cell totaling 20 hours at least weekly. I'm A "D" Roster D code inmate individually seriously mentally ill diagnosed with schizoaffective disorder depressive type Anti social personality disorder - sociopath, Depression Bipolar, ADHD, PTSD etc qualified under the Americans with Disabilities Act. Upon returning from POC/SOU on 8/27/19 back to DTU, I haven't been offered any out of cell at all. No groups, No showers, No yard, No Individual out of cell contact with Psychologist although I sought these activities programs services on the Daily Basis. From 8/27/19 to 9/8/19 I haven't been out of cell at all and this will continue to happen and I'll continue to Be Denied if Not corrected ASAP. No group, activities treatment providers group facilitators come to my cell offering me out of cell. No employee what so ever. At this time all facilitators are responsible for my loss. I'm being Denied Because of my disabilities Being discriminated against and Retaliated against because of my mental health disabilities and symptoms. This violates the 8th amendment cruel punishment deliberate indifference, ADA title II "A" section 504 of the Rehabilitation Act. According to 13.8.1 section 14 DTU inmates will be offered out of cell groups the same day they are housed in the DTU. The policy doesn't state that inmates must be cleared by PSY Psychologist PSSA, unit staff, PRT or PRC to be offered groups nor does it state you must have a misconduct hearing before offered groups and it doesn't state that inmates who are housed in camera cells on watch or if you have Blue clothing DTU on, that you can't attend until out of camera cell. I was housed in camera cell supposedly as staff say "serious suicide attempt" which a lodging in POC ad SOU for two weeks. I'm likely to deteriorate or be depressed if housed in cell 24 hours 7 days a week, not even offered showers yard exercise outdoor Basic Life necessities. I can name a few other inmates who returned from POC, SOU, MHU who was returned to DTU, housed in regular cell or camera cell, staff still stop at cells to offer...

**B.** List actions taken and staff you have contacted before submitting this grievance.

[continuation in margin]

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grieveance Coordinator _____  Date _____

WHITE Facility Grievance Coordinator Copy   CANARY File Copy   PINK Action Return Copy
GOLDEN ROD Inmate Copy

Relief: $50,000 cash compensation
Relief: To be offered Programs according to 13.8.1 Section 14 DTU section - All facilitators to approach me with a sincere apology for denying me groups for 1 week plus and cease retaliation
Relief: Group Facilitators be lectured confronted...
Relief: Immediate release

DC-ADM 804, Inmate Grievance System Procedures Manual
Section 1 – Grievances & Initial Review
Issued: 1/26/2016
Effective: 2/16/2016
Attachment 1-A

[right margin notes:]
Secretary's Office Inmate Grievances & Appeals
Camera cell on PoC w/ No one goin for Relief: Remain Relief: Off

I was told by staff of PA DOC SCI-Camphill that I'm also not being offered DTU Program mental treatment and plan to deny me further and remove my D code out of retaliation because of my PREA allegation on...PREA on guards...

Hangups if on Door Regular I often now have suicidal thoughts plans because don't feel like a human me being denied groups But I'm single cell because of the POC placement w/grievances on disability accommodation issues. I also was told by multiple employees officers that...

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE

GRIEVANCE NUMBER

ATTN: Appeal # 823045 to (Facility Manager) or (Resubmit)

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Laurel Harry Facility Manager | SCI-Camphill | 9/17/19 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE OF INMATE: | I haven't a Pink Action |
| Lamont Zanichielli # LW2870 | [signature] | Return Copy of Request $50,000 |
| WORK ASSIGNMENT: N/A | HOUSING ASSIGNMENT: E Block A pod Cell A1-15 | |

INSTRUCTIONS: I also submitted another grievance dated 9/9/19, 9/11/19 on this issue! Relief: 395 day detainment immed
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system. release to GP/RTU and/or trans
2. State your grievance in Block A in a brief and understandable manner. Relief: As requested in original grie
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of Negotiated Relief:
   staff members you have contacted. Policy 13.8.1 section 14 states inmates are offered groups on same day house
A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two The DTU - No
pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking. exception

Appeal # 823045 to Facility Manager as the "Rejection" of my grievance by Tonya Heist is a "Frivolous Rejection" to attempt to prevent me from getting my remedies exhausted w/Relief. She had no reason to reject such grievance, stating the grievance based upon different events must be present "seperately"! Please read my original grievance. The events are the same as in Policy 13.8.1 section 14 DTU section, as I stated in being denied access to out of cell activities, programs, services out of retaliation of showing symptoms of my mental health disability. Prior POC/SOH placements and grievances raising such ADA issues; as the employees at SCI-Camphill discriminate against me and fail to accommodate my disability. As the DTU Policy 13.8.1 Section 14 states they must offer me 20 hours of out of cell activities, programs such as groups, showers, yard/outdoor exercise a week, structured and unstructured hours as I am a "D" Ros inmate on the PA DOC mental health roster as seriously mentally ill with serious diagnoses and easily deteriorate in the DTU and attempt suicide and have thoughts/plan if denied access to these services/accommodations. As told by unit team staff and PRC that they are denying me groups in attempt to take away my "D" code out of retaliation for grievances, complaints and previous POC placements. Also told that I'm not allowed to go to groups out of cell until approved by Psychologist/Psychiatrist and moved from camera cell. I been in some sort of camera cell whether the DTU, POC, SOH for the past months or so because continues of suicide plan/thoughts behavior consistent with my mental health disabilities, and makes me more hopeless, depressed, suicidal if not allowed

B. List actions taken and staff you have contacted, before submitting this grievance. out of my cell to attend the DTU programs. When I am housed in a regular DTU cell or cell without a camera, I plan to commit suicide by hanging myself from the bars/gate of a regular cell since the camera cell has flat windows and no bars/gates on door or place to hang myself else from the double bunks in DTU cells. I was not offered any DTU groups/programs by the facilitators from 8/27/19 to 9/3/19, which also resulted suicidal attempt and placed back in POC from 9/4/19 to 9/9/19. I returned from POC on 9/9/19

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator                           Date whether I'm in camera
                                                                      cell or not, I shall
WHITE Facility Grievance Coordinator Copy   CANARY File Copy   PINK Action Return Copy   be offered programs
GOLDEN ROD Inmate Copy                                                                    I'm in my blues and shows
                                                                                          and now housed in camera cell A1-15 and has been denied access
                                                                                          to groups 13.8.1 section 14... no group, no structure came to
                                                                                          cell to offer groups... without asking me if I want group, out of cell
                                                                                          who will know if I'll accept and come out ??? This violates DOC

**DC-ADM 804, Inmate Grievance System Procedures Manual**   Policy 13.8.1 section 14, the agreement settle
**Section 1 – Grievances & Initial Review**                                        **Attachment 1-A**
Issued: 1/26/2016                                                                    Between Disability Rights Network V. John E
Effective: 2/16/2016   I submitted grievances dated 9/9/19 and                       violates ADA Title II and V / Rehabilitation act - wetl



## Remanded Initial Review Response
SCI Camp Hill
2500 Lisburn Rd
Camp Hill, PA, 17001-8837

11/04/2019 11:47

| | | | |
|---|---|---|---|
| **Inmate Name:** | ZAMICHIELI, LAMONT | **DOC #:** | LW2870 |
| **Facility:** | Camp Hill | **Unit Location:** | E / A |
| **Grievance #:** | 823045 | | |

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer. The response is as follows:

**Decision: Grievance Denied**

It is the decision of this grievance officer to uphold, deny or uphold in part/deny in part the inmate's initial grievance. This response will include a brief rationale, summarize the conclusion, any action taken to resolve the issue(s) raised in the grievance and, relief sought.

**Response:**

In accordance with **DC-ADM 804 - Inmate Grievance System**, this writer has reviewed and investigated the concerns and issues you have brought forth in your grievance dated 9/3/2019 = 823045. It shall be noted for the record in this response that an extension was granted via the Facility Grievance Officer forthwith.

Upon review of your grievance, you allege that you are being denied both structured and unstructured out of cell (OOC) activities while being housed in the DTU on E Block, and more specifically, while being housed in a camera cell. You also allege/claim that staff has not made an effort at your cell front to offer the activities. Furthermore, you allege this is a retaliatory action(s) with a direct correlation to a PREA concern you have lodged against Unit Manager Ritchey. You continue to allege further retaliation by staff in an attempt to remove your D Stability code. In writing, you also claim discrimination, violations of the 13.8.1, violations of the 8th amendment, deliberate indifference, cruel and unusual punishment, violations of the DRN settlement and violations of the AOA title V. You claim to have multiple diagnosis to support your D stability rating and go onto to articulate a plan to hang yourself when removed from a camera cell at any time when housed in the DTU in a regular cell. For relief you are seeking an immediate cut of your disciplinary custody (DC) time and subsequent release to general population (GP), to maintain your D-Code, be offered OOC activities, DTU group facilitators to be lectured, an apology to yourself. You are requesting $50,000.00 in compensation for these perceived injustices.
This writer has investigated your allegations and submits the following :

(1) You have not provided any substantiated evidence to support your allegations. (2) I have reviewed both physical and electronic records and observed that multiple facility departments and a plethora of job classifications all denote a striking similar pattern. (3) That pattern being - your behavior(s) are premeditated and clearly present an attempt at secondary gain. (4) Your behavior(s) and documented actions clearly substantiate staff's judgement and documentation thereof that you are belligerently refusing to participate in OOC activities yourself - not through the decision(s) of the staff involved in any treatment. (5) Records indicate that you personally, and the program as an entirety, are offered over and above the required programming in both structured and unstructured formats. I have uncovered no evidence of staff retaliation, wrongdoing and/or the unjustly refusal to offer you programming as you allege. It is evident that strong pattern of maladaptive behaviors is existent and/or veiled threats by you to try and manipulate staff for secondary gain. What this writer finds paradoxical is that you have documented this against yourself by proxy in this filing. Additionally, this writer posits no evidence of any process and/or review to remove your D-Stability code. However, as an investigator assigned, I cannot make a determination as requested to either maintain or remove a stability code. Stability codes are assigned and or removed by qualified psychology and psychiatry staff through another process other than the DC-ADM 804. The unit you are housed on is audited by multiple internal entities and outside agencies. All of the audits and reviews indicate a unit/program that is operated well above the required parameters.
Lastly, I find this grievance to be frivolous in nature as no evidence has been presented by you to support your

---

DC-ADM 804, Inmate Grievance System Procedures Manual

Section 1 - Grievances & Initial Review, Attachment 1-D

Issued: 1/26/2016 Effective: 2/16/2016

LW2870 Grievance #:823045

ZAMICHIELI, LAMONT

Page1 of 2



**Remanded Initial Review Response**
SCI Camp Hill
2500 Lisburn Rd
Camp Hill, PA, 17001-8837

11/04/2019 11:47

allegations and evidence observed/uncovered by this writer directly contradicts your allegations and substantiates a veritable exact opposite of what you are alleging. There is no evidence of retaliation, discrimination, violations of constitutional rights, established procedure, policy or laws. Any and all relief is hereby denied at this level; which includes stability code assignment or maintenance, compensation in the form of $50,000.00, release from the DTU and/or DC time cut, facilitator lectures and an apology to your person. END*

☑ Frivolous:

A lengthy diatribe which is nothing more that an attempt at manipulation and the besmirching of staff who are trying to treat the maladaptive behavior(s) presented.

Signature:    Stracco 11/4/19
Name:         E. Stracco
Title:
Approver:     T. Heist
Date:         11/4/19

CC: Facility Grievance Coordinator
    DC-15

---

DC-ADM 804, Inmate Grievance System Procedures Manual
Section 1 - Grievances & Initial Review, Attachment 1-D       Issued: 1/26/2016  Effective: 2/16/2016
LW2870    Grievance #:823045

ZAMICHIELI, LAMONT
Page2 of 2

DC-804 Pg 1 of 2
Part 1
Attn: Appeal # 823045 to Facility manager.

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR Superintendent Laurel Harry | FACILITY: SCI-Camphill | DATE: 11/5/19 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Lamont Zanichelli II LW2870 | SIGNATURE OF INMATE: [signed] | |
| WORK ASSIGNMENT: N/A | HOUSING ASSIGNMENT: LW2870 E Block A pod cell A1-15 DTU | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system. (The grievance officer provides legal conclusions and no facts to support conclusions but opinions. Mental health is a joke to Camphill Sci Mental health isn't.)
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted. The response admits that DTU unit is for SMI D code inmates, however as of today 11/5/1 there is a huge Non-D codes h

Relief: Same relief requested orig

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

Appeal # 823045 to facility manager as my grievance shall not have been denied or marked as frivolous. The grievance officer demonstrates how he/she knows that the PA DOC SCI-Camphill violates the rights of seriously mentally ill inmates D codes, and accuse them and me of manipulating for secondary gain. The SCI-Camphill employees don't take SMI inmates or mental health policy serious... They believe that every action I take and other SMI inmates take to grievances/ issues under the ADA, staff believe it's behavior but never once use their alleged professional judgements to understand seriously mentally ill inmates and to be reminded that not everything is considered behavioral... It's a mental health, emotional, psychological defect that is the issue staff discriminate or deny inmates have psychological/psychiatric disabilities that they show symptoms of and those symptoms shall not be used against inmates and otherwise intentionally misjudged. The PA DOC, SCI-Camphill accepts federal funding from government to comply with the ADA title II, III, "V" and section 504 of Rehabilitation Act... however the prison and its employees doesn't use the funds to treatment or accommodate the mentally ill as how they agreed to accept them for... staff accept kickbacks, embezzle the governments funds to have this facility (Camphill SCI) as a D roster D code seriously mentally ill hospital prison but these funds instead goes into the staffs pocket... They uses mentally ill operations as secondary gain as they split the funds down the middle as the facility is short of qualified mental health staffing to provide care and operate facility mental health

B. List actions taken and staff you have contacted, before submitting this grievance. Programs groups as listed in 13.8.1 Section 14 DTU section and Dr. V. John E. Wetzel. Settlement agreement on behalf of seriously mentally ill inmates. SCI-Camphill accepts federal funds and they breach the contract as the funds aren't used to benefit myself (SMI) inmates as the funds are accepted to supposedly benefit SMI inmates and provide groups programs services accommodations... instead the total opposite is occurring and such staff is in denial and afraid to admit wrongdoings. But they so called provide programming that inmates are in need of to accept responsibility for their actions... Staff need the program they are in denial and manipulating the feds.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

See pg 2

Signature of Facility Grievance Coordinator                         Date

WHITE Facility Grievance Coordinator Copy      CANARY File Copy      PINK Action Return Copy
GOLDEN ROD Inmate Copy

Perhaps I'll be about to participate in cell groups since all staff loves I'll hang myself from bars/gates from door of a regular Non-camera cell or from double bunks inside of regular DTU cells where I am removed from camera cell... now I must stay locked in camera cell whether... DTU camera cell POC on SOH camera cell only further notice until I am transferred...

Disability discrimination violated 1st, 14th, 8th and 5th US Constitution also ADA title II "V" Retal Fear of grievances reprisal claim, placements denied episodes and prea complaint if I can't attend...

DC-ADM 804, Inmate Grievance System Procedures Manual
Section 1 – Grievances & Initial Review
Issued: 4/27/2015
Effective: 5/1/2015

Attachment 1-A

*[Top margin annotations:]*
3 months or so, and stayed weeks and returned to DTU camera cell with permanent plans to hangmyself when removed from camera cell

Pg 2 of 2 Appeal grievance #823045 to facility manager 11/5/19

Not allowed to attend groups/law library because staff knew I'll hangmyself on B gates outside of group modules or law library — dated 11/5/19

Staff must accommodate my disability because gates/bars pose a safety risk for me as regular prisoners

*[signature]* — ADA grievance my DOC placements have retaliating by denying grp

---

**DC-141 PART 2 C**
Rev. 2-02 HEARING SUPPLEMENT
INMATE VERSION AND WITNESS STATEMENTS

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

| DC Number | Name | Facility | No. from PART I |
|---|---|---|---|
| LW2870 | Zamichieli, Lamont Zamichieli | CAM | |

**INMATE'S VERSION** # grievance #823045 pg 2 of 2

It has now been about 90 days (3 months) since the last time I was offered or attend group DTU for seriously mentally ill inmates. Since 8/14/19 last date at group and the last time I was in the shower and or yard exercise which are both human life's basic necessities and programs services/activities under the ADA Americans with disability act title II, which I am a qualified seriously mentally ill diagnosed disability inmate who sought to participate but denied by staff who falsified documents violating the code of ethics of PA DOC, staff falsely documented that I refused when they denied me by not offering me out of cell activities because I'm in a camera cell... Also take a look at the DTU, you will see that cell #1-12 has a big red magnet sign on top of their doors that say "DTU", which is to remind and notify group facilitators that these inmates are DTU and allowed to attend group. However cell #13-16 has no big red magnet stating DTU on top of the door, thereby group facilitators don't stop at camera cells to ask inmates if they want group because there's no "DTU" tag on top to notify group facilitators... also because the camera cells are known to house only RTU inmates, which is on the DTU camera cells, therefore the facilitators know not to ask these inmates in camera cells if wanted to attend group. Because these inmates are not "DTU"... And by me being in camera cell, I won't get offered group as the unit team Lt./manager created policy that is not DOC policy also violates 13.8.1 section 14 DTU because RTU inmates are now currently housed on the DTU top tier A pod of E block cell A-24, A-30, A-31, etc... which are RTU inmates and the policy prohibits housing them on DTU. Also I raised this issue in separate grievances on 10/21/19 which was maliciously sabotaged by Heist, also raised again on 10/31/19 in separate grievances. I filed 3 separate grievances on three different issues, suicide attempt caused by COII Z. Inneman forcing Lewis my old cellmate to be my suicide watch, grievance #2 about lack of camera coverage and camera angle on pod A E block, and grievance #3 about how Rutthey has RTU inmates housed on DTU same pod unit as seriously mentally ill inmates. Also note the law library is on to the DTU A pod of E block which is only for DTU inmates to use, not RTU because on D pod of E block RTU inmates has two law librarys to use. For the past 3 months or so, I been denied access to law library because each day theres a RTU inmate inside there using it... I only been in law library once in past 3 months although I sought to use it to access cases research case law for civil criminal cases pending but has denied access except one time but the one time I was on isolation...



# Facility Manager's Appeal Response
SCI Camp Hill
2500 Lisburn Rd
Camp Hill, PA, 17001-8837

11/12/2019 11:07

| Inmate Name: | ZAMICHIELI, LAMONT | DOC #: | LW2870 |
|---|---|---|---|
| Facility: | Camp Hill | Unit Location: | P/A |
| Grievance #: | 823045 | | |

This serves to acknowledge receipt of your grievance appeal to the Facility Manager for the grievance noted above. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to me and any other documents submitted.

**Decision: Uphold Response**

It is the decision of this Facility Manager to uphold the initial response, uphold the inmate, dismiss, or uphold in part/Deny in part. This response will include a brief rationale summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.

**Response:**

I am in receipt of your appeal and have reviewed the original grievance as well as the Grievance Officer's response. In your appeal, you claim SCI Camp Hill violates the rights of seriously mentally ill inmates "and accuse them and me of manipulating for secondary gain." You allege staff do not take mentally ill inmates seriously. You go on to allege "staff discriminate or deny inmates have psychological/psychotic disabilities that they show symptoms of." In your lengthy appeal you further claim staff take kickbacks and embezzle government funds. You believe your rights have been violated. You list several other complaints, however your penmanship is illegible. In relief you request the same relief requested as in the initial grievance.

I find the Grievance Officer properly investigated your grievance concerns and provided an appropriate response. I find no evidence to support your allegations above. Records indicate you are being offered both psychological and psychiatric services by qualified personal on a regular basis. You are also being offered OOC as dictates per policy. No evidence of wrongdoing has been identified.

Therefore, I uphold the initial response and your appeal and any requested relief is denied.

☑ **Frivolous:**

The allegations made are not based on any facts and are completely baseless.

| Signature: | *[signed]* |
|---|---|
| Name: | L. Harry |
| Title: | Facility Manager |
| Date: | 11/12/19 |

cc: DC-15
    File

---

DC-ADM 804, Inmate Grievance System Procedures Manual

Section 2 - Appeals, Attachment 2-B                                    Issued: 1/26/2016   Effective: 2/16/2016

LW2870    Grievance #: 823045

ZAMICHIELI, LAMONT
                                                                                              Page 1 of 1

*[Margin notes, top left, sideways:]* I seek relief. I seek some sort of required (Per 1-62)(6) All of my appeals... also Records/DC43 to reflect that I completed listed programs on DC43, given 3 years credit of participation/completion in DC43 programs plus PADOC positive parole recommendation. Remove my conduct history of past 3 years... include a letter to Gov Wolf $12,500

*[Margin notes, left side, sideways:]* DTU serving DC43 program privileges & earn parole & a right to earn DC43 program if not allowed because I'll be denied of my right to participate in & receive treatment in a timely manner without being denied/delayed of in the DTU... without participating in given chance opportunity to participate in & receive treatment.

By: Lamont Ravichell Inmate # LW2870  Signed [signature]
SCI-Camphill

ATTN: Final Review (grievance #823045)   Appeal #→   Date: 1/31/202[0]
Relief: my DC43 corrected &
By Heist... I first became aware of Facility Manager's Response on 1/16/2020   to reflect that I compl
the above listed pr

This serves as my updated appeal # 823045, please include this with the appeal I sent to final review dated 12/6/19, if only no decision was yet made. I feel its necessary for me to submit an updated appeal because I just received for the first time and reviewed the Facility Manager's response that I never received on or around the date it was due to never receiving it in any timely manner, I was unable to properly oppose or appeal it without actually seeing the response. Therefore I ask central office to extend my time to appeal and consider this appeal dated 1/31/2020 along with one dated 12/6/19. I was in POC from 11/14/19 to 11/22/19 and from 11/22/19 to 12/6/19 I was on Psych restriction on DTU and not allowed any papers, pen or my property nor did I receive any mail specifically not a response for #823045. Now looking at Response dated 11/12/19, I never once received until now I submitted request slip cash slip to Heist requesting it in ~~Feb~~ on Jan-2(?), 2020. I appealed on 12/6/19 without seeing response.

All DOC staff fail to accommodate my mental health disabilities and offer me services.
Appeal # 823045 to Final Review... I appeal the denial of grievance relief and mark frivolous. PA DOC John Wetzel, CCPM-Snyder, K. Kauffman, George Clouds, CCPM-Corbin   CCPM-CCPM-Corbin responsible

Yes, staff at SCI-Camphill don't take mentally ill inmates seriously and accuse (SMI) inmates of manipulating for secondary gain... First off staff discriminated against me and denied me access to structured and unstructured out of cell time based on my serious mental health illness disabilities such as Schizoaffective disorder Depressive type Anti-social personality disorder. Staff don't follow the 13.8.1 Section 14 DTU Section 8 C.3, I'm not to date 1/31/2020 being offered 10 structured out of cell time activities program facilitated by psychologist counselors treatment specialist, etc... also (DRN v. John Wetzel) settlement agreement/General Release Civil#1:13-cv Disability Rights Network of PA sued Wetzel PA DOC on behalf of all SMI inmates incarcerated in PA DOC specifically in Isolation RHU setting See pg 10 of 36 of the agreement under "Definitions FF:" structured out of cell time and or structured activity"... as outlined in section of "states "Programming Required for Parole" is structured activities... however at least I thought I participated in completed programs on my DC43 correctional plan programs required for parole such as sex offender treatment program Mod-high intensity and Thinking for a change while

2) DOC staff at SCI-Camphill and Huntingdon has violated the settlement agreement and caused Wetzel to breach his contract with Disability Rights Network of PA. Also violates my 8th amendment cruel unusual punishment, denial of mental health care/deliberate indifference to mental health care needs, delay of care also 14th amendment due process liberty rights life free from mental emotional psychological, physical restraint and abuse. Depriving me of possible parole eligibility. The DOC staff accepts federal funds to operate as a mental health facility and comply with ADA title II "V" and III also Rehabilitation Act section 504... They don't use the funds as SMI inmates... Staff accept kickbacks and embezzle the government's funds.

My ICAR, DC17X and (DC43) correctional plan is proof and evidence as it may reflect that I haven't yet participated in, enrolled or completed "Thinking for a Change" and "Sex offender treatment program MOD-High intensity" [Wetzel, Kauffman, Spyker, PADOC, CCPM-George Clements, Vm-Ritchey, counselor Fells, IASW Delicati, PSS Gross, CCPM-Caplhony and all responsible parties]

I've been housed in DTU setting based on security needs since 2/24/17 (3 consecutive years) I participated in numerous out of cell structured activity programs but however, I was denied of "credit" towards my DC43 programs on correctional plan. Although I participated in and believe that I completed. Therefore if records reflect that I didn't participate yet or complete while in the DTU then I was denied access as I state. Proof in grievance and such records substantiate my claim for the 8 months at SCI-Camphill although I sought credit for participation in DC43 programs while housed in the DTU status. All PRC/PRT unit team staff are responsible for the denial of me credit, denial of me the programs and delay me of thus recommended treatment as listed in facility manager response. She state that records indicate I am being offered and accepted both psychological and psychiatric services qualified by qualified personnel on a record basis and being offered accepted out-of-cell as policy and settlement agreement with DRN. In fact my DC43 shall reflect that I participated and completed the programs for parole as structured...

2020

## Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

This serves to acknowledge receipt of information associated with your intent to appeal a grievance (identified below, if available) to final review, to communicate your concern(s) to the Secretary's Office of Grievances and Appeals, and/or to check the status of review related to your matter.

| Inmate Name: | LAMONT ZAMICHIELI | Inmate Number: | LW2870 |
|---|---|---|---|
| SCI Filed at: | CAM | Current SCI: | CAM |
| Grievance # (if available): | 823045, 829443, 831712, 831716, 832782, 833719, 834269, 835888 | | |

|   | |
|---|---|
|   | a) You have already received final disposition/review on this issue through this Office. |
| X | b) This Office has no prior record of receipt of an appeal from you regarding this issue. |
|   | c) You have already filed a grievance to seek review and resolution of this matter. |
|   | d) You are encouraged to work through institutional channels to resolve your complaint initially. If unable to resolve your complaint informally, be advised that the DC-ADM 804 provides a mechanism for all inmates to seek formal resolution for concerns. |
|   | e) You failed to provide the official grievance number for identification purposes. |
|   | f) Your claim to have grieved or appealed this concern at the institutional level without response does not entitle you to direct appeal to final review. Rather, contact the Grievance Coordinator or Facility Manager's office regarding the status of your grievance or appeal. |
| X | g) You have not yet appealed this issue to the Facility Manager. Final review will not be granted until you do so. Upon receiving a response from the Facility Manager at the respective facility, you may once again submit a timely written appeal to this Office for final review. Be sure that your appeal to this office includes all the necessary documents as outlined in DC ADM 804. If not all documents are received with your appeal, it may be dismissed. This response does not grant you a right to an appeal if it would otherwise have been untimely to pursue that appeal to the Superintendent. |
| X | h) Your grievance and/or correspondence is being filed without further action for the reason(s) specified in the Comments/Action Taken section below. |
|   | i) The following action has been taken in response to the inquiry, request, or concern communicated in your letter. |

**Comments/Action Taken:**

This office is in receipt of your correspondence wherein you inquire the status of your appeals to final review for the above referenced grievances, which you claim to have sent in December 2019. Additionally, you indicate that you sent two misconduct appeals.

First, be advised that this office has no involvement in the misconduct appeal process. You are encouraged to contact the Chief Hearing Examiner's Office with any misconduct related questions.

Regarding the above referenced grievances, this office has no record of receiving appeals and/or correspondence from you related to those grievances. Additionally, records reflect that appeals to the Facility Manager have not been received for grievances 831716, 833719, 834269 and 835888. Final review will not be granted until you do so. Lastly, your request for extensions is denied.

You are encouraged to review the DC ADM 804 in its entirety to familiarize yourself with the proper submission procedures.

| Signature: | Amanda West *(signed)* | Title: | Grievance Review Officer |
|---|---|---|---|
| Date: | 02.13.2020 | | |

AMW

cc:   DC-15/Superintendent – CAM
      Grievance Office

Pg 1 of 2 <TURN page →

TO: MS. DORINA L. VARNER (Chief Grievance Coordinator)

From: Lamont Zamichieli #LW2870 SCI-Camphill

Date: 1/20/2020   #Appeal 831964

Dear MS. Varner: *Appeal is enclosed with This Letter divided in 2 envelopes!!! See 2nd envelope also!*

*Thankyou very much! Have a wonderful 84 kids Day*

*Secretary's Office — Inmate Grievances & Appeals — JAN 30 2020*

*Hopefully This Letter I'M Sending and appeals make it to you without Camphill Security taking my Documents opening it and Not mailing it... There's Been Multiple issues of This problem*

Hello, how are you doing? Fine I hope! I'M writing you in regards of a few issues concerning my grievance appeals submissions I sent in November, December of 2019 and January 2020. However I appealed these to final Review and its Been months and I haven't received any Responses yet could you please inform me of The status of The following grievance Appeals. Thanks!

① Grievance # 823045 ... I appealed to final Review without a Response on or around 12/6/19, I Never received facility Manager's Response that was due, I contacted superint and grievance Coordinator about Response, my request was ignored... So I assumed it was denied & I appealed to Final Review explaining the situation as I was in POC from Nov.14 to Nov.22, 2019, and when I Returned to DTU I was on strippedcell status as psych Restrictions until 12/6/19, I wasn't allowed anything in my cell until then, and when I received mail that was held, no grievance Response for # 823045 was within. I explained This to Central office in a letter I sent you around 12/6/19 with the appeal also telling you That security at SCI-Camphill withheld, sabotize open destroy my incoming, outgoing mail, censor it to stop me from informing second final review Central office, lawyers and Society from knowing how unfair The staff here at SCI Camphill is treating me!! I grieved

(2) grievance # 829443 ; I mailed appeal to final review on around 12/6/19 as well, with all documents plus facility manager response dated 11/18/19.

(3) grievance # 831712

(4) grievance # 833719

(5) 832782 grievance # 832782

(6) grievance # 834269

(7) # 835888

(8) ~~# 800~~ # 831716 , 831719.

If needed, I'll submit them again if only you haven't received all the appeals as long as you grant extension to resubmit them to you as I appealed all once already — grievances did in timely manner in December 2019 in Dec 2019.. December 6, 2019 I feel that if you received them you should have been responded! etc.

If you need more time to respond to the above grievance appeals let me know... If you didn't receive them let me know & grant extension

I appealed all of the above listed grievances to final review in timely manners, what is the status of them all.. I believe that central office final review had 30 working days to respond. I also sent my misconduct appeal MC# D374711, MC# D373768