### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAMONT ZAMICHIELI** | **:** | |
| | | **CIVIL ACTION NO. 3:20-0180** |
| **Plaintiff** | **:** | |
| | | **(JUDGE MANNION)** |
| **v.** | **:** | |
| | | |
| **J.B. MERRITTS,** *et al.,* | **:** | |
| | | |
| **Defendants** | **:** | |

## <u>ORDER</u>

Presently before the court is the plaintiff's motion for an extension of time to file his brief in opposition to the defendant's motion to dismiss. (Doc. 25). The motion is **GRANTED**. The plaintiff shall file his brief in opposition on or before August 29, 2020.


*s/ Malachy E. Manion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: July 29, 2020**
20-0180-03