UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAMONT ZAMICHIELI** : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:20-0180** |
| v. : | **(JUDGE MANNION)** |
| **J.B. MERRITTS,** *et al.*, : | |
| **Defendants** : | |

## ORDER

Presently before the court is Plaintiff's motion to an extension of time to file his brief. (Doc. 42). The motion is **DISMISSED AS MOOT**. The court previously accepted his brief in opposition and granted his request to file in excess pages. (Doc. 40).

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 22, 2020**
20-0180-06