UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAMONT ZAMICHIELI,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:20-0180 |
| v. | : | (JUDGE MANNION) |
| **J. B. MERRITS,** | : | |
| Defendant | : | |

### ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Huntingdon County's motion to dismiss Plaintiff's amended complaint (Doc. 69) is **GRANTED**.

2. The Clerk of Court shall **TERMINATE** Defendant Huntingdon County as a named Defendant in the above captioned action.

3. Remaining Defendants' motions to dismiss Plaintiff's amended complaint for Plaintiff's failure to comply with Fed.R.Civ. P. 8 and 20 (Docs. 72, 73, 94) are **GRANTED.**

4. Plaintiff shall **FILE** a Second Amended Complaint on or before October 24, 2022.

5. The Second Amended Complaint shall contain the same case number that is already assigned to this action, 3:20-cv-0180, and shall be direct, concise, and shall stand-alone without reference to any other document filed in this matter. See Fed.R.Civ.P. 8(e).

6. Plaintiff is strictly cautioned that the inclusion of separate, unrelated claims will be considered a failure to comply with an order of court. See Fed.R.Civ.P. 20.

7. Plaintiff's failure to file a Second Amended Complaint in accordance with the dictates of this Court's accompanying Memorandum, will result in the action being dismissed with prejudice.

8. Plaintiff's motion to compel discovery (Doc. 99) is **DISMISSED** without prejudice to renewal after the filing of Plaintiff's second amended complaint.

9. Plaintiff's motion for enlargement of time within which to file a brief in opposition to Defendant Story's motion to dismiss (Doc. 96) is **GRANTED**. Plaintiff's brief in opposition (Doc. 97) is accepted as timely filed.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: September 29, 2022**
20-0180-02-ORDER