IN the Middle District
Court of Pennsylvania

Lamont Zamichieli,                    Civil # 3:20-CV-00180
          Plaintiff
  V.                                  FILED SCRANTON
                                      OCT 30 2023
J. B. Merritts, et al,                PER ___ AMO
          Defendants                  DEPUTY CLERK

Executed/filed: Lamont Zamichieli
Inmate # LW-2870
SCI-Phoenix
1200 Mokychic Drive
Collegeville, PA 19426
Signed: _____
Pro se plaintiff

## "Motion to Compel Discovery"

① Now this 22nd day of October 2023, I Pro se plaintiff Lamont Zamichieli Respectfully files this motion for an order of the court compelling defendants to produce requested camera footages immediately and order that all Request for Admissions under Fed Civil P. Rule 36 directed to defendant Merritts, Parkes, Kendrick and Spory be admitted as to all factual content due to defendants failure to timely respond to the discovery requests also order that the defendants is Sanctioned ($10,000) ten thousand dollars due to their non-compliance. (see: attached included supporting 3 page) (1 page exhibit - Brief along with this motion.) copies all sent to defendants on 10/25/2023 via U.S.P.s mail true correct.

② Defendant Merritts, Parkes, Kendrick, Spory has defaulted and failed to timely respond to Request for Admissions under Rule 36! All is therefore deemed admitted on record.

③ Defendants initially had to respond by August 25, 2023 which is 30 days after they was sent the requests and they was given an extension of 30 additional days or until September 24, 2023 to Respond but still has not yet responded as of 10/22/2023 even after multiple follow up written letters to them reminding



SCI- Phoenix
Name Lamont Zanichieli
Number #LW-9870

1200 Mokychic Drive
Collegeville, PA 19426

-legal mail-
Sent: 10/22/2023

RECEIVED
SCRANTON
OCT 30 2023
DJ
DEPUTY CLERK

Middle District Court of PA
235 North Washington Ave
P.O. Box 1148
Scranton PA 18501-1148

US POSTAGE $000.63
10/26/2023
ZIP 19426
041M12252211