IN The Middle District Court
of Pennsylvania

Lamont Zamichieli,
　　　　　　　Plaintiff
V.
J. B. Merritts, et al,
　　　　　　　Defendants

Civil# 3:20-CV-00180

filed-executed by: Lamont Zamichieli
Inmate# LW-2870
SCI-Phoenix
1200 Mokychic Drive
Collegeville, PA 19426
Signed: _____
Pro se Plaintiff Zamichieli

FILED
SCRANTON
OCT 30 2023
PER _____ DEPUTY CLERK

## "Brief in Support of Motion to Compel"

① Now this 22nd day of October 2023. I Pro se Plaintiff Lamont Zamichieli files this Brief in Support of Motion to Compel discovery. Concurrently filed Same day Incorporated by Reference. (*Note: copies of this motion/brief also mailed via U.S.P.S First Class mail to Defendants on 10/22/2023. True correct to best of knowledge Belief ad information 1746.)

② On July 20, 2023 I Plaintiff Avers that I by U.S.P.S first class U.S mail has mailed Defendants-Defendants Attorney Jonathan M. Blake esq at attorney General office Request for Discovery such as camera footages of SCI-Huntingdon DTU of March 21, 2018 Between 4:00-5:00PM, March 21, 2018 between 7:00-8:00PM, April 18, 2018 4:00-5:00PM and August 19, 2018 between 4:00-5:00PM showing all incidents of Abuse. See: exhibit #A attached

③ On July 20, 2023 I also sent Request for Admissions under Civil Federal Rule P. 36 Directed at each Defendant. However Defendant Merritts, Parkes, Spory and Kendrick has not ever Responded to this Admissions even after I granted them an additional 30 days, they still had not Responded at

④ This Court Shall enter an order that all is deemed admitted as true by Defendant Parkes, Merritts, Spory and Kendrick's failure to timely Respond to Request for Admissions under Fed Civil P. Rule 36. also see: Local Rule 36(a)(3)

*Under Rule 29, I gave defendants additional 30 days or until September 24, 2023 to Respond. However they exceeded the 30 additional days and still haven't yet Responded as of date.*

⑤ As evidence Such Request for Admissions (copies) was Mailed to this court which also was entered on Docket filed July 26, 2023 "Plaintiff's discovery Request" which included the request camera footages Production and Request for Admissions Directed Separately at each Defendant to Respond to.

⑥ The Court even Docketed such copies of the discovery requests and Request for Admissions on July 26, 2023, which supports evidence that Defendants was on Notice of discovery request.

⑦ The Courts docket and Plaintiff's Request for Admissions that was directly mailed via U.S.P.S to defendants on July 20, 2023.

⑧ I even sent Attorney General Jonathan M. Blake esq, Attorney for defendants Multiple Request Reminding Them by Letter to submit the Responses to Me but such written letters was ignored and even at a video conference on October 6, 2023, I spoke to him and DOC Representative Chase Defelice Reminding them to send Me the Request for Admissions Answers of Parkes, Spory, Merritts, and Kendricks and such camera footages which they agreed to but still to date October 22, 2023 I haven't yet Received.

⑨ Defendant Merritts, Kendrick Parkes and Spory had to initially submit their responses on or before August 25, 2023 but requested an extension which I granted them 30 additional days or until September 24, 2023 to submit their responses but they

obviously still had not submitted or sent their responses to me.

⑩ Such "Request for Admissions" under Rule 36 shall be Deemed Admitted by Defendant Merritts, Parkes, Kendrick, Spory's failure to timely Respond. The copies of the Admissions Request are also Docketed on July 26, 2023 showing the court that Defendants had notice of the specific Request for Admissions and the contents to be responded to.

⑪ Even sent their attorney follow up letters requesting their responses but all "8" written letters was ignored by their attorney also orally brought up to attorney on October 6, 2023 video conference for other civil matter.

⑫ It shall be ordered Immediately that the specific numbered contents of the Request for Admissions directed to Kendrick, Parkes, Spory and Merritts as Defendants is Deemed factually admitted on record due to their Default by failure to timely respond even after given additional time to and a series of follow up Reminder Letters to them. See: Local Rule 36(a)(3)

⑬ It should also be ordered that Defendants are sanctioned ($10,000) ten thousand dollars for their failure to respond and failure to ~~disclose disclose~~ disclose Relevant Requested Camera footages.

QUESTION INVOLVED: Should Defendants be sanctioned ($10,000) ten thousand dollars funds for their intentional Repeated non-compliance? Suggested Answer: Yes

See: Written request to DOC SCI-Phoenix Superintendant's office, who stated that the AG will schedule conference for me to review videos, however I was never shown the videos yet as of 10/22/2023.
Exhibit #A

QUESTION INVOLVED: Should Defendant Spory, Parkes, ~~Ken~~ Kendrick, Merritts be ~~deemed~~ deemed to have admitted all Request for Admissions as they failed to respond? Suggest Answer: Yes

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER**<br><br>Supt. office    SCI-Phoenix | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Superintendant Terra | 2. Date: September 12, 2023 |
| 3. By: (Print Inmate Name and Number)<br>Lamont Zamicheli #LW-2870<br><br>_____ Inmate Signature _____ | 4. Counselor's Name:<br>Ms. Brown<br>5. Unit Manager's Name:<br>Mr. Grady |
| 6. Work Assignment:<br>NA | 7. Housing Assignment:<br>LD-1010-02 |

Superintendent's Office
SCI Phoenix
SEP 13 2023
Received

8. Subject: State your request completely but briefly. Give details.

Hello, Sir, how are you doing? Fine I hope! I'm respectfully writing you in regards of the below and would appreciate your approval and assistance.

On August 25, 2023, Attorney General office-AG Jonathan M. Blake, esq has sent discovery material video camera footages/recordings to the SCI-Phoenix Superintendant's office for me to review for a case that's pending actively in Middle District court of PA (Case # 3:20-CV-00180) (Zamicheli v. Merritts, et.al.) There's multiple camera footages on disks for me to review.

I already wrote UM-Grady a request too. I am asking for your approval to permit UM-Grady to be the staff member who show me the video recordings/footages that was sent to your office for me. I request this accommodation to avoid certain staff member who may not be comfortable in my presence and so that I won't feel uncomfortable and knowing that certain staff requested to be seperated away from me due to prior issues. I agree & consent to UM-Grady being approved staff to show me the video footages when/if he has the time to do so. Thank you very much!!! Have a wonderful/blessed day/night!!!

9. Response: (This Section for Staff Response Only)

No videos have been sent to the Supt's Office. AG's will schedule meetings via Zoom to review footage when needed and when available.

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

STAFF MEMBER NAME  G. Orlando  /  Signature: A. Orlando for  DATE 9/13/2023



SCI- Phoenix
Name Lamont Zomichieli
Number #LW-2870
1200 Mokychic Drive
Collegeville, PA 19426

- legal mail -
Sent: 10/22/2023

RECEIVED
SCRANTON
OCT 30 2023
DJ
DEPUTY CLERK

Middle District Court of PA
235 North Washington Ave
P.O. Box 1148
Scranton, PA 18501-1148