UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAMONT ZAMICHIELI, | : CIVIL ACTION NO. 3:20-0180 |
| Plaintiff | : |
| v. | : (JUDGE MANNION) |
| J.B. MERRITTS, *et al.*, | : |
| Defendants | : |

# ORDER

**NOW, THEREFORE,** upon consideration of the Report of Mediator (Doc. 131) indicating that the matter has settled, **IT IS HEREBY ORDERED** that:

1. This action is **DISMISSED** without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.

2. Failure of a party to apply for reinstatement (or an extension of this order to consummate the settlement) within the above sixty (60) day time frame will result in the automatic conversion of this dismissal from one **without prejudice** to one **with prejudice**.

3. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: November 1, 2023
20-0180-14